## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| **WJH Construction, LLC.,** | : | |
| | : | Case No.  25-13514AMC |
| Debtor. | : | |

# O R D E R

**AND NOW,** the Debtor having elected to proceed under Subchapter V of Chapter 11 of the United States Bankruptcy Code, it is hereby

**ORDERED** that:

1. A Status Conference as required by 11 U.S.C. §1188 is **SCHEDULED** for **Wednesday, October 29, 2025 at 12:30 p.m.,** in Courtroom #4, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107; and

2. The Debtor shall file a status report as required by 11 U.S.C. §1188(c) on or before **October 15, 2025.**

**Date:**   Sept. 11, 2025

_____
**ASHELY M. CHAN**
**CHIEF U.S. BANKRUPTCY JUDGE**