**Fill in this information to identify the case:**

Debtor Name  WJH Construction LLC

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 25-13514-amc

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  April

Date report filed: 05/26/2026
MM / DD / YYYY

Line of business: Construction

NAISC code: 236115

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Hassan Edge

Original signature of responsible party

Printed name of responsible party  Hassan Edge

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name    WJH Construction LLC                                        Case number 25-13514-amc

17. Have you paid any bills you owed before you filed bankruptcy?                                  ❑    ☑    ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑    ☑    ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ ___8,006.12___

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 149,728.43

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 125,409.30

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 24,319.13

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 32,325.25

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                          $ _____

     *(Exhibit E)*

Debtor Name  WJH Construction LLC                                    Case number  25-13514-amc

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                    $ _____

   *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                              0

27. What is the number of employees as of the date of this monthly report?                 0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $         0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $     1,697.50

30. How much have you paid this month in other professional fees?    $         0.00

31. How much have you paid in total other professional fees since filing the case?    $         0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 80,000.00 | − | $ 149,728.43 | = | $ 69,728.43 |
| 33. **Cash disbursements** | $ 79,525.00 | − | $ 125,409.30 | = | $ -45,884.30 |
| 34. **Net cash flow** | $ 475.00 | − | $ 24,319.13 | = | $ 23,844.13 |

35. Total projected cash receipts for the next month:                              $ 50,000.00

36. Total projected cash disbursements for the next month:                        − $ 49,500.00

37. Total projected net cash flow for the next month:                            = $   500.00

Debtor Name  WJH Construction LLC                                    Case number 25-13514-amc

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# Initiate Business Checking™

April 30, 2026 ∎ Page 1 of 10

WJH CONSTRUCTION LLC
DEBTOR IN POSSESION
CH11 CASE# 25-13514 (EPA)
6822 N BROAD ST
PHILADELPHIA PA 19126-2804

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Spot the latest tax scam

Scammers posing as a tax consulting service are calling claiming you owe back taxes or have missed filings. They urge you to call them back immediately to "resolve" your tax debt. They often insist this is your "only chance" to avoid penalties.

Red Flags
- Unexpected calls regarding a tax issue.
- Claims of notices sent that you never received.
- Messages saying press a number to "be removed," a common scammer tactic to confirm working phone numbers.

What to Do
- Let unknown callers go to voicemail.
- Do NOT call back or share personal information.
- If you have concerns, contact the IRS directly - never use the number left on a voicemail.

For more information go to wellsfargo.com/spottaxscams

**WELLS FARGO**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $8,006.12 |
| Deposits/Credits | 149,728.43 |
| Withdrawals/Debits | - 125,409.30 |
| Ending balance on 4/30 | $32,325.25 |

Account number:  5957830408  (primary account)

WJH CONSTRUCTION LLC
DEBTOR IN POSSESION
CH11 CASE# 25-13514 (EPA)

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  031000503

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | | Money Transfer authorized on 03/30 Apple Cash Sent MO 1Infiniteloop CA S346089513539575 Card 3872 | | 2,000.00 | |
| 4/1 | | Purchase authorized on 03/30 Qdoba 2168 Philadelphia PA S346090094010375 Card 6144 | | 20.25 | |
| 4/1 | | Purchase authorized on 03/31 David Geppert Recy Philadelphia PA S346090544074094 Card 3872 | | 272.40 | |
| 4/1 | | Purchase authorized on 03/31 Fresh2Go Philadelphia PA S306090591332474 Card 6144 | | 11.44 | |
| 4/1 | | Purchase authorized on 03/31 Sq *OK Hot Chicken Philadelphia PA S386091116648284 Card 6144 | | 19.42 | |
| 4/1 | | Recurring Payment authorized on 03/31 Docusign Inc. Wilmington DE S356091121825122 Card 3872 | | 324.00 | 5,358.61 |
| 4/2 | | Money Transfer authorized on 03/31 Apple Cash Sent MO 1Infiniteloop CA S466090434424683 Card 3872 | | 1,500.00 | |
| 4/2 | | Purchase authorized on 04/01 Complete Autowash Philadelphia PA S466091751498752 Card 6144 | | 26.00 | 3,832.61 |
| 4/3 | | Recurring Payment authorized on 04/01 Pmusa PM Pro 770-8189036 GA S346091347634018 Card 3872 | | 53.94 | |
| 4/3 | | Money Transfer authorized on 04/01 Apple Cash Sent MO 1Infiniteloop CA S306091469585272 Card 6144 | | 225.00 | |
| 4/3 | | Purchase authorized on 04/01 7-Eleven 34908 Philadelphia PA S356091581904809 Card 3872 | | 10.88 | |
| 4/3 | | Purchase authorized on 04/01 Girard Food Gas MA Philadelphia PA S466091769800644 Card 6144 | | 45.02 | |
| 4/3 | | Purchase authorized on 04/01 Tst* Loch Bar Phil Philadelphia PA S386092052278787 Card 6144 | | 68.90 | |
| 4/3 | | Purchase authorized on 04/01 Tst* Loch Bar Phil Philadelphia PA S306092053109331 Card 6144 | | 32.00 | |
| 4/3 | | Purchase authorized on 04/02 Rex Pizza Philadelphia PA S306092696440389 Card 6144 | | 6.15 | |
| 4/3 | | Purchase authorized on 04/02 3J's Foodmart - 2N Philadelphia PA S356092761242914 Card 6144 | | 11.64 | |
| 4/3 | | Zelle to Rock NEW Number on 04/03 Ref # Wfct0Zzcbkng Mole Street Labor March 30th April 3rd | | 1,000.00 | 2,379.08 |
| 4/6 | | Money Transfer authorized on 04/03 From Edge Jr Hassan PA S356094127743071 Card 6144 | 206.43 | | |
| 4/6 | | Purchase authorized on 04/02 Pmusa 303010 Phila 770-8189036 GA S346092611542732 Card 6144 | | 3.39 | |
| 4/6 | | Purchase authorized on 04/02 Pmusa 303010 Phila 770-8189036 GA S386092625419753 Card 6144 | | 2.51 | |
| 4/6 | | Purchase authorized on 04/02 Tst*Spot Burger Philadelphia PA S306092730466827 Card 6144 | | 3.12 | |
| 4/6 | | Purchase authorized on 04/02 Tst* Wokworks- Fis Philadelphia PA S306093098275311 Card 6144 | | 17.23 | |

WELLS FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/6 | | Purchase authorized on 04/03 United Gas Philade Philadelphia PA S386093459692179 Card 6144 | | 67.81 | |
| 4/6 | | Purchase authorized on 04/03 Fairmount Pizza & Philadelphia PA S466093705772822 Card 6144 | | 12.91 | |
| 4/6 | | Purchase authorized on 04/03 Tst*Celine Philadelphia PA S466094129174917 Card 6144 | | 354.58 | |
| 4/6 | | Purchase authorized on 04/03 Metropolis Parking 185-64856865 TN S306094137657154 Card 6144 | | 42.24 | |
| 4/6 | | Purchase authorized on 04/04 Sq *Gaceta Plumbin Gosq.Com PA S466094511707159 Card 3872 | | 154.50 | |
| 4/6 | | Purchase authorized on 04/04 Prime Video Channe Amzn.Com/Bill WA S586094674340499 Card 3872 | | 21.19 | |
| 4/6 | | Purchase authorized on 04/04 Metropolis Parking Metropolis.Io TN S306094706277595 Card 6144 | | 12.99 | |
| 4/6 | | Purchase authorized on 04/04 Bar Hygge Philadelphia PA S586094789375331 Card 6144 | | 30.00 | |
| 4/6 | | Purchase authorized on 04/04 Fairmount Flavors Philadelphia PA S626096473075694 Card 6144 | | 5.40 | |
| 4/6 | | Zelle to David Swint on 04/04 Ref # Wfct0Zzj49Ns Property Maintenance Work at 3845 N Broad | | 500.00 | |
| 4/6 | | Zelle to Rock NEW Number on 04/04 Ref # Wfct0Zzj4Xq5 Mole Street Labor April 4th | | 250.00 | |
| 4/6 | | Purchase authorized on 04/05 Wawa 8080 Wyncote PA S356095843106670 Card 3872 | | 77.63 | 1,030.01 |
| 4/7 | | Money Transfer authorized on 04/05 Apple Cash Balance 1Infiniteloop CA S306096115752856 Card 6144 | | 200.00 | |
| 4/7 | | Purchase authorized on 04/06 Speedway 45819 Philadelphia PA S386096499368602 Card 3872 | | 125.01 | |
| 4/7 | | Purchase authorized on 04/06 David Geppert Recy Philadelphia PA S356096508405956 Card 3872 | | 163.20 | |
| 4/7 | | Purchase authorized on 04/06 Rex Pizza Philadelphia PA S356096746405137 Card 6144 | | 6.75 | |
| 4/7 | | Purchase authorized on 04/06 Autozone #6795 Philadelphia PA S356096806892387 Card 6144 | | 19.43 | 515.62 |
| 4/8 | | Zelle From Purity Homes Inc on 04/08 Ref # Baci7B203Syx 108 Through 114 N. Mole Construction IN PR | 15,000.00 | | |
| 4/8 | | ATM Cash Deposit on 04/08 2401 W Cheltenham Ave, St Wyncote PA 0005963 ATM ID 2818A Card 3872 | 1,500.00 | | |
| 4/8 | | Direct Pay Monthly Base | | 10.00 | |
| 4/8 | | Direct Pay Nonwf Bus Pymt Trans | | 15.00 | |
| 4/8 | | Purchase authorized on 04/06 Tst*Riccis Origina Philadelphia PA S586096584247100 Card 6144 | | 23.53 | |
| 4/8 | | Purchase authorized on 04/06 Sunoco 8000998602 Philadelphia PA S586097038801080 Card 6144 | | 77.02 | |
| 4/8 | | Purchase authorized on 04/07 Girard Food Gas MA Philadelphia PA S356097362341552 Card 6144 | | 54.38 | |
| 4/8 | | Zelle to Mitchell William on 04/08 Ref # Wfct0Zzx8Nn3 109 N Mole Framing Deposit | | 1,625.00 | 15,210.69 |
| 4/9 | | Zelle From Purity Homes Inc on 04/09 Ref # Bacgbij12Ys1 Construction IN Progress Mole St | 5,500.00 | | |
| 4/9 | | Purchase authorized on 04/07 Rybread Inc. Philadelphia PA S356097481932946 Card 6144 | | 11.88 | |
| 4/9 | | Purchase authorized on 04/07 DD *Doordash Wingt 855-973-1040 CA S346098058907539 Card 6144 | | 29.73 | |
| 4/9 | | Purchase authorized on 04/07 Sunoco 8000998602 Philadelphia PA S356098065688776 Card 6144 | | 8.00 | |
| 4/9 | | Purchase authorized on 04/08 Tst*Healthy Picks Philadelphia PA S466098438205330 Card 6144 | | 20.79 | |
| 4/9 | | Purchase authorized on 04/08 Kings Water Ice 33 Philadelphia PA S306098788718357 Card 6144 | | 5.25 | |
| 4/9 | | Dave P2P Dave SD1300 Hassan Edge Account 0408 | | 86.12 | 20,548.92 |
| 4/10 | | Purchase Return authorized on 04/08 The Home Depot #41 Philadelphia PA S346098652993980 Card 3872 | 198.62 | | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/10 | | Zelle From Purity Homes Inc on 04/10 Ref # Bacbiz6Zypam Constructionin Progress 110 114 125 127 N | 15,000.00 | | |
| 4/10 | | Online Transfer From Edge H Ref #Ib0Xm9Yc3H Everyday Checking Capital Contribution | 1,000.00 | | |
| 4/10 | | Purchase authorized on 04/08 The Home Depot #41 Philadelphia PA S466098508555554 Card 6144 | | 28.26 | |
| 4/10 | | Purchase authorized on 04/08 The Home Depot #41 Philadelphia PA S386098656402872 Card 3872 | | 366.29 | |
| 4/10 | | Purchase authorized on 04/08 Pho & Cafe Saigon Philadelphia PA S386099015636808 Card 6144 | | 57.83 | |
| 4/10 | | Purchase authorized on 04/09 USPS PO 4165180119 Philadelphia PA S356099473840533 Card 6144 | | 0.78 | |
| 4/10 | | Purchase authorized on 04/09 McDonald's F6919 Philadelphia PA S356100100039220 Card 6144 | | 7.44 | |
| 4/10 | | Zelle to Howard Bartlett on 04/10 Ref # Wfct12259Tgl Mole Street Labor April 6th to April 10th | | 250.00 | |
| 4/10 | | Zelle to Mitchell William on 04/10 Ref # Wfct1225K2Ml Progress Payment Framing 109 N Mole | | 875.00 | |
| 4/10 | | Dave Davesubfee 260410 Vlso8T0Eyvh0Lq5 Hassan Edge | | 3.00 | |
| 4/10 | 1006 | Check | | 10,000.00 | 25,158.94 |
| 4/13 | | Zelle From Purity Homes Inc on 04/13 Ref # Bacgns6Iubu7 Construction IN Progress 110 114 125 127 N | 15,000.00 | | |
| 4/13 | | Purchase authorized on 04/09 Tst*Healthy Picks Philadelphia PA S346099435264744 Card 6144 | | 14.76 | |
| 4/13 | | Purchase authorized on 04/09 Tst* Pete's Famous Philadelphia PA S466099599447426 Card 6144 | | 11.55 | |
| 4/13 | | Purchase authorized on 04/10 C and R Building S Philadelphia PA S386100469020543 Card 6144 | | 274.28 | |
| 4/13 | | Purchase authorized on 04/10 Pmusa 303010 Phila 770-8189036 GA S586100491638209 Card 6144 | | 2.20 | |
| 4/13 | | Purchase authorized on 04/10 Spring Garden Wash Philadelphia PA S346100500646560 Card 3872 | | 69.07 | |
| 4/13 | | Purchase authorized on 04/10 Tst*Sabrinas Cafe- Philadelphia PA S356100501520144 Card 6144 | | 40.72 | |
| 4/13 | | Purchase authorized on 04/10 Chick-Fil-A #03450 Philadelphia PA S586100667142961 Card 6144 | | 25.04 | |
| 4/13 | | Purchase authorized on 04/10 Shell Oil131863920 Philadelphia PA S586100723499331 Card 6144 | | 76.00 | |
| 4/13 | | Purchase authorized on 04/11 Fairmount General Philadelphia PA S586101465151511 Card 6144 | | 64.78 | |
| 4/13 | | Purchase authorized on 04/11 The Home Depot #41 Philadelphia PA S306101610238815 Card 3872 | | 429.41 | |
| 4/13 | | Purchase authorized on 04/11 Sunoco 8000995702 Willow Grove PA S356102028843240 Card 3872 | | 70.00 | |
| 4/13 | | Zelle to Howard Bartlett on 04/11 Ref # Wfct1229S456 Mole St. Labor April 11th | | 100.00 | |
| 4/13 | | Zelle to Rock NEW Number on 04/11 Ref # Wfct122B27W4 Mole St. Labor April 11th | | 225.00 | |
| 4/13 | | Zelle to Jefe Productions on 04/13 Ref # Wfct122Dvd7G Photography Videography Content for Mole S | | 800.00 | 37,956.13 |
| 4/14 | | Purchase authorized on 04/11 Logotournam 8003003231 Can S356101574321988 Card 3872 | | 525.00 | |
| 4/14 | | Purchase authorized on 04/11 Wynne Valet Servic Lansdowne PA S586102001666975 Card 6144 | | 26.00 | |
| 4/14 | | Purchase authorized on 04/13 Ptc EZ Pass Auto R 877-736-6727 PA S466103306379791 Card 3872 | | 140.00 | |
| 4/14 | | Purchase authorized on 04/13 Triple Play Sports Philadelphia PA S356103496315879 Card 6144 | | 200.00 | |
| 4/14 | | Purchase authorized on 04/13 Triple Play Sports Philadelphia PA S346103504421292 Card 6144 | | 50.00 | |
| 4/14 | | Purchase authorized on 04/13 Liberty Transfer S 732-9229292 PA S386103622936917 Card 3872 | | 239.49 | |
| 4/14 | | Purchase authorized on 04/13 Rex Pizza Philadelphia PA S38103695186962 Card 6144 | | 17.28 | |

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 4/14 | | Purchase authorized on 04/13 Rex Pizza Philadelphia PA S586103705311668 Card 6144 | | 8.63 | |
| 4/14 | | Dave Davesubfee 260414 Jkmyrr7Knteow3Z Hassan Edge | | 3.00 | 36,746.73 |
| 4/15 | | Instant Pmt From Intuit Payments Inc. on 04/15 Ref#20260415021000021P1Brjpc06300008295 | 1,000.00 | | |
| 4/15 | | Money Transfer authorized on 04/13 Apple Cash Sent MO 1Infiniteloop CA S386103602534338 Card 3872 | | 2,450.00 | |
| 4/15 | | Recurring Payment authorized on 04/14 Houzz Pro Pro.Houzz.Com CA S306104422659962 Card 3872 | | 215.47 | |
| 4/15 | | Recurring Payment authorized on 04/14 Tmobile*Auto Pay 800-937-8997 WA S586104577374770 Card 3872 | | 535.53 | |
| 4/15 | | Purchase authorized on 04/14 C and R Building S Philadelphia PA S346104590109189 Card 6144 | | 75.05 | |
| 4/15 | | Purchase authorized on 04/14 Di Bruno 479 Rtnhs Philadelphia PA S586104611815196 Card 6144 | | 9.99 | |
| 4/15 | | Purchase authorized on 04/14 C and R Building S Philadelphia PA S356104637764467 Card 6144 | | 182.52 | |
| 4/15 | | Zelle to Mitchell William on 04/15 Ref # Wfct122P78N5 Framing 109 N Mole $1500 125Nmole 3K | | 4,500.00 | |
| 4/15 | | Bmw Bank Bmwfs Pymt 260414 xxxxx0562 Wjh Construc1004625486 | | 1,284.04 | |
| 4/15 | 1007 | Check | | 10,000.00 | 18,494.13 |
| 4/16 | | Purchase authorized on 04/14 The Home Depot #41 Philadelphia PA S356104496446389 Card 6144 | | 161.81 | |
| 4/16 | | Purchase authorized on 04/14 The Home Depot #41 Philadelphia PA S356104499469193 Card 3872 | | 17.79 | |
| 4/16 | | Purchase authorized on 04/14 Tst* Huda Phl Philadelphia PA S306104610671192 Card 6144 | | 52.92 | |
| 4/16 | | Purchase authorized on 04/14 State Farm Insura 800-956-6310 IL S356105025841944 Card 3872 | | 323.65 | |
| 4/16 | | Purchase authorized on 04/14 Sunoco 0363167803 Philadelphia PA S466105057872513 Card 3872 | | 93.34 | |
| 4/16 | | Purchase authorized on 04/15 David Geppert Recy Philadelphia PA S386105454256278 Card 3872 | | 241.20 | |
| 4/16 | | Purchase authorized on 04/15 C and R Building S Philadelphia PA S386105476645771 Card 6144 | | 340.17 | |
| 4/16 | | Purchase authorized on 04/15 Rex Pizza Philadelphia PA S356105574448839 Card 6144 | | 24.30 | |
| 4/16 | | Zelle to Ab Mechanical Contractor on 04/16 Ref # Wfct122Qnsxn Hvac Dep $3150 for 125 $1850 for 109 | | 5,000.00 | |
| 4/16 | < | Business to Business ACH Debit - Intuit 54781033 Tran Fee 260416 524771992038892 Wjh Construction, LLC | | 47.40 | 12,191.55 |
| 4/17 | | WT 2026041700280748 Purity Homes Inc /Org=Purity Homes Inc Srf# 2026041700280748 Trn#260417035781 Rfb# | 50,000.00 | | |
| 4/17 | | Purchase authorized on 04/15 Rittenhouse Hardwa Philadelphia PA S356105455888609 Card 6144 | | 39.95 | |
| 4/17 | | Purchase authorized on 04/15 The Home Depot #41 Philadelphia PA S586105712066358 Card 3872 | | 43.16 | |
| 4/17 | | Purchase authorized on 04/15 Tst*D&C Deli Groce Philadelphia PA S586105796050671 Card 6144 | | 9.50 | |
| 4/17 | | Purchase authorized on 04/15 Barnes & Noble #34 Philadelphia PA S466105838021582 Card 6144 | | 57.32 | |
| 4/17 | | Purchase authorized on 04/16 David Geppert Recy Philadelphia PA S586106433098839 Card 3872 | | 420.00 | |
| 4/17 | | Purchase authorized on 04/16 C and R Building S Philadelphia PA S346106621808776 Card 6144 | | 231.25 | |
| 4/17 | | Purchase authorized on 04/16 Rex Pizza Philadelphia PA S586106650893857 Card 6144 | | 12.09 | |
| 4/17 | | Purchase authorized on 04/16 Sai Gas Philadelphia PA S346106683998558 Card 3872 | | 100.00 | |
| 4/17 | | Purchase authorized on 04/16 Ph015 - 1728 Sanso Philadelphia PA S356107074664528 Card 6144 | | 27.00 | |
| 4/17 | | Zelle to Daquan Rodgers on 04/17 Ref # Wfct122V895D Mole Street Labor Work April 13th to April | | 700.00 | |

WELLS
FARGO

---

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/17 | | Zelle to Rock NEW Number on 04/17 Ref # Wfct122WM478 Mole Street Labor April 13th to The 17th | | 1,600.00 | 58,951.28 |
| 4/20 | | Zelle From Purity Homes Inc on 04/19 Ref # Bace6Rgbs4MR 110 114 12527 Nmole | 15,000.00 | | |
| 4/20 | | Money Transfer authorized on 04/16 Apple Cash Sent MO 1Infiniteloop CA S386106550075509 Card 6144 | | 79.64 | |
| 4/20 | | Purchase authorized on 04/16 The Home Depot #41 Philadelphia PA S386106584847236 Card 3872 | | 135.72 | |
| 4/20 | | Purchase authorized on 04/16 Sunoco 8000998602 Philadelphia PA S586106751551374 Card 6144 | | 85.53 | |
| 4/20 | | Purchase authorized on 04/16 Fairmount Flavors Philadelphia PA S626108533671346 Card 6144 | | 5.94 | |
| 4/20 | | Purchase authorized on 04/16 Pmusa 303010 Phila 770-8189036 GA S586107021931832 Card 6144 | | 0.52 | |
| 4/20 | | Purchase authorized on 04/17 Ph015 - 1728 Sanso Philadelphia PA S586108085847188 Card 6144 | | 27.00 | |
| 4/20 | | Purchase authorized on 04/18 Liberty Transfer S 732-9229292 PA S346108456092372 Card 3872 | | 313.93 | |
| 4/20 | | Purchase authorized on 04/18 Autozone #6858 Philadelphia PA S386108461713148 Card 3872 | | 23.75 | |
| 4/20 | | Purchase authorized on 04/18 The Home Depot #41 Philadelphia PA S356108471907543 Card 3872 | | 1,047.46 | |
| 4/20 | | Purchase authorized on 04/19 T-Mobile 1201 Market St S Philadelphia PA P356109680922330 Card 6144 | | 90.00 | |
| 4/20 | | Purchase authorized on 04/19 T-Mobile Store # 7 Philadelphia PA S306109685141044 Card 6144 | | 2.96 | |
| 4/20 | | Purchase authorized on 04/19 T-Mobile 1201 Market St S Philadelphia PA P466109688079476 Card 6144 | | 151.38 | |
| 4/20 | | Zelle to Merlyn Rodriguez on 04/20 Ref # Wfct1237Nk2D Tree Removal 100 North Mole St. | | 5,000.00 | 66,987.45 |
| 4/21 | | Purchase authorized on 04/20 David Geppert Recy Philadelphia PA S386110427881223 Card 3872 | | 396.00 | |
| 4/21 | | WF Direct Pay-Payment- Payments to Camposent/Firstcalldemo-Tran ID Dpaaapefnp | | 9,500.00 | |
| 4/21 | < | Business to Business ACH Debit - State Farm Ro 27 Cpc-Client 13 S 1101121913 Hassan Edge | | 558.32 | 56,533.13 |
| 4/22 | | Purchase authorized on 04/19 The Home Depot #41 Philadelphia PA S586110117693196 Card 3872 | | 5,485.94 | |
| 4/22 | | Purchase authorized on 04/19 The Home Depot #41 Philadelphia PA S306110118897696 Card 3872 | | 4,632.16 | |
| 4/22 | | Purchase authorized on 04/20 The Home Depot #41 Philadelphia PA S306110612560249 Card 3872 | | 25.29 | |
| 4/22 | | Recurring Payment authorized on 04/21 Web*Ipage Ipage.Com MA S586111314641760 Card 3872 | | 36.29 | |
| 4/22 | | Purchase authorized on 04/21 Fresh2Go Philadelphia PA S386111714135990 Card 3872 | | 62.39 | |
| 4/22 | | Purchase authorized on 04/21 Wawa 8080 Wyncote PA S586111801133176 Card 3872 | | 84.98 | |
| 4/22 | | Purchase authorized on 04/21 Minutekey Boulder CO S306111823660174 Card 3872 | | 5.30 | |
| 4/22 | | Purchase authorized on 04/21 Minutekey Boulder CO S386111826997324 Card 3872 | | 5.30 | |
| 4/22 | | Purchase authorized on 04/21 Minutekey Boulder CO S386111829437510 Card 3872 | | 5.30 | |
| 4/22 | | WF Direct Pay-Payment- Plumbing Deposit for Mole-Tran ID Dpaaapfqlp | | 5,000.00 | |
| 4/22 | | Zelle to Rock NEW Number on 04/22 Ref # Wfct123Gcbt8 Mole Street Labor Work April 18th to April | | 300.00 | |
| 4/22 | | Zelle to Rock NEW Number on 04/22 Ref # Wfct123Gdpmv Mole Street Labor Work April 18th to April | | 137.50 | |
| 4/22 | | Albert Genius EDI Pymnts P_182924850 Hassan Edge | | 19.99 | 40,732.69 |
| 4/23 | | Purchase authorized on 04/21 Pmusa 303010 Phila 770-8189036 GA S346111694754672 Card 3872 | | 3.90 | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/23 | | Purchase authorized on 04/21 The Home Depot #41 Willow Grove PA S466111833988021 Card 3872 | | 12.47 | |
| 4/23 | | Purchase authorized on 04/22 OH Westfield 800-243-0210 OH S356112374610824 Card 3872 | | 924.91 | |
| 4/23 | | Zelle to Drilon Rada on 04/23 Ref # Wfct123Hyyz4 Deposit for Electric at 115 N Mole | | 4,500.00 | 35,291.41 |
| 4/24 | | Zelle From Purity Homes Inc on 04/24 Ref # Bace3O5Cwxa0 Construction IN Progress One 110 112 125 1 | 15,000.00 | | |
| 4/24 | | Purchase authorized on 04/23 David Geppert Recy Philadelphia PA S306113525541393 Card 3872 | | 128.40 | |
| 4/24 | | Purchase authorized on 04/23 C and R Building S 925-555-5555 PA S356113573179671 Card 3872 | | 87.46 | |
| 4/24 | | Zelle to Mitchell William on 04/23 Ref # Wfct123Lr4Rh Deposit Framing 127 N Mole | | 3,500.00 | |
| 4/24 | | Zelle to Rock NEW Number on 04/24 Ref # Wfct123Q65Y3 Mole Street Labor Work April 18th to | | 1,875.00 | |
| 4/24 | | Brigit-Com Membership 260423 78A27Edc5Fe2424 Hassan Edge | | 8.99 | 44,691.56 |
| 4/27 | | Purchase authorized on 04/23 The Home Depot #41 Philadelphia PA S586113493512872 Card 3872 | | 367.05 | |
| 4/27 | | Purchase authorized on 04/24 Phila Rev EZ-Pay F 888-301-7700 NJ S346114351696993 Card 3872 | | 2.10 | |
| 4/27 | | Purchase authorized on 04/24 Phila26 L&I 215-685-9450 PA S586114351691886 Card 3872 | | 100.00 | |
| 4/27 | | Purchase authorized on 04/24 Phila26 L&I 215-685-9450 PA S466114353768661 Card 3872 | | 100.00 | |
| 4/27 | | Purchase authorized on 04/24 Phila Rev EZ-Pay F 888-301-7700 NJ S386114353773340 Card 3872 | | 2.10 | |
| 4/27 | | Purchase authorized on 04/24 Phila26 L&I 215-685-9450 PA S356114362281498 Card 3872 | | 100.00 | |
| 4/27 | | Purchase authorized on 04/24 Phila Rev EZ-Pay F 888-301-7700 NJ S586114362291217 Card 3872 | | 2.10 | |
| 4/27 | | Purchase authorized on 04/24 Phila Rev EZ-Pay F 888-301-7700 NJ S356114363819639 Card 3872 | | 2.10 | |
| 4/27 | | Purchase authorized on 04/24 Phila26 L&I 215-685-9450 PA S356114363818432 Card 3872 | | 100.00 | |
| 4/27 | | Purchase authorized on 04/24 C and R Building S 925-555-5555 PA S466114518631780 Card 3872 | | 540.00 | |
| 4/27 | | Recurring Payment authorized on 04/25 Web*Ipage Ipage.Com MA S586115258059432 Card 3872 | | 64.79 | |
| 4/27 | | Zelle to Merlyn Rodriguez on 04/25 Ref # Wfct123R2Dnf Completion of Tree Removal 100 North Mole | | 5,000.00 | |
| 4/27 | | Purchase authorized on 04/25 The Home Depot #41 Philadelphia PA S466115806973340 Card 3872 | | 188.61 | |
| 4/27 | | Zelle to Agentic Advantage on 04/26 Ref # Wfct123W4Djk Wjh Website Design | | 600.00 | |
| 4/27 | | Zelle to Rock NEW Number on 04/27 Ref # Wfct123Yt8Vk Mole Street Labor April 25 to April 27th | | 500.00 | 37,022.71 |
| 4/28 | | Money Transfer authorized on 04/26 Apple Cash Balance 1Infiniteloop CA S346116629515012 Card 3429 | | 965.00 | |
| 4/28 | | Money Transfer authorized on 04/26 Apple Cash Balance 1Infiniteloop CA S306117072417158 Card 3429 | | 500.00 | |
| 4/28 | | Zelle to Ab Mech Contractors on 04/28 Ref # Wfct1242VT4C Bal of Deposit 109 125 N Mole | | 1,300.00 | |
| 4/28 | | WF Direct Pay-Payment- Deposit Balance 108-127 N Mole-Tran ID Dpaaapl80W | | 1,125.00 | 33,132.71 |
| 4/29 | | Purchase Return authorized on 04/27 The Home Depot #41 Philadelphia PA S586117757413792 Card 3872 | 5,071.85 | | |
| 4/29 | | Purchase Return authorized on 04/27 The Home Depot #41 Philadelphia PA S346117759765561 Card 3872 | 5,251.53 | | |
| 4/29 | | Purchase authorized on 04/27 United Gas Philade Philadelphia PA S586117445566145 Card 3429 | | 61.98 | |
| 4/29 | | Purchase authorized on 04/27 The Home Depot #41 Philadelphia PA S386117464723499 Card 3872 | | 5,071.85 | |

April 30, 2026 ■ Page 8 of 10

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|------------------|--------------------|---------------------|
| 4/29 | | Purchase authorized on 04/27 The Home Depot #41 Philadelphia PA S466117466681196 Card 3872 | | 5,251.53 | |
| 4/29 | | Purchase authorized on 04/28 Ptc EZ Pass Auto R 877-736-6727 PA S356118315145541 Card 3872 | | 140.00 | |
| 4/29 | | Purchase authorized on 04/28 Loring Building PR Philadelphia PA S306118611199984 Card 3872 | | 549.95 | |
| 4/29 | | Zelle to Agentic Advantage on 04/29 Ref # Wfct1248K37T Final Payment Website Balance | | 600.00 | 31,780.78 |
| 4/30 | | Zelle From Purity Homes Inc on 04/30 Ref # Bacgbkml2Vwn Construction IN Progress | 5,000.00 | | |
| 4/30 | | Purchase authorized on 04/28 Girard Food Gas MA Philadelphia PA S586118468491766 Card 3429 | | 33.36 | |
| 4/30 | | Purchase authorized on 04/28 The Home Depot #41 Philadelphia PA S306118640626813 Card 3872 | | 299.74 | |
| 4/30 | | Purchase authorized on 04/28 Pmusa 303010 Phila 770-8189036 GA S586118709253494 Card 3872 | | 1.25 | |
| 4/30 | | Money Transfer authorized on 04/28 Apple Cash Sent MO 1Infiniteloop CA S386119052467959 Card 3872 | | 249.83 | |
| 4/30 | | Purchase authorized on 04/29 David Geppert Recy 215-842-0122 PA S466119493098737 Card 3872 | | 304.80 | |
| 4/30 | | Recurring Payment authorized on 04/29 Adobe Inc 800-8336687 CA S586119542778741 Card 3872 | | 21.19 | |
| 4/30 | | Purchase authorized on 04/29 Loring Building PR 215-483-7000 PA S306119556538810 Card 3872 | | 45.36 | |
| 4/30 | | Zelle to Phalcon LLC on 04/30 Ref # Wfct124Dl9W3 Past Due Office Rent | | 3,500.00 | 32,325.25 |
| Totals | | | $149,728.43 | $125,409.30 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written (*checks listed are also displayed in the preceding Transaction history*)

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1006 | 4/10 | 10,000.00 | 1007 | 4/15 | 10,000.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| | | |
|---|---|---|
| Fee period 04/01/2026 - 04/30/2026 | Standard monthly service fee $0.00 | You paid $0.00 |

C1/W6

**WELLS FARGO**

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 1,500 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 38 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                        TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# WJH Construction LLC
## Exhibit C
### April 2026

| Transaction date | Transaction type | Name | Item split account | Amount |
|---|---|---|---|---|
| **Wells Fargo DIP** | | | | |
| 04/06/2026 | Deposit | | Hassan Equity | 206.43 |
| 04/08/2026 | Payment | Purity Homes Inc:107 N Mole Street | Unapplied payments | 895.25 |
| 04/08/2026 | Payment | Purity Homes Inc:125 N Mole Street | Unapplied payments | 14,104.75 |
| 04/08/2026 | Deposit | | Construction Income | 1,500.00 |
| 04/09/2026 | Payment | Purity Homes Inc:115 N Mole Street | Unapplied payments | 5,500.00 |
| 04/10/2026 | Payment | Purity Homes Inc:112 N Mole Street | Unapplied payments | 15,000.00 |
| 04/10/2026 | Deposit | | Building materials | 198.62 |
| 04/10/2026 | Deposit | | Hassan Equity | 1,000.00 |
| 04/13/2026 | Payment | Purity Homes Inc:112 N Mole Street | Unapplied payments | 15,000.00 |
| 04/15/2026 | Deposit | PHILA TI LLC | Undeposited Funds | 1,000.00 |
| 04/17/2026 | Payment | Purity Homes Inc:114 N Mole Street | Unapplied payments | 50,000.00 |
| 04/20/2026 | Payment | Purity Homes Inc:112 N Mole Street | Unapplied payments | 15,000.00 |
| 04/24/2026 | Payment | Purity Homes Inc:110 N Mole Street | Unapplied payments | 15,000.00 |
| 04/29/2026 | Deposit | | Building materials | 5,071.85 |
| 04/29/2026 | Deposit | | Building materials | 5,251.53 |
| 04/30/2026 | Payment | Purity Homes Inc:115 N Mole Street | Unapplied payments | 5,000.00 |
| | | | | **$149,728.43** |
| **TOTAL** | | | | **$149,728.43** |

Cash Basis Tuesday, May 26, 2026 01:11 PM GMTZ

# WJH Construction LLC
**Exhibit D**
**April 2026**

| Transaction date | n type | Num | Name | Full name | Item split account | Amount |
|---|---|---|---|---|---|---|
| Wells Fargo DIP | | | | | | |
| Beginning Balance | | | | | | |
| 04/01/2026 | Expense | | Fresh Market | Wells Fargo DIP | Meals and Entertainment | -11.44 |
| 04/01/2026 | Expense | | Apple | Wells Fargo DIP | Hassan Equity | -2,000.00 |
| 04/01/2026 | Expense | | Docusign | Wells Fargo DIP | Computer and Internet Expenses | -324.00 |
| 04/01/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -20.25 |
| 04/01/2026 | Expense | | DAVID GEPPERT RECYCLING INC. | Wells Fargo DIP | Subcontractors Expense | -272.40 |
| 04/01/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -19.42 |
| 04/02/2026 | Expense | | Apple | Wells Fargo DIP | Hassan Equity | -1,500.00 |
| 04/02/2026 | Expense | | | Wells Fargo DIP | Due From Edge Builders | -26.00 |
| 04/03/2026 | Expense | | Park Mobile | Wells Fargo DIP | Parking | -53.94 |
| 04/03/2026 | Expense | | 7-Eleven | Wells Fargo DIP | Gas | -10.88 |
| 04/03/2026 | Expense | | | Wells Fargo DIP | Hassan Equity | -11.64 |
| 04/03/2026 | Expense | | | Wells Fargo DIP | Gas | -45.02 |
| 04/03/2026 | Expense | | Rackian Dixon | Wells Fargo DIP | Subcontractors Expense | -1,000.00 |
| 04/03/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -6.15 |
| 04/03/2026 | Expense | | Apple | Wells Fargo DIP | Hassan Equity | -225.00 |
| 04/03/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -68.90 |
| 04/03/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -32.00 |
| 04/06/2026 | Expense | | METROPOLIS PARKING | Wells Fargo DIP | Parking | -12.99 |
| 04/06/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -17.23 |
| 04/06/2026 | Expense | | Wawa | Wells Fargo DIP | Gas | -77.63 |
| 04/06/2026 | Expense | | | Wells Fargo DIP | Building materials | -42.24 |
| 04/06/2026 | Expense | | Park Mobile | Wells Fargo DIP | Parking | -2.51 |
| 04/06/2026 | Expense | | united gas | Wells Fargo DIP | Auto and Truck Expense | -67.81 |
| 04/06/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -5.40 |
| 04/06/2026 | Expense | | GACETA PLUMBING LLC | Wells Fargo DIP | Subcontractors Expense | -154.50 |
| 04/06/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -12.91 |
| 04/06/2026 | Expense | | | Wells Fargo DIP | Subcontractors Expense | -500.00 |
| 04/06/2026 | Expense | | Park Mobile | Wells Fargo DIP | Parking | -3.39 |
| 04/06/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -30.00 |
| 04/06/2026 | Expense | | Amazon | Wells Fargo DIP | Building materials | -21.19 |
| 04/06/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -3.12 |
| 04/06/2026 | Transfer | | | Wells Fargo DIP | Wells fargo Savings | -250.00 |
| 04/06/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -354.58 |
| 04/07/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -6.75 |

| Date | Type | Num | Name | Account | Category | Amount |
|---|---|---|---|---|---|---|
| 04/07/2026 | Expense | | Apple | Wells Fargo DIP | Hassan Equity | -200.00 |
| 04/07/2026 | Expense | | DAVID GEPPERT RECYCLING INC. | Wells Fargo DIP | Subcontractors Expense | -163.20 |
| 04/07/2026 | Expense | | Speedway | Wells Fargo DIP | Gas | -125.01 |
| 04/07/2026 | Expense | | auto Zone | Wells Fargo DIP | Auto and Truck Expense | -19.43 |
| 04/08/2026 | Expense | | William Mitchell | Wells Fargo DIP | Subcontractors Expense | -1,625.00 |
| 04/08/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -23.53 |
| 04/08/2026 | Expense | | sunoco | Wells Fargo DIP | Gas | -77.02 |
| 04/08/2026 | Expense | | First Call Demolition LLC | Wells Fargo DIP | Subcontractors Expense | -15.00 |
| 04/08/2026 | Expense | | | Wells Fargo DIP | Gas | -54.38 |
| 04/08/2026 | Expense | | First Call Demolition LLC | Wells Fargo DIP | Subcontractors Expense | -10.00 |
| 04/09/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -5.25 |
| 04/09/2026 | Expense | | sunoco | Wells Fargo DIP | Gas | -8.00 |
| 04/09/2026 | Expense | | DoorDash | Wells Fargo DIP | Meals and Entertainment | -29.73 |
| 04/09/2026 | Expense | | | Wells Fargo DIP | Bank Service Charges | -86.12 |
| 04/09/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -20.79 |
| 04/09/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -11.88 |
| 04/10/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -57.83 |
| 04/10/2026 | Check | 1006 | | Wells Fargo DIP | Subcontractors Expense | -10,000.00 |
| 04/10/2026 | Expense | | home depot | Wells Fargo DIP | Construction Materials Costs | -28.26 |
| 04/10/2026 | Expense | | USPS | Wells Fargo DIP | Office Supplies | -0.78 |
| 04/10/2026 | Expense | | | Wells Fargo DIP | Software subscription | -3.00 |
| 04/10/2026 | Expense | | mcdonalds | Wells Fargo DIP | Meals and Entertainment | -7.44 |
| 04/10/2026 | Expense | | William Mitchell | Wells Fargo DIP | Subcontractors Expense | -875.00 |
| 04/10/2026 | Transfer | | | Wells Fargo DIP | Wells fargo Savings | -250.00 |
| 04/10/2026 | Expense | | home depot | Wells Fargo DIP | Construction Materials Costs | -366.29 |
| 04/13/2026 | Expense | | Shell Oil | Wells Fargo DIP | Gas | -76.00 |
| 04/13/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -14.76 |
| 04/13/2026 | Expense | | Spring Garden Car Wash | Wells Fargo DIP | Meals and Entertainment | -69.07 |
| 04/13/2026 | Expense | | Park Mobile | Wells Fargo DIP | Parking | -2.20 |
| 04/13/2026 | Expense | | home depot | Wells Fargo DIP | Construction Materials Costs | -429.41 |
| 04/13/2026 | Expense | | chick-fil-a | Wells Fargo DIP | Meals and Entertainment | -25.04 |
| 04/13/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -11.55 |
| 04/13/2026 | Expense | | Sabrina's Cafe | Wells Fargo DIP | Meals and Entertainment | -40.72 |
| 04/13/2026 | Expense | | C&R BUILDING SUPPLY | Wells Fargo DIP | Building materials | -274.28 |
| 04/13/2026 | Expense | | sunoco | Wells Fargo DIP | Gas | -70.00 |
| 04/13/2026 | Expense | | | Wells Fargo DIP | Subcontractors Expense | -800.00 |
| 04/13/2026 | Expense | | ACE HARDWARE | Wells Fargo DIP | Construction Materials Costs | -64.78 |
| 04/13/2026 | Expense | | | Wells Fargo DIP | Subcontractors Expense | -100.00 |
| 04/13/2026 | Expense | | Rackian Dixon | Wells Fargo DIP | Subcontractors Expense | -225.00 |
| 04/14/2026 | Expense | | | Wells Fargo DIP | Purchases | -50.00 |
| 04/14/2026 | Expense | | EZ PASS | Wells Fargo DIP | Auto and Truck Expense | -140.00 |

| Date | Type | | Name | Account | Category | Amount |
|---|---|---|---|---|---|---|
| 04/14/2026 | Expense | | | Wells Fargo DIP | Software subscription | -3.00 |
| 04/14/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -17.28 |
| 04/14/2026 | Expense | | | Wells Fargo DIP | Purchases | -200.00 |
| 04/14/2026 | Expense | | | Wells Fargo DIP | Computer and Internet Expenses | -525.00 |
| 04/14/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -8.63 |
| 04/14/2026 | Expense | | | Wells Fargo DIP | Auto and Truck Expense | -26.00 |
| 04/14/2026 | Expense | | Liberty Mutual | Wells Fargo DIP | Hassan Equity | -239.49 |
| 04/15/2026 | Expense | | QuickBooks Payments | Wells Fargo DIP | QuickBooks Payments Fees | -47.40 |
| 04/15/2026 | Expense | | BMW of the Mainline | Wells Fargo DIP | BMW Loan | -1,284.04 |
| 04/15/2026 | Expense | | T-Mobile | Wells Fargo DIP | Telephone Expense | -535.53 |
| 04/15/2026 | Expense | | Apple | Wells Fargo DIP | Hassan Equity | -2,450.00 |
| 04/15/2026 | Expense | | C&R BUILDING SUPPLY | Wells Fargo DIP | Building materials | -182.52 |
| 04/15/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -9.99 |
| 04/15/2026 | Expense | | | Wells Fargo DIP | Computer and Internet Expenses | -215.47 |
| 04/15/2026 | Check | 1007 | | Wells Fargo DIP | Subcontractors Expense | -10,000.00 |
| 04/15/2026 | Expense | | William Mitchell | Wells Fargo DIP | Subcontractors Expense | -4,500.00 |
| 04/15/2026 | Expense | | C&R BUILDING SUPPLY | Wells Fargo DIP | Building materials | -75.05 |
| 04/16/2026 | Expense | | home depot | Wells Fargo DIP | Construction Materials Costs | -17.79 |
| 04/16/2026 | Expense | | C&R BUILDING SUPPLY | Wells Fargo DIP | Building materials | -340.17 |
| 04/16/2026 | Expense | | sunoco | Wells Fargo DIP | Gas | -93.34 |
| 04/16/2026 | Expense | | HUDA | Wells Fargo DIP | Meals and Entertainment | -52.92 |
| 04/16/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -24.30 |
| 04/16/2026 | Expense | | state farm | Wells Fargo DIP | Auto Insurance | -323.65 |
| 04/16/2026 | Expense | | | Wells Fargo DIP | Subcontractors Expense | -5,000.00 |
| 04/16/2026 | Expense | | home depot | Wells Fargo DIP | Construction Materials Costs | -161.81 |
| 04/16/2026 | Expense | | DAVID GEPPERT RECYCLING INC. | Wells Fargo DIP | Subcontractors Expense | -241.20 |
| 04/17/2026 | Expense | | | Wells Fargo DIP | Subcontractors Expense | -700.00 |
| 04/17/2026 | Expense | | home depot | Wells Fargo DIP | Construction Materials Costs | -43.16 |
| 04/17/2026 | Expense | | DAVID GEPPERT RECYCLING INC. | Wells Fargo DIP | Subcontractors Expense | -420.00 |
| 04/17/2026 | Expense | | sweetgreen | Wells Fargo DIP | Building materials | -39.95 |
| 04/17/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -9.50 |
| 04/17/2026 | Expense | | | Wells Fargo DIP | Gas | -100.00 |
| 04/17/2026 | Expense | | | Wells Fargo DIP | Meals and Entertainment | -12.09 |
| 04/17/2026 | Expense | | Barnes & Noble | Wells Fargo DIP | Hassan Equity | -57.32 |
| 04/17/2026 | Expense | | Rackian Dixon | Wells Fargo DIP | Subcontractors Expense | -1,600.00 |
| 04/17/2026 | Expense | | | Wells Fargo DIP | Parking | -27.00 |
| 04/17/2026 | Expense | | C&R BUILDING SUPPLY | Wells Fargo DIP | Building materials | -231.25 |
| 04/20/2026 | Expense | | | Wells Fargo DIP | Parking | -27.00 |
| 04/20/2026 | Expense | | T-Mobile | Wells Fargo DIP | Telephone Expense | -90.00 |
| 04/20/2026 | Expense | | auto Zone | Wells Fargo DIP | Auto and Truck Expense | -23.75 |
| 04/20/2026 | Expense | | | Wells Fargo DIP | Subcontractors Expense | -5,000.00 |

| Date | Type | Payee | Account | Category | Amount |
|---|---|---|---|---|---|
| 04/20/2026 | Expense | Park Mobile | Wells Fargo DIP | Parking | -0.52 |
| 04/20/2026 | Expense | Apple | Wells Fargo DIP | Hassan Equity | -79.64 |
| 04/20/2026 | Expense | home depot | Wells Fargo DIP | Construction Materials Costs | -1,047.46 |
| 04/20/2026 | Expense | home depot | Wells Fargo DIP | Construction Materials Costs | -135.72 |
| 04/20/2026 | Expense | T-Mobile | Wells Fargo DIP | Telephone Expense | -151.38 |
| 04/20/2026 | Expense | | Wells Fargo DIP | Meals and Entertainment | -5.94 |
| 04/20/2026 | Expense | sunoco | Wells Fargo DIP | Gas | -85.53 |
| 04/20/2026 | Expense | T-Mobile | Wells Fargo DIP | Telephone Expense | -2.96 |
| 04/20/2026 | Expense | Liberty Mutual | Wells Fargo DIP | Hassan Equity | -313.93 |
| 04/21/2026 | Expense | First Call Demolition LLC | Wells Fargo DIP | Subcontractors Expense | -9,500.00 |
| 04/21/2026 | Expense | DAVID GEPPERT RECYCLING INC. | Wells Fargo DIP | Subcontractors Expense | -396.00 |
| 04/21/2026 | Expense | state farm | Wells Fargo DIP | Auto Insurance | -558.32 |
| 04/22/2026 | Expense | Rackian Dixon | Wells Fargo DIP | Subcontractors Expense | -137.50 |
| 04/22/2026 | Expense | First Call Demolition LLC | Wells Fargo DIP | Subcontractors Expense | -5,000.00 |
| 04/22/2026 | Expense | home depot | Wells Fargo DIP | Construction Materials Costs | -25.29 |
| 04/22/2026 | Expense | home depot | Wells Fargo DIP | Construction Materials Costs | -5,485.94 |
| 04/22/2026 | Expense | Rackian Dixon | Wells Fargo DIP | Subcontractors Expense | -300.00 |
| 04/22/2026 | Expense | PURCHASE AUTHORIZED ON 08/01 EIG*FatCow 8 | Wells Fargo DIP | Computer and Internet Expenses | -36.29 |
| 04/22/2026 | Expense | | Wells Fargo DIP | Auto and Truck Expense | -5.30 |
| 04/22/2026 | Expense | | Wells Fargo DIP | Auto and Truck Expense | -5.30 |
| 04/22/2026 | Expense | home depot | Wells Fargo DIP | Construction Materials Costs | -4,632.16 |
| 04/22/2026 | Expense | Fresh Market | Wells Fargo DIP | Meals and Entertainment | -62.39 |
| 04/22/2026 | Expense | | Wells Fargo DIP | Purchases | -19.99 |
| 04/22/2026 | Expense | | Wells Fargo DIP | Auto and Truck Expense | -5.30 |
| 04/22/2026 | Expense | Wawa | Wells Fargo DIP | Gas | -84.98 |
| 04/23/2026 | Expense | Park Mobile | Wells Fargo DIP | Parking | -3.90 |
| 04/23/2026 | Expense | | Wells Fargo DIP | Subcontractors Expense | -4,500.00 |
| 04/23/2026 | Expense | home depot | Wells Fargo DIP | Construction Materials Costs | -12.47 |
| 04/23/2026 | Expense | Westfield insurance | Wells Fargo DIP | Insurance Expense | -924.91 |
| 04/24/2026 | Expense | Rackian Dixon | Wells Fargo DIP | Subcontractors Expense | -1,875.00 |
| 04/24/2026 | Expense | C&R BUILDING SUPPLY | Wells Fargo DIP | Building materials | -87.46 |
| 04/24/2026 | Expense | William Mitchell | Wells Fargo DIP | Subcontractors Expense | -3,500.00 |
| 04/24/2026 | Expense | | Wells Fargo DIP | Software subscription | -8.99 |
| 04/24/2026 | Expense | DAVID GEPPERT RECYCLING INC. | Wells Fargo DIP | Subcontractors Expense | -128.40 |
| 04/27/2026 | Expense | C&R BUILDING SUPPLY | Wells Fargo DIP | Building materials | -540.00 |
| 04/27/2026 | Expense | Philadelphia License and Inspections | Wells Fargo DIP | Building permit fee | -100.00 |
| 04/27/2026 | Expense | Rackian Dixon | Wells Fargo DIP | Subcontractors Expense | -500.00 |
| 04/27/2026 | Expense | City of Philadelphia | Wells Fargo DIP | Payment fee | -2.10 |
| 04/27/2026 | Expense | home depot | Wells Fargo DIP | Construction Materials Costs | -367.05 |
| 04/27/2026 | Expense | Philadelphia License and Inspections | Wells Fargo DIP | Building permit fee | -100.00 |
| 04/27/2026 | Expense | | Wells Fargo DIP | Subcontractors Expense | -5,000.00 |

| 04/27/2026 | Expense | City of Philadelphia | Wells Fargo DIP | Payment fee | -2.10 |
|---|---|---|---|---|---|
| 04/27/2026 | Expense | home depot | Wells Fargo DIP | Construction Materials Costs | -188.61 |
| 04/27/2026 | Expense | City of Philadelphia | Wells Fargo DIP | Payment fee | -2.10 |
| 04/27/2026 | Expense | PURCHASE AUTHORIZED ON 08/01 EIG*FatCow 8 | Wells Fargo DIP | Computer and Internet Expenses | -64.79 |
| 04/27/2026 | Expense | Philadelphia License and Inspections | Wells Fargo DIP | Building permit fee | -100.00 |
| 04/27/2026 | Expense | | Wells Fargo DIP | Subcontractors Expense | -600.00 |
| 04/27/2026 | Expense | Philadelphia License and Inspections | Wells Fargo DIP | Building permit fee | -100.00 |
| 04/27/2026 | Expense | City of Philadelphia | Wells Fargo DIP | Payment fee | -2.10 |
| 04/28/2026 | Expense | Campos Enterprises | Wells Fargo DIP | Subcontractors Expense | -1,125.00 |
| 04/28/2026 | Expense | Apple | Wells Fargo DIP | Hassan Equity | -500.00 |
| 04/28/2026 | Expense | | Wells Fargo DIP | Subcontractors Expense | -1,300.00 |
| 04/28/2026 | Expense | Apple | Wells Fargo DIP | Hassan Equity | -965.00 |
| 04/29/2026 | Expense | home depot | Wells Fargo DIP | Construction Materials Costs | -5,251.53 |
| 04/29/2026 | Expense | united gas | Wells Fargo DIP | Auto and Truck Expense | -61.98 |
| 04/29/2026 | Expense | | Wells Fargo DIP | Subcontractors Expense | -600.00 |
| 04/29/2026 | Expense | home depot | Wells Fargo DIP | Construction Materials Costs | -5,071.85 |
| 04/29/2026 | Expense | | Wells Fargo DIP | Building materials | -549.95 |
| 04/29/2026 | Expense | EZ PASS | Wells Fargo DIP | Auto and Truck Expense | -140.00 |
| 04/30/2026 | Expense | | Wells Fargo DIP | Building materials | -304.80 |
| 04/30/2026 | Expense | PHALCON LLC | Wells Fargo DIP | Office Rent | -3,500.00 |
| 04/30/2026 | Expense | Park Mobile | Wells Fargo DIP | Parking | -1.25 |
| 04/30/2026 | Expense | Adobe | Wells Fargo DIP | Computer and Internet Expenses | -21.19 |
| 04/30/2026 | Expense | | Wells Fargo DIP | Building materials | -45.36 |
| 04/30/2026 | Expense | home depot | Wells Fargo DIP | Construction Materials Costs | -299.74 |
| 04/30/2026 | Expense | Apple | Wells Fargo DIP | Hassan Equity | -249.83 |
| 04/30/2026 | Expense | | Wells Fargo DIP | Gas | -33.36 |
| | | | | | -$125,409.30 |
| **TOTAL** | | | | | **-$125,409.30** |

Cash Basis Tuesday, May 26, 2026 01:11 PM GMTZ