**Fill in this information to identify the case:**

Debtor Name  WJH Construction LLC

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 25-13514-amc

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  May

Date report filed: 06/23/2026
MM / DD / YYYY

Line of business: Construction

NAISC code: 236115

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Hassan Edge

Original signature of responsible party

Printed name of responsible party  Hassan Edge

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  WJH Construction LLC

Case number 25-13514-amc

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 32,325.25

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 23,636.38

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 52,921.33

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -29,284.95

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 3,040.30

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ _____

(Exhibit E)

Debtor Name  WJH Construction LLC

Case number 25-13514-amc

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ _____

(Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed? — 0

27. What is the number of employees as of the date of this monthly report? — 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? — $ 1,000.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? — $ 2,697.50

30. How much have you paid this month in other professional fees? — $ 0.00

31. How much have you paid in total other professional fees since filing the case? — $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 50,000.00 | − | $ 23,636.38 | = | $ 26,363.62 |
| 33. **Cash disbursements** | $ 49,500.00 | − | $ 52,921.33 | = | $ -3,421.33 |
| 34. **Net cash flow** | $ 500.00 | − | $ -29,284.95 | = | $ -29,784.95 |

35. Total projected cash receipts for the next month: — $ 25,000.00

36. Total projected cash disbursements for the next month: — − $ 24,500.00

37. Total projected net cash flow for the next month: — = $ 500.00

Debtor Name  WJH Construction LLC                          Case number 25-13514-amc

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# Initiate Business Checking™

May 31, 2026 ■ Page 1 of 9

WJH CONSTRUCTION LLC
DEBTOR IN POSSESION
CH11 CASE# 25-13514 (EPA)
6822 N BROAD ST
PHILADELPHIA PA 19126-2804

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*   Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Fraud and scam tips to help keep your money and information safe

Quickly spot check fraud and scams
- Review check images at least monthly. If something doesn't look right, report it right away.
- Verify your recipient received the check.
- Set up "Checks posted yesterday" alerts in the Wells Fargo Mobile® app* or online banking to be notified when a check clears.
- Be wary if anyone sends you a check and asks you to send money back. That's likely a scam.

Government impersonation scams

Here's what to know:
- Scammers pose as government agencies to get your money or personal information.
- Never share your Social Security or Medicare number unless you're the one who initiated the contact.
- If you have a real tax issue, the IRS will always send you a letter. Hang up on unexpected calls from the IRS, even if the caller already has your Social Security number.
- If anyone urges you to move your money to a different account for any reason, even to "protect it", assume it's a scam.

May 31, 2026 ■ Page 2 of 9

**WELLS FARGO**

Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate "who" and "why". You are in control when it's your money.

* Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $32,325.25 |
| Deposits/Credits | 23,636.38 |
| Withdrawals/Debits | - 52,921.33 |
| Ending balance on 5/31 | $3,040.30 |

Account number:  5957830408  (primary account)

WJH CONSTRUCTION LLC
DEBTOR IN POSSESION
CH11 CASE# 25-13514 (EPA)

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Zelle From Banea Aguirre on 05/01 Ref # Bacrluq85lia | 300.00 | | |
| 5/1 | | Purchase authorized on 04/29 Sunoco 0363143905 Philadelphia PA S346119425100810 Card 3872 | | 110.01 | |
| 5/1 | | Purchase authorized on 04/29 Pmusa 303010 Phila 770-8189036 GA S306119540390350 Card 3429 | | 2.44 | |
| 5/1 | | Purchase authorized on 04/30 IN *Phalcon LLC 267-7165556 PA S586120603431111 Card 3872 | | 2,384.53 | |
| 5/1 | | Purchase authorized on 04/30 Phila Rev EZ-Pay F 888-301-7700 NJ S356120692895993 Card 3872 | | 47.25 | |
| 5/1 | | Purchase authorized on 04/30 Phila12 Streets 215-686-5560 PA S306120692880925 Card 3872 | | 2,250.00 | |
| 5/1 | | Purchase authorized on 04/30 Uber Technologies, Inc Wilmington DE P000000945964291 Card 3429 | | 10.93 | |
| 5/1 | | Recurring Payment authorized on 04/30 Openai *Chatgpt Su Openai.Com CA S346121151488653 Card 3872 | | 21.60 | |
| 5/1 | | Zelle to Rackian Rock Dixon on 05/01 Ref # Wfct124Hhtg8 Site Labor April 29 to May 1 | | 537.50 | |
| 5/1 | | Zelle to Daquan Rodgers on 05/01 Ref # Wfct124Hsb22 Mole Street Labor Work | | 125.00 | 27,135.99 |
| 5/4 | | Money Transfer authorized on 05/03 From Brigit NY S356123416176661 Card 3872 | 0.01 | | |
| 5/4 | | Instant Pmt From Brigit on 05/04 Ref#20260504101115315P1Bcled00000098692 | 370.00 | | |
| 5/4 | | Purchase authorized on 04/30 Pmusa 303010 Phila 770-8189036 GA S586120411866448 Card 3872 | | 8.45 | |
| 5/4 | | Purchase authorized on 04/30 Pmusa 303010 Phila 770-8189036 GA S466120463191125 Card 3872 | | 7.65 | |
| 5/4 | | Purchase authorized on 04/30 Pmusa 303010 Phila 770-8189036 GA S306120547949746 Card 3429 | | 2.45 | |
| 5/4 | | Purchase authorized on 04/30 0969-Albert Einste Philadelphia PA S586120832676316 Card 3872 | | 8.00 | |
| 5/4 | | Recurring Payment authorized on 05/01 Pmusa PM Pro 770-8189036 GA S466121347352281 Card 3872 | | 53.94 | |
| 5/4 | | Purchase authorized on 05/01 Phila Code Unit SW 302-6587581 PA S466121478705740 Card 3872 | | 102.00 | |
| 5/4 | | Purchase authorized on 05/01 Liberty Transfer S 732-9229292 PA S356121554987455 Card 3872 | | 305.89 | |

WELLS
FARGO

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/4 | | Purchase authorized on 05/01 Metropolis Parking Metropolis.Io TN S346121655689640 Card 3429 | | 12.99 | |
| 5/4 | | Purchase authorized on 05/01 Sq *Capriccio Cafe Philadelphia PA S306121691326163 Card 3429 | | 13.18 | |
| 5/4 | | Purchase authorized on 05/01 Sunoco 0363506703 Philadelphia PA S466121836427057 Card 3872 | | 0.44 | |
| 5/4 | | Purchase authorized on 05/01 Sunoco 0427121902 Philadelphia PA S346121845697872 Card 3872 | | 40.14 | |
| 5/4 | | Zelle to Jefe Productions on 05/02 Ref # Wfct124L5Rpn 2nd Installment for Videography and Photog | | 800.00 | |
| 5/4 | | Purchase authorized on 05/02 Philadelphia Parki 888-5913636 PA S386122515750598 Card 3872 | | 144.50 | |
| 5/4 | | Purchase authorized on 05/02 Tst*Two Robbers Fl Philadelphia PA S306122736559857 Card 3429 | | 68.00 | |
| 5/4 | | Purchase authorized on 05/02 Pmusa 303010 Phila 770-8189036 GA S346122766290232 Card 3872 | | 2.45 | |
| 5/4 | | Zelle to Rock NEW Number on 05/02 Ref # Wfct124Nlbjp Mole St. Labor Work May 2nd | | 300.00 | |
| 5/4 | | Purchase authorized on 05/02 Pmusa 303010 Phila 770-8189036 GA S466122822061076 Card 3872 | | 1.89 | |
| 5/4 | | Purchase authorized on 05/02 Sunoco 8002222101 Philadelphia PA S386123011550216 Card 3429 | | 6.00 | |
| 5/4 | | Purchase authorized on 05/02 Sunoco 0363167803 Philadelphia PA S346123025679604 Card 3872 | | 101.66 | |
| 5/4 | | Purchase authorized on 05/02 Metropolis Parking Metropolis.Io TN S586123034568728 Card 3872 | | 10.99 | |
| 5/4 | | Purchase authorized on 05/02 Metropolis Parking Metropolis.Io TN S356123107078587 Card 3872 | | 5.99 | |
| 5/4 | | Purchase authorized on 05/02 Lukoil 69708 Philadelphia PA S356123184962550 Card 3429 | | 73.75 | |
| 5/4 | | Purchase authorized on 05/02 Metropolis Parking Metropolis.Io TN S466123220318188 Card 3872 | | 15.99 | |
| 5/4 | | Brigit-Com Microverif 260504 75Ce750Ec47F4Ac Hassan Edge | | 0.01 | 25,419.64 |
| 5/5 | | Purchase authorized on 05/04 Prime Video Channe Amzn.Com/Bill WA S466124663353400 Card 3872 | | 21.19 | |
| 5/5 | | Purchase authorized on 05/04 The Vault 215 Philadelphia PA S306124827576477 Card 3429 | | 250.00 | 25,148.45 |
| 5/6 | | Money Transfer authorized on 05/04 Apple Cash Sent MO 1Infiniteloop CA S386124495130104 Card 3429 | | 240.00 | |
| 5/6 | | Purchase authorized on 05/04 Pmusa 303010 Phila 770-8189036 GA S586124725525831 Card 3872 | | 1.67 | |
| 5/6 | | Purchase authorized on 05/04 Tst*Taste Cheesest Philadelphia PA S466124840632092 Card 3429 | | 43.74 | |
| 5/6 | | Purchase authorized on 05/05 Liberty Transfer S 732-9229292 PA S386125598872226 Card 3872 | | 279.92 | |
| 5/6 | | Brigit-Com Microverif 260505 D528B7079DC648A Hassan Edge | | 0.01 | 24,583.11 |
| 5/7 | | Purchase authorized on 05/05 C and R Building S 925-555-5555 PA S466125470731332 Card 3872 | | 410.35 | |
| 5/7 | | Purchase authorized on 05/05 United Gas Philade Philadelphia PA S306125503292957 Card 3429 | | 37.05 | |
| 5/7 | | Purchase authorized on 05/05 7-Eleven 40457 Philadelphia PA S346125692142292 Card 3872 | | 100.00 | |
| 5/7 | | Purchase authorized on 05/05 Pmusa 303010 Phila 770-8189036 GA S346125722434674 Card 3872 | | 1.55 | |
| 5/7 | | Purchase authorized on 05/06 C and R Building S 925-555-5555 PA S386126596537509 Card 3872 | | 276.35 | |
| 5/7 | | Zelle to Agentic Advantage on 05/07 Ref # Wfct1258Jnsf Artificial Intelligence Email Interrogatio | | 600.00 | |
| 5/7 | 1009 | Check | | 1,179.00 | 21,978.81 |
| 5/8 | | Direct Pay Nonwf Bus Pymt Trans | | 9.00 | |
| 5/8 | | Direct Pay Monthly Base | | 10.00 | |
| 5/8 | | Purchase authorized on 05/07 Ross and Ross Ente Philadelphia PA S306127491472622 Card 3872 | | 103.00 | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/8 | | Zelle to Rackian Rock Dixon on 05/08 Ref # Wfct125Csk97 Labor Svc at Mole St May 2 to May 8 | | 1,262.50 | 20,594.31 |
| 5/11 | | Purchase authorized on 05/09 United Gas Philade Philadelphia PA S586129452680315 Card 3429 | | 64.57 | |
| 5/11 | | Purchase authorized on 05/09 Ctlp*Commercial Ai Conshohocken PA S346129455902949 Card 3429 | | 2.50 | |
| 5/11 | | Purchase authorized on 05/09 The Home Depot #41 Philadelphia PA S466129609898337 Card 3872 | | 63.59 | |
| 5/11 | | Money Transfer authorized on 05/09 Apple Cash Sent MO 1Infiniteloop CA S586130050562752 Card 3429 | | 200.00 | |
| 5/11 | | Purchase authorized on 05/10 Wegmans #10 Cherry Hill NJ S356130760207765 Card 3429 | | 153.24 | 20,110.41 |
| 5/12 | | Purchase authorized on 05/10 Acme 0291 Philadelphia PA S306130800805977 Card 3429 | | 28.07 | |
| 5/12 | | Purchase authorized on 05/10 The Home Depot #41 Philadelphia PA S306130854564705 Card 3872 | | 27.52 | |
| 5/12 | | Purchase authorized on 05/11 Ross and Ross Ente Philadelphia PA S346131535158244 Card 3872 | | 128.75 | |
| 5/12 | | Purchase authorized on 05/11 Cash App*Sahn Here Cash.App CA S386132127244072 Card 3872 | | 105.00 | |
| 5/12 | | Zelle to Mitchell William on 05/12 Ref # Wfct125Tsczl 127 N Mole Framing Payment 2 of 3 | | 3,500.00 | |
| 5/12 | | Tilt 1005684368 260512 D3Bc5052B91449 Hassanedge | | 8.00 | |
| 5/12 | | Brigit-Com Protection 260511 1790569Dae1849A Hassan Edge | | 373.99 | 15,939.08 |
| 5/13 | | Purchase authorized on 05/11 The Home Depot #41 Philadelphia PA S346131513812932 Card 3872 | | 1,396.12 | |
| 5/13 | | Purchase authorized on 05/11 The Home Depot #41 Philadelphia PA S386131566076205 Card 3872 | | 79.86 | |
| 5/13 | | Purchase authorized on 05/11 The Home Depot #41 Philadelphia PA S386131579370238 Card 3872 | | 170.00 | |
| 5/13 | | Purchase authorized on 05/11 Staples 1542 Philadelphia PA S586131583694191 Card 3872 | | 13.76 | |
| 5/13 | | Purchase authorized on 05/12 Bmw of The Main Li Bala Cynwyd PA S356132726649818 Card 3872 | | 264.95 | 14,014.39 |
| 5/14 | | Purchase Return authorized on 05/12 The Home Depot #41 Philadelphia PA S466132614350810 Card 3872 | 200.00 | | |
| 5/14 | | Purchase authorized on 05/12 The Home Depot #41 Philadelphia PA S356132551135147 Card 3872 | | 248.00 | |
| 5/14 | | Purchase authorized on 05/12 Sunoco 0619694300 Bala Cynwyd PA S306132717497692 Card 3872 | | 51.59 | |
| 5/14 | | Purchase authorized on 05/12 Sunoco 0363366606 Philadelphia PA S386132775851986 Card 3872 | | 76.12 | |
| 5/14 | | Purchase authorized on 05/13 Wawa 8013 Philadelphia PA S466133493345792 Card 3429 | | 28.63 | |
| 5/14 | | Purchase authorized on 05/13 C and R Building S 925-555-5555 PA S386133515524304 Card 3872 | | 294.09 | |
| 5/14 | | Dave Davesubfee 260514 1T55Qfrh2Esvlis Hassan Edge | | 3.00 | 13,512.96 |
| 5/15 | | Instant Pmt From Intuit Payments Inc. on 05/15 Ref#20260515021000021P1Brjpc03240024118 | 3,000.00 | | |
| 5/15 | | Instant Pmt From Brigit on 05/15 Ref#20260515101115315P1Bcled00000184201 | 370.00 | | |
| 5/15 | | Purchase authorized on 05/13 The Home Depot #41 Philadelphia PA S306133443013323 Card 3429 | | 77.42 | |
| 5/15 | | Purchase authorized on 05/13 The Home Depot #41 Philadelphia PA S586133498999798 Card 3872 | | 283.92 | |
| 5/15 | | Purchase authorized on 05/13 Fairmount General Philadelphia PA S386133814594544 Card 3429 | | 63.19 | |
| 5/15 | | Recurring Payment authorized on 05/14 Tmobile*Postpaid F 800-937-8997 WA S466134382364276 Card 3429 | | 156.13 | |
| 5/15 | | Purchase authorized on 05/14 Sunoco 8000924502 Philadelphia PA S386134426773403 Card 3429 | | 50.00 | |
| 5/15 | | Recurring Payment authorized on 05/14 Tmobile*Auto Pay 800-937-8997 WA S306134593182911 Card 3872 | | 533.66 | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/15 | | Zelle to Rackian Rock Dixon on 05/15 Ref # Wfct12667Y86 Labor Services Mole Street May 11 Through | | 1,400.00 | |
| 5/15 | | Zelle to Phalcon LLC on 05/15 Ref # Wfct12674Glh Partial Payment Office Rent | | 1,500.00 | |
| 5/15 | | Dave P2P Dave SD1300 Hassan Edge Account 0408 | | 86.12 | |
| 5/15 | 1310 | Check | | 1,674.00 | 11,058.52 |
| 5/18 | | Purchase authorized on 05/14 7-Eleven 40143 Philadelphia PA S386134426624703 Card 3429 | | 16.67 | |
| 5/18 | | Purchase authorized on 05/14 7-Eleven 40457 Philadelphia PA S386134607282139 Card 3872 | | 4.85 | |
| 5/18 | | Purchase authorized on 05/14 Sunoco 0458741600 Philadelphia PA S586134602917837 Card 3872 | | 112.00 | |
| 5/18 | | Purchase authorized on 05/14 Set No Libs 650-3509898 PA S356134804736340 Card 3429 | | 46.17 | |
| 5/18 | | Purchase authorized on 05/14 Girard Food Gas MA Philadelphia PA S466135064510015 Card 3429 | | 2.91 | |
| 5/18 | | Purchase authorized on 05/15 Metropolis Parking Metropolis.Io TN S356135653716422 Card 3872 | | 12.99 | |
| 5/18 | | Purchase authorized on 05/15 State Farm Insura 800-956-6310 IL S356135680824964 Card 3872 | | 361.95 | |
| 5/18 | | Purchase authorized on 05/15 The Home Depot #41 Philadelphia PA S466135744617792 Card 3872 | | 1,745.68 | |
| 5/18 | | Purchase authorized on 05/15 Brigit NEW York NY S356136046186731 Card 3872 | | 373.99 | |
| 5/18 | | Money Transfer authorized on 05/16 Albert Albert.Com CA S386136336216608 Card 3872 | | 82.99 | |
| 5/18 | | Money Transfer authorized on 05/16 Albert Albert.Com CA S466136392992246 Card 3872 | | 82.99 | |
| 5/18 | | Money Transfer authorized on 05/16 Albert Albert.Com CA S346136408289728 Card 3872 | | 82.99 | |
| 5/18 | | Purchase authorized on 05/16 Hugo Insurance Sol Withhugo.Com CA S346136503640784 Card 3429 | | 39.30 | |
| 5/18 | | Purchase authorized on 05/16 Cash App*Sahn Here Cash.App CA S466136525049318 Card 3872 | | 104.00 | |
| 5/18 | | Purchase authorized on 05/16 S.W. Auto Tags, LI Philadelphia PA S386136537729225 Card 3429 | | 75.00 | |
| 5/18 | | Purchase authorized on 05/16 Cash App*Sahn Here Cash.App CA S306136618715449 Card 3872 | | 105.00 | |
| 5/18 | | Purchase authorized on 05/16 Sunoco 8000998602 Philadelphia PA S586136784214940 Card 3429 | | 23.00 | |
| 5/18 | | Purchase authorized on 05/16 United Gas Philade Philadelphia PA S386137176024320 Card 3429 | | 7.68 | |
| 5/18 | | Recurring Payment authorized on 05/17 Tmobile*Postpaid F 800-937-8997 WA S386137339749909 Card 3429 | | 156.14 | |
| 5/18 | | Purchase authorized on 05/17 Wawa 8156 Horsham PA S386137565591585 Card 3872 | | 96.41 | |
| 5/18 | | Zelle to Phalcon LLC on 05/17 Ref # Wfct126Dfwq5 Partial Office Route Payment | | 1,000.00 | |
| 5/18 | < | Business to Business ACH Debit - Intuit 46833863 Tran Fee 260516 524771992038892 Wjh Construction, LLC | | 142.20 | 6,383.61 |
| 5/19 | | Zelle From Purity Homes Inc on 05/19 Ref # Bacapg1W6Rhw | 3,000.00 | | |
| 5/19 | | Purchase authorized on 05/17 The Home Depot #41 Philadelphia PA S306137818103803 Card 3872 | | 120.86 | |
| 5/19 | | Purchase authorized on 05/18 C and R Building S 925-555-5555 PA S466138416528460 Card 3872 | | 45.34 | |
| 5/19 | | Purchase authorized on 05/18 Ferguson Ent 5927 844-872-3857 PA S356138425298305 Card 3872 | | 333.76 | |
| 5/19 | | Recurring Payment authorized on 05/18 Sqsp* Websit#23502 Squarespace.C NY S386138458371571 Card 3872 | | 207.36 | |
| 5/19 | | Purchase authorized on 05/18 C and R Building S 925-555-5555 PA S586138525756062 Card 3872 | | 41.79 | |
| 5/19 | | Purchase authorized on 05/18 David Geppert Recy 215-842-0122 PA S386138648147574 Card 3872 | | 183.60 | |

May 31, 2026 ■ Page 6 of 9

WELLS FARGO

---

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/19 | | Zelle to Damir Sewell on 05/19 Ref # Wfct126Mhm44 Labor Services at 100 N Mole | | 550.00 | |
| 5/19 | < | Business to Business ACH Debit - State Farm Ro 27 Cpc-Client 13 S 1101121913 Hassan Edge | | 558.32 | 7,342.58 |
| 5/20 | | Zelle From Purity Homes Inc on 05/20 Ref # Baccstkosqqp Progress of Work 108114 N Mole | 15,000.00 | | |
| 5/20 | | Purchase authorized on 05/19 OH Westfield 800-243-0210 OH S356139592293931 Card 3872 | | 924.91 | |
| 5/20 | | Purchase authorized on 05/19 93533 - William Pe Philadelphia PA S356140114523760 Card 3429 | | 15.00 | |
| 5/20 | | Zelle to Mitchell William on 05/20 Ref # Wfct126Qzmrb Deposit for 112 N Mole | | 3,200.00 | 18,202.67 |
| 5/21 | | Purchase Return authorized on 05/19 The Home Depot #41 Philadelphia PA S386139651186890 Card 3872 | 171.00 | | |
| 5/21 | | Purchase authorized on 05/19 The Home Depot #41 Philadelphia PA S586139455973662 Card 3872 | | 41.13 | |
| 5/21 | | Purchase authorized on 05/19 The Home Depot #41 Philadelphia PA S586139658026527 Card 3872 | | 331.37 | |
| 5/21 | | Purchase authorized on 05/19 The Home Depot #41 Philadelphia PA S346139688398039 Card 3429 | | 11.92 | |
| 5/21 | | Purchase authorized on 05/19 Sunoco 0678387200 Philadelphia PA S466139709662439 Card 3872 | | 146.32 | |
| 5/21 | | Purchase authorized on 05/19 7-Eleven 40235 Bala Cynwyd PA S306139809364113 Card 3429 | | 70.94 | |
| 5/21 | | Purchase authorized on 05/20 C and R Building S 925-555-5555 PA S346140512124530 Card 3872 | | 64.77 | |
| 5/21 | | Purchase authorized on 05/20 Triple Play Sports Philadelphia PA S386140520220426 Card 3429 | | 50.00 | |
| 5/21 | | Purchase authorized on 05/20 Cantor Novak Beave Newtown PA S306140542265583 Card 3872 | | 1,000.00 | |
| 5/21 | | Purchase authorized on 05/20 Springfield Market Philadelphia PA S356140590947113 Card 3429 | | 8.00 | |
| 5/21 | | Purchase authorized on 05/20 Lukoil 69708 Philadelphia PA S306141129776462 Card 3429 | | 6.15 | |
| 5/21 | | Zelle to Phalcon LLC on 05/21 Ref # Wfct126Tcwbw Office Rent | | 2,309.53 | 14,333.54 |
| 5/22 | | Purchase authorized on 05/20 Pmusa 303010 Phila 770-8189036 GA S356140627507728 Card 3429 | | 3.59 | |
| 5/22 | | Purchase authorized on 05/20 Sunoco 8000924502 Philadelphia PA S306140651591671 Card 3429 | | 90.00 | |
| 5/22 | | Recurring Payment authorized on 05/21 Web*Ipage Ipage.Com MA S466141318491703 Card 3872 | | 36.29 | |
| 5/22 | | Purchase authorized on 05/21 Loring Building PR 215-483-7000 PA S466141469290203 Card 3872 | | 1,278.83 | |
| 5/22 | | Purchase authorized on 05/21 C and R Building S 925-555-5555 PA S586141483818786 Card 3872 | | 464.29 | |
| 5/22 | | Purchase authorized on 05/21 C and R Building S 925-555-5555 PA S586141645905757 Card 3872 | | 248.36 | |
| 5/22 | | Zelle to Rackian Rock Dixon on 05/22 Ref # Wfct126Xmxvp Labor Svcs Mole St May 19 Through May 22 | | 1,550.00 | |
| 5/22 | | Zelle to Damir Sewell on 05/22 Ref # Wfct126Xn6Wh Labor at Mole St | | 200.00 | 10,462.18 |
| 5/26 | | Purchase authorized on 05/21 The Home Depot #41 Philadelphia PA S356141416279886 Card 3872 | | 150.00 | |
| 5/26 | | Purchase authorized on 05/21 Sunoco 0678387200 Philadelphia PA S586141572256270 Card 3429 | | 21.78 | |
| 5/26 | | Purchase authorized on 05/21 The Home Depot #41 Philadelphia PA S466141578046400 Card 3872 | | 43.03 | |
| 5/26 | | Money Transfer authorized on 05/22 Albert Albert.Com CA S346142312438296 Card 3872 | | 84.00 | |
| 5/26 | | Purchase authorized on 05/22 Tague Lumber Philadelphia PA S346142454161260 Card 3872 | | 115.52 | |
| 5/26 | | Purchase authorized on 05/22 C and R Building S 925-555-5555 PA S466142486446128 Card 3872 | | 97.15 | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/26 | | Purchase authorized on 05/22 Hugo Insurance Sol Withhugo.Com CA S466142503639371 Card 3429 | | 39.30 | |
| 5/26 | | Purchase authorized on 05/22 7-Eleven 34908 Philadelphia PA S586142549460079 Card 3429 | | 4.99 | |
| 5/26 | | Purchase authorized on 05/22 The Home Depot #41 Philadelphia PA S346142576488728 Card 3872 | | 104.00 | |
| 5/26 | | Purchase authorized on 05/22 The Home Depot #41 Philadelphia PA S586142584186035 Card 3872 | | 151.36 | |
| 5/26 | | Purchase authorized on 05/22 C and R Building S 925-555-5555 PA S356142726687250 Card 3872 | | 11.88 | |
| 5/26 | | Purchase authorized on 05/22 Wawa 8080 Wyncote PA S356143105306656 Card 3872 | | 62.59 | |
| 5/26 | | Purchase authorized on 05/24 The Home Depot #41 Philadelphia PA S306144470585124 Card 3872 | | 19.33 | 9,557.25 |
| 5/27 | | Purchase authorized on 05/26 David Geppert Recy 215-842-0122 PA S466146460844757 Card 3872 | | 222.00 | |
| 5/27 | | Zelle to Rock NEW Number on 05/27 Ref # Wfct127F3Frd Labor Work at Mole St. May 26th | | 100.00 | |
| 5/27 | | Zelle to Mitchell William on 05/27 Ref # Wfct127Hc45J 109 N Mole 1K 125 N Mole 1K 127 N Mole 1K | | 4,000.00 | |
| 5/27 | | Albert EDI Pymnts Fsm18352108 Hassan Edge | | 34.00 | 5,201.25 |
| 5/28 | | Purchase authorized on 05/26 Pik-A-Panel True V Philadelphia PA S356146548646057 Card 3872 | | 10.78 | |
| 5/28 | | Purchase authorized on 05/26 Girard Food Gas MA Philadelphia PA S386146775821189 Card 3429 | | 84.00 | |
| 5/28 | | Purchase authorized on 05/27 David Geppert Recy 215-842-0122 PA S356147543176351 Card 3872 | | 200.40 | |
| 5/28 | | Purchase authorized on 05/27 Liberty Transfer S 732-9229292 PA S306147689534411 Card 3872 | | 313.22 | |
| 5/28 | | Albert EDI Pymnts Fsm18460323 Hassan Edge | | 41.00 | 4,551.85 |
| 5/29 | | Purchase Return authorized on 05/28 C and R Building S Philadelphia PA S386148484677718 Card 3872 | 1,225.37 | | |
| 5/29 | | Purchase authorized on 05/27 Pmusa 303010 Phila 770-8189036 GA S306147498062234 Card 3872 | | 8.45 | |
| 5/29 | | Purchase authorized on 05/27 Pmusa 303010 Phila 770-8189036 GA S466147565725869 Card 3872 | | 16.45 | |
| 5/29 | | Purchase authorized on 05/27 Pmusa 303010 Phila 770-8189036 GA S356147632052566 Card 3872 | | 17.65 | |
| 5/29 | | Purchase authorized on 05/28 C and R Building S 925-555-5555 PA S386148480540352 Card 3872 | | 1,225.37 | |
| 5/29 | | Purchase authorized on 05/28 Ph010 - Thomas Jef Philadelphia PA S306148848832148 Card 3872 | | 22.00 | |
| 5/29 | | Zelle to Rackian Rock Dixon on 05/29 Ref # Wfct127Qrx3S Labor Services at MO St. May 27 Through MA | | 1,400.00 | |
| 5/29 | | Albert EDI Pymnts Fsm18648003 Hassan Edge | | 47.00 | 3,040.30 |
| Totals | | | $23,636.38 | $52,921.33 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**WELLS FARGO**

---

Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1009 | 5/7 | 1,179.00 | 1310 * | 5/15 | 1,674.00 |

*\* Gap in check sequence.*

Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2026 - 05/31/2026 | Standard monthly service fee $0.00 | You paid $0.00 |
|---|---|---|

C1/W6

Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 31 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

---

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your            $ _____
   register or transfers into              $ _____
   your account which are not              $ _____
   shown on your statement.              + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   TOTAL  $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                           TOTAL  $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . .  - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# WJH Construction LLC
### Exhibit C
**May 2026**

| | date | n type | Num | Name | Split | Amount |
|---|---|---|---|---|---|---|
| DIP | | | | | | |
| | 05/01/2026 | Payment | | Banea Aguirre | Unapplied payments | 300.00 |
| | 05/04/2026 | Deposit | | | Hassan Equity | 0.01 |
| | 05/04/2026 | Deposit | | | Subcontractors Expense | 370.00 |
| | 05/14/2026 | Deposit | | | Building materials | 200.00 |
| | 05/15/2026 | Deposit | | Saadiq Garner | Undeposited Funds | 3,000.00 |
| | 05/15/2026 | Deposit | | | Subcontractors Expense | 370.00 |
| | 05/19/2026 | Deposit | | Purity Homes Inc | Construction Income | 3,000.00 |
| | 05/20/2026 | Payment | | Purity Homes Inc:115 N Mole Street | Unapplied payments | 15,000.00 |
| | 05/21/2026 | Deposit | | | Building materials | 171.00 |
| | 05/29/2026 | Deposit | | | Subcontractors Expense | 1,225.37 |
| **Wells Fargo DIP** | | | | | | **$23,636.38** |

# WJH Construction LLC
## Exhibit D
### May 2026

DIP

| date | type | Num | Name | Split | Amount |
|------|------|-----|------|-------|--------|
| 05/01/2026 | Expense | | | Subcontractors Expense | -2,384.53 |
| 05/01/2026 | Expense | | OpenAI | Expenses | -21.60 |
| 05/01/2026 | Expense | | | Permits | -2,250.00 |
| 05/01/2026 | Expense | | Park Mobile | Parking | -2.44 |
| 05/01/2026 | Expense | | Uber.com | Travel Expense | -10.93 |
| 05/01/2026 | Expense | | | Subcontractors Expense | -125.00 |
| 05/01/2026 | Expense | | sunoco | Gas | -110.01 |
| 05/01/2026 | Expense | | | Subcontractors Expense | -537.50 |
| 05/01/2026 | Expense | | City of Philadelphia | Payment fee | -47.25 |
| 05/04/2026 | Expense | | Park Mobile | Parking | -1.89 |
| 05/04/2026 | Expense | | sunoco | Gas | -0.44 |
| 05/04/2026 | Expense | | Park Mobile | Parking | -7.65 |
| 05/04/2026 | Expense | | lukoil | Gas | -73.75 |
| 05/04/2026 | Expense | | City of Philadelphia | code violation fees | -102.00 |
| 05/04/2026 | Expense | | Jefe Productions LLC | Advertising | -800.00 |
| 05/04/2026 | Expense | | | Parking | -8.00 |
| 05/04/2026 | Expense | | METROPOLIS PARKING | Parking | -10.99 |
| 05/04/2026 | Expense | | Philadelphia Parking Authority | Building materials | -144.50 |
| 05/04/2026 | Expense | | Liberty Mutual | Hassan Equity | -305.89 |
| 05/04/2026 | Expense | | | Software subscription | -0.01 |
| 05/04/2026 | Expense | | sunoco | Gas | -40.14 |
| 05/04/2026 | Expense | | METROPOLIS PARKING | Parking | -15.99 |
| 05/04/2026 | Expense | | sunoco | Gas | -101.66 |
| 05/04/2026 | Expense | | Park Mobile | Parking | -2.45 |
| 05/04/2026 | Expense | | Park Mobile | Parking | -53.94 |
| 05/04/2026 | Expense | | METROPOLIS PARKING | Parking | -12.99 |

| Date | Type | Num | Name | Category | Amount |
|---|---|---|---|---|---|
| 05/04/2026 | Expense | | sunoco | Gas | -6.00 |
| 05/04/2026 | Expense | | Rackian Dixon | Subcontractors Expense | -300.00 |
| 05/04/2026 | Expense | | Park Mobile | Parking | -2.45 |
| 05/04/2026 | Expense | | Park Mobile | Parking | -8.45 |
| 05/04/2026 | Expense | | METROPOLIS PARKING | Parking | -5.99 |
| 05/04/2026 | Expense | | | Meals and Entertainment | -68.00 |
| 05/04/2026 | Expense | | | Meals and Entertainment | -13.18 |
| 05/05/2026 | Expense | | Amazon | Building materials | -21.19 |
| 05/05/2026 | Transfer | | | Wells fargo Savings | -250.00 |
| 05/06/2026 | Expense | | | Meals and Entertainment | -43.74 |
| 05/06/2026 | Expense | | Liberty Mutual | Hassan Equity | -279.92 |
| 05/06/2026 | Expense | | Park Mobile | Parking | -1.67 |
| 05/06/2026 | Expense | | | Software subscription | -0.01 |
| 05/06/2026 | Expense | | Apple | Hassan Equity | -240.00 |
| 05/07/2026 | Check | 1009 | Blackwater Stucco Inc. | Subcontractors Expense | -1,179.00 |
| 05/07/2026 | Expense | | Agentic Advantage | Website Design Costs | -600.00 |
| 05/07/2026 | Expense | | 7-Eleven | Gas | -100.00 |
| 05/07/2026 | Expense | | C&R BUILDING SUPPLY | Building materials | -410.35 |
| 05/07/2026 | Expense | | C&R BUILDING SUPPLY | Building materials | -276.35 |
| 05/07/2026 | Expense | | Park Mobile | Parking | -1.55 |
| 05/07/2026 | Expense | | united gas | Auto and Truck Expense | -37.05 |
| 05/08/2026 | Expense | | Ross | Hassan Equity | -103.00 |
| 05/08/2026 | Expense | | Rackian Dixon | Subcontractors Expense | -1,262.50 |
| 05/08/2026 | Expense | | First Call Demolition LLC | Subcontractors Expense | -10.00 |
| 05/08/2026 | Expense | | First Call Demolition LLC | Subcontractors Expense | -9.00 |
| 05/11/2026 | Expense | | | Building materials | -2.50 |
| 05/11/2026 | Expense | | | Meals and Entertainment | -153.24 |
| 05/11/2026 | Expense | | united gas | Auto and Truck Expense | -64.57 |
| 05/11/2026 | Expense | | home depot | Construction Materials Costs | -63.59 |
| 05/11/2026 | Expense | | Apple | Hassan Equity | -200.00 |
| 05/12/2026 | Expense | | | Parking | -8.00 |
| 05/12/2026 | Expense | | | Hassan Equity | -105.00 |

| Date | Type | | Name | Category | Amount |
|---|---|---|---|---|---|
| 05/12/2026 | Expense | | acme | Meals and Entertainment | -28.07 |
| 05/12/2026 | Expense | | William Mitchell | Subcontractors Expense | -3,500.00 |
| 05/12/2026 | Expense | | home depot | Construction Materials Costs | -27.52 |
| 05/12/2026 | Expense | | | Hassan Equity | -373.99 |
| 05/12/2026 | Expense | | Ross | Hassan Equity | -128.75 |
| 05/13/2026 | Expense | | home depot | Construction Materials Costs | -170.00 |
| 05/13/2026 | Expense | | home depot | Construction Materials Costs | -1,396.12 |
| 05/13/2026 | Expense | | BMW of the Mainline | BMW Loan | -264.95 |
| 05/13/2026 | Expense | | home depot | Construction Materials Costs | -79.86 |
| 05/13/2026 | Expense | | staples | Office Supplies | -13.76 |
| 05/14/2026 | Expense | | C&R BUILDING SUPPLY | Building materials | -294.09 |
| 05/14/2026 | Expense | | sunoco | Gas | -76.12 |
| 05/14/2026 | Expense | | Wawa | Gas | -28.63 |
| 05/14/2026 | Expense | | home depot | Construction Materials Costs | -248.00 |
| 05/14/2026 | Expense | | | Software subscription | -3.00 |
| 05/14/2026 | Expense | | sunoco | Gas | -51.59 |
| 05/15/2026 | Expense | | QuickBooks Payments | QuickBooks Payments Fees | -142.20 |
| 05/15/2026 | Check | 1310 | Blackwater Stucco Inc. | Subcontractors Expense | -1,674.00 |
| 05/15/2026 | Expense | | home depot | Construction Materials Costs | -283.92 |
| 05/15/2026 | Expense | | Rackian Dixon | Subcontractors Expense | -1,400.00 |
| 05/15/2026 | Expense | | sunoco | Gas | -50.00 |
| 05/15/2026 | Expense | | ACE HARDWARE | Construction Materials Costs | -63.19 |
| 05/15/2026 | Expense | | PHALCON LLC | Office Rent | -1,500.00 |
| 05/15/2026 | Expense | | T-Mobile | Telephone Expense | -156.13 |
| 05/15/2026 | Expense | | | Bank Service Charges | -86.12 |
| 05/15/2026 | Expense | | home depot | Construction Materials Costs | -77.42 |
| 05/15/2026 | Expense | | T-Mobile | Telephone Expense | -533.66 |
| 05/18/2026 | Expense | | sunoco | Gas | -23.00 |
| 05/18/2026 | Expense | | Apple | Hassan Equity | -82.99 |
| 05/18/2026 | Expense | | 7-Eleven | Gas | -4.85 |
| 05/18/2026 | Expense | | Wawa | Gas | -96.41 |
| 05/18/2026 | Expense | | | Hassan Equity | -104.00 |

| Date | Type | Payee | Category | Amount |
|---|---|---|---|---|
| 05/18/2026 | Expense | home depot | Construction Materials Costs | -1,745.68 |
| 05/18/2026 | Expense | Apple | Hassan Equity | -82.99 |
| 05/18/2026 | Expense | 7-Eleven | Gas | -16.67 |
| 05/18/2026 | Expense | T-Mobile | Telephone Expense | -156.14 |
| 05/18/2026 | Expense | | Auto and Truck Expense | -75.00 |
| 05/18/2026 | Expense | | Meals and Entertainment | -46.17 |
| 05/18/2026 | Expense | state farm | Auto Insurance | -361.95 |
| 05/18/2026 | Expense | | Gas | -2.91 |
| 05/18/2026 | Expense | Apple | Hassan Equity | -82.99 |
| 05/18/2026 | Expense | united gas | Auto and Truck Expense | -7.68 |
| 05/18/2026 | Expense | | Hassan Equity | -105.00 |
| 05/18/2026 | Expense | sunoco | Gas | -112.00 |
| 05/18/2026 | Expense | PHALCON LLC | Office Rent | -1,000.00 |
| 05/18/2026 | Expense | | Meals and Entertainment | -39.30 |
| 05/18/2026 | Expense | METROPOLIS PARKING | Parking | -12.99 |
| 05/18/2026 | Expense | | Meals and Entertainment | -373.99 |
| 05/19/2026 | Expense | FERGUSON | Building materials | -333.76 |
| 05/19/2026 | Expense | state farm | Auto Insurance | -558.32 |
| 05/19/2026 | Expense | DAVID GEPPERT RECYCLING INC. | Dump fees | -183.60 |
| 05/19/2026 | Expense | home depot | Construction Materials Costs | -120.86 |
| 05/19/2026 | Expense | SquareSpace | Expenses | -207.36 |
| 05/19/2026 | Expense | C&R BUILDING SUPPLY | Building materials | -41.79 |
| 05/19/2026 | Expense | C&R BUILDING SUPPLY | Building materials | -45.34 |
| 05/19/2026 | Expense | | Subcontractors Expense | -550.00 |
| 05/20/2026 | Expense | William Mitchell | Subcontractors Expense | -3,200.00 |
| 05/20/2026 | Expense | | Software subscription | -15.00 |
| 05/20/2026 | Expense | Westfield insurance | Insurance Expense | -924.91 |
| 05/21/2026 | Expense | Cantor Novak Beaver Pike | Professional Fees | -1,000.00 |
| 05/21/2026 | Expense | PHALCON LLC | Office Rent | -2,309.53 |
| 05/21/2026 | Expense | C&R BUILDING SUPPLY | Building materials | -64.77 |
| 05/21/2026 | Expense | | Meals and Entertainment | -8.00 |
| 05/21/2026 | Expense | lukoil | Gas | -6.15 |

| | | | | |
|---|---|---|---|---|
| 05/21/2026 | Expense | 7-Eleven | Gas | -70.94 |
| 05/21/2026 | Expense | home depot | Construction Materials Costs | -331.37 |
| 05/21/2026 | Expense | home depot | Construction Materials Costs | -41.13 |
| 05/21/2026 | Expense | | Purchases | -50.00 |
| 05/21/2026 | Expense | sunoco | Gas | -146.32 |
| 05/21/2026 | Expense | home depot | Construction Materials Costs | -11.92 |
| 05/22/2026 | Expense | Rackian Dixon | Subcontractors Expense | -1,550.00 |
| 05/22/2026 | Expense | sunoco | Gas | -90.00 |
| 05/22/2026 | Expense | C&R BUILDING SUPPLY | Building materials | -464.29 |
| 05/22/2026 | Expense | | Building materials | -1,278.83 |
| 05/22/2026 | Expense | Park Mobile | Parking | -3.59 |
| 05/22/2026 | Expense | | Subcontractors Expense | -200.00 |
| 05/22/2026 | Expense | C&R BUILDING SUPPLY | Building materials | -248.36 |
| 05/22/2026 | Expense | EIG*FatCow 8 | Expenses | -36.29 |
| 05/26/2026 | Expense | home depot | Construction Materials Costs | -104.00 |
| 05/26/2026 | Expense | Wawa | Gas | -62.59 |
| 05/26/2026 | Expense | | Meals and Entertainment | -39.30 |
| 05/26/2026 | Expense | home depot | Construction Materials Costs | -151.36 |
| 05/26/2026 | Expense | home depot | Construction Materials Costs | -43.03 |
| 05/26/2026 | Expense | C&R BUILDING SUPPLY | Building materials | -11.88 |
| 05/26/2026 | Expense | C&R BUILDING SUPPLY | Building materials | -97.15 |
| 05/26/2026 | Expense | sunoco | Gas | -21.78 |
| 05/26/2026 | Expense | 7-Eleven | Gas | -4.99 |
| 05/26/2026 | Expense | home depot | Construction Materials Costs | -19.33 |
| 05/26/2026 | Expense | | Building materials | -115.52 |
| 05/26/2026 | Expense | Apple | Hassan Equity | -84.00 |
| 05/26/2026 | Expense | home depot | Construction Materials Costs | -150.00 |
| 05/27/2026 | Expense | DAVID GEPPERT RECYCLING INC. | Dump fees | -222.00 |
| 05/27/2026 | Expense | William Mitchell | Subcontractors Expense | -4,000.00 |
| 05/27/2026 | Expense | Rackian Dixon | Subcontractors Expense | -100.00 |
| 05/27/2026 | Expense | | Purchases | -34.00 |
| 05/28/2026 | Expense | Liberty Mutual | Hassan Equity | -313.22 |

| 05/28/2026 | Expense | | Building materials | -10.78 |
|---|---|---|---|---|
| 05/28/2026 | Expense | | Gas | -84.00 |
| 05/28/2026 | Expense | | Purchases | -41.00 |
| 05/28/2026 | Expense | DAVID GEPPERT RECYCLING INC. | Dump fees | -200.40 |
| 05/29/2026 | Expense | | Parking | -22.00 |
| 05/29/2026 | Expense | Park Mobile | Parking | -8.45 |
| 05/29/2026 | Expense | Rackian Dixon | Subcontractors Expense | -1,400.00 |
| 05/29/2026 | Expense | C&R BUILDING SUPPLY | Building materials | -1,225.37 |
| 05/29/2026 | Expense | Park Mobile | Parking | -16.45 |
| 05/29/2026 | Expense | | Purchases | -47.00 |
| 05/29/2026 | Expense | Park Mobile | Parking | -17.65 |

**Wells Fargo
DIP**

**-$52,921.33**