**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 11** |
| | : | |
| **WJH Construction, LLC** | : | |
|     **Debtor** | : | **Bankruptcy No. 25-13514-amc** |

**ENTRY OF APPEARANCE AND**
**REQUEST FOR NOTICES**

**TO THE CLERK OF COURT:**

Pursuant to Bankruptcy Rules 9010(b), 2002(g) and 2002(i), kindly enter my appearance on behalf of LA88 Remod Inc., place my name on the distribution and service lists, and forward to me copies of all notices, pleadings, and any other pertinent documents filed or issued in this case.

**LIPSKY AND BRANDT**

**Dated:  7/20/2026**                **BY: /s/ Louis I. Lipsky**
                                           **LOUIS I. LIPSKY, ESQUIRE**
                                           **Attorney ID# 46808**
                                           **Lipsky and Brandt**
                                           **1101 Market Street, Suite 2820**
                                           **Philadelphia, PA  19107**
                                           **(215) 922-6644**