**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | § § § § | Chapter 11 |
| WJH Construction, LLC, | § § § | |
| Debtor. | § § | Case No. 25-13514-AMC |

**CERTIFICATION OF SERVICE**

I, Maria Borgesi, certify that on July 23, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion of the United States Trustee for Status Conference;

- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.


Date: July 23, 2026                 By:  /s/ Maria Borgesi
                                              Maria Borgesi, Paralegal
                                              Office of The United States Trustee
                                              Robert NC Nix, Sr. Federal Building
                                              900 Market Street, Suite 320
                                              Philadelphia, PA 19107
                                              Phone: 215-597-4411
                                              maria.n.borgesi@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Maggie Soboleski
701 Market Street
Suite 5000
Philadelphia, PA 19106
**e-mail:** msoboleski@kmllawgroup.com
**Debtor's counsel**

Via:   X_CM/ECF   ____1st Class Mail   ___ Certified Mail   X e-mail   ___ Other

Richard E Furtek, Esquire
FURTEK & ASSOCIATES, LLC.
101 Lindenwood Dr. Suite 225
Malvern, PA 19355
**e-mail:** rfurtek@furtekassociates.com
**Subchapter V Trustee**

Via:   X_CM/ECF   ____1st Class Mail   ___ Certified Mail   X e-mail   ___ Other

**END OF DOCUMENT**