United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

WJH Construction, LLC
        Debtor

Case No. 25-13514-amc

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 24, 2026 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WJH Construction, LLC, 1331 S. Woodstock Street, Philadelphia, PA 19146-4367 |
| 15046210 | + | ALI WEST, 1538 S. DORRANCE STREET, Philadelphia, PA 19146-4626 |
| 15048280 | + | Ali West, c/o MATTHEW B WEISBERG, Weisberg Law, 7 S. Morton Ave., Morton, PA 19070-1707 |
| 15048279 | + | Ali West, c/o LOUIS ANTHONY DiJIACOMO, III, Weisberg Law, 7 S. Morton Ave., Morton, PA 19070-1707 |
| 15046212 | + | BARRY PENN P.C., DUANE MORRIS PLAZA, 30 S. 17TH STREET, SUITE 810, Philadelphia, PA 19103-4003 |
| 15052101 | + | LA88 REMOD INC., 70 TRACEY ROAD, UNIT C, Huntingdon Valley, PA 19006-4222 |
| 15166251 | + | LA88 Remod Inc., c/o RACHEL I. FREEDMAN, Lipsky and Brandt, 1101 Market Street, Suite 2820 Philadelphia, PA 19107-2993 |
| 15166252 | + | LA88 Remod Inc., c/o LOUIS I. LIPSKY, Lipsky & Brandt, 1101 Market Street, Suite 2820 Philadelphia, PA 19107-2993 |
| 15046216 | + | NOCHUMSON, P.C., 1 SOUTH BROAD STREET, SUITE 1000, Philadelphia, PA 19107-3427 |
| 15054541 | + | The City of Philadelphia and/or Water Revenue Bure, c/o MEGAN N. HARPER, Municipal Services Building, 1401 JFK Boulevard, 5th Floor Philadelphia, PA 19102-1617 |
| 15046217 | + | WEISBERG LAW, P.C., 7 S. MORTON AVENUE, Morton, PA 19070-1707 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 25 2026 01:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2026 01:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2026 01:41:04 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: megan.harper@phila.gov | Jul 25 2026 01:38:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2026 01:40:54 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15046211 | + | Email/PDF: bncnotices@becket-lee.com | Jul 25 2026 01:40:58 | AMEX, PO BOX 981535, El Paso, TX 79998-1535 |
| 15061671 | | Email/PDF: bncnotices@becket-lee.com | Jul 25 2026 01:41:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15048449 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2026 01:40:54 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15048867 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2026 01:41:04 | BMW Bank of North America Department, AIS |

District/off: 0313-2                                  User: admin                                          Page 2 of 3

Date Rcvd: Jul 24, 2026                            Form ID: pdf900                                  Total Noticed: 33

| Recip ID | | Email/Notice | Timestamp | Name and Address |
|---|---|---|---|---|
| | | | | Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15053269 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2026 01:40:59 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15046213 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Jul 25 2026 01:40:54 | BMW FINANCIAL SERVICES, P.O. BOX 3608, Dublin, OH 43016 |
| 15053874 | | Email/Text: megan.harper@phila.gov | Jul 25 2026 01:38:00 | City of Philadelphia Law, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15046214 | + | Email/Text: EBNBKNOT@ford.com | Jul 25 2026 01:38:00 | FORD CREDIT, P.O. BOX 35911, Cleveland, OH 44135-0911 |
| 15048103 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2026 01:40:58 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15048692 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2026 01:40:54 | Ford Motor Credit Company LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15047973 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2026 01:40:59 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15046215 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 25 2026 01:40:58 | JPMBC, P.O. BOX 15369, Wilmington, DE 19850-5369 |
| 15056938 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 25 2026 01:40:58 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, 700 Kansas Lane, LA4-5599, Monroe, LA 71203-4774 |
| 15056612 | ^ | MEBN | Jul 25 2026 01:32:26 | JPMorgan Chase Bank,N.A.,, Adam B. Hall, Esquire, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15052104 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jul 25 2026 01:41:04 | WELLS FARGO, SMALL BUSINESS LENDING, P.O. BOX 5511, Sioux Falls, SD 57117-5511 |
| 15060802 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Jul 25 2026 01:41:04 | Wells Fargo Bank, N.A., PO Box 51174, Los Angeles CA 90051-5474 |
| 15059944 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jul 25 2026 01:40:54 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LA88 Remod Inc., 70 Tracey Rd, Unit C, Huntingdon Valley, PA 19006-4222 |
| 15052095 | *+ | ALI WEST, 1538 S. DORRANCE STREET, Philadelphia, PA 19146-4626 |
| 15052096 | *+ | AMEX, PO BOX 981535, El Paso, TX 79998-1535 |
| 15061710 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15052097 | *+ | BARRY PENN P.C., DUANE MORRIS PLAZA, 30 S. 17TH STREET, SUITE 810, Philadelphia, PA 19103-4003 |
| 15048450 | *+ | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15048451 | *+ | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15052098 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW FINANCIAL SERVICES, P.O. BOX 3608, Dublin, OH 43016 |
| 15052099 | *+ | FORD CREDIT, P.O. BOX 35911, Cleveland, OH 44135-0911 |
| 15052100 | *+ | JPMBC, P.O. BOX 15369, Wilmington, DE 19850-5369 |
| 15052102 | *+ | NOCHUMSON, P.C., 1 SOUTH BROAD STREET, SUITE 1000, Philadelphia, PA 19107-3427 |
| 15052103 | *+ | WEISBERG LAW, P.C., 7 S. MORTON AVENUE, Morton, PA 19070-1707 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

District/off: 0313-2           User: admin           Page 3 of 3

Date Rcvd: Jul 24, 2026           Form ID: pdf900           Total Noticed: 33

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026           Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

**Name**           **Email Address**

ADAM BRADLEY HALL
on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

LOUIS ANTHONY DiJIACOMO, III
on behalf of Creditor Ali West adijiacomo@weisberglawoffices.com

LOUIS I. LIPSKY
on behalf of Creditor LA88 Remod Inc. LLipsky@lipskybrandt.com  afaino@lipskybrandt.com

MAGGIE S SOBOLESKI
on behalf of Debtor WJH Construction  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

MATTHEW B WEISBERG
on behalf of Creditor Ali West mweisberg@weisberglawoffices.com

MEGAN N. HARPER
on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

RACHEL I. FREEDMAN
on behalf of Creditor LA88 Remod Inc. rfreedman@lipskybrandt.com  snita@lipskybrandt.com

Richard E Furtek
rfurtek@furtekassociates.com  cref11@trustesolutions.net

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | § § § § § § § § § | Chapter 11 |
| WJH Construction, LLC, | | Case No. 25-13414-AMC |
| Debtor. | | |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND IN-PERSON HEARING DATE**

*The United States Trustee has filed a Motion For Status Conference*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **August 10, 2026** you or your attorney must file a response to the Motion. *(see Instructions on next page).*

2. A hearing on the Motion is scheduled to be held on **August 12, 2026 at 12:30 p. m. at the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Building 900 Market Street, Courtroom #4 Philadelphia, PA 19107**. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

3. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

4. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

5. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

### Filing Instructions

1.  If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2.  If you are not required to file electronically, you must file your response at

     **United States Bankruptcy Court**
     **Eastern District of Pennsylvania**
     **Robert N.C. Nix Sr. Federal Building**
     **900 Market Street, Suite 400**
     **Philadelphia, PA 19107**
     **Telephone: (215)408-2840**

3.  If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4.  On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

     By: /s/ *John Schanne*
     John Schanne, Trial Attorney
     Office of The United States Trustee
     Robert NC Nix, Sr. Federal Building
     900 Market Street, Suite 320
     Philadelphia, PA 19107
     Phone: 202.934.4154
     John.Schanne@usdoj.gov

Date: July 23, 2026