# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-13514** |
| **WJH Construction, LLC** | : | **Chapter 11** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **WJH Construction, LLC** | : | |
| **Hassan R Edge, Sr** | : | |
| **Richard E Furtek** | : | |
| **Respondents.** | : | |

## NOTICE OF CHANGE OF ADDRESS

The law firm of MDK Legal hereby gives notice to the Court and all parties that the

address for JPMorgan Chase Bank, N.A. ("Creditor") as it relates to Claim No. 7 filed October 2,

2025 has changed. All notices, pleadings and other papers required or permitted to be served or

filed herein should be directed to new address for Creditor at the following:

> NOTICE ADDRESS:
> JP Morgan Chase Bank, N.A.
> National Bankruptcy Department 700 Kansas Lane, LA4-5599
> Monroe LA 71203
>
> PAYMENT ADDRESS:
> JP Morgan Chase Bank, N.A.
> National Bankruptcy Department 700 Kansas Lane, LA4-6310
> Monroe LA 71203

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Molly Simons (338992)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611

25-024340_arr

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

25-024340_arr

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-13514** |
| **WJH Construction, LLC** | : | **Chapter 11** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Related Document #** |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **WJH Construction, LLC** | : | |
| **Hassan R Edge, Sr** | : | |
| **Richard E Furtek** | : | |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Change of Address

was filed electronically.  Notice of this filing will be sent to the following parties through the

Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Richard E Furtek, Chapter 11 Trustee, Rfurtek@furtekassociates.com

Maggie S. Soboleski, Attorney for WJH Construction, LLC, msoboles@yahoo.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

WJH Construction, LLC, 1331 S. WOODSTOCK STREET, Philadelphia, PA  19146

Hassan R Edge, Sr, 6822 N Broad St, Philadelphia, PA  19126

/s/ Adam B. Hall
_____

25-024340_arr