**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | § |
| | § Chapter 11 |
| | § |
| WJH Construction, LLC, | § Case No. 25-13514-AMC |
| | § |
| Debtor. | § |
| | § |

**ORDER GRANTING MOTION OF THE UNITED STATES TRUSTEE
FOR STATUS CONFERENCE**

Upon the *Motion Of The United States Trustee For Status Conference*

(the "Motion"),[1] and the Court having considered the Motion, all related filings, and

the record as a whole, and this Court possessing jurisdiction over this matter and

venue being proper, and notice of the Motion having been sufficient and no further

notice is required, and upon the record herein, and after due deliberation thereon,

and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion is GRANTED.

2.      A Status Hearing will be held on __August 12__, 2026 at 12 : 30 p.m. in

Courtroom 4, 2nd Floor, 900 Market Street, Philadelphia, PA 19107.

3.      At the Status Hearing, the Debtor shall provide an oral report on the status

of the case, including reporting on (i) its financial status, (ii) what progress is being

made with respect to confirmation, (iii) the underlying issues that have prevented

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to
them in the Motion.

1

the Debtor from seeking confirmation to date, and (iv) the professional

compensation paid to professionals by the Debtor and the reasonableness of services

provided.

4.      This Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation and enforcement of this Order.


Dated: July 31, 2026

_____
The Honorable Ashely M. Chan
United States Chief Bankruptcy Judge

2