United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

WJH Construction, LLC

    Debtor

Case No. 25-13514-amc

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 31, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + WJH Construction, LLC, 1331 S. Woodstock Street, Philadelphia, PA 19146-4367 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| LOUIS ANTHONY DiJIACOMO, III | on behalf of Creditor Ali West adijiacomo@weisberglawoffices.com |
| LOUIS I. LIPSKY | on behalf of Creditor LA88 Remod Inc. LLipsky@lipskybrandt.com  afaino@lipskybrandt.com |
| MAGGIE S SOBOLESKI | on behalf of Debtor WJH Construction  LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW B WEISBERG | on behalf of Creditor Ali West mweisberg@weisberglawoffices.com |

District/off: 0313-2                              User: admin                                    Page 2 of 2

Date Rcvd: Jul 31, 2026                          Form ID: pdf900                                Total Noticed: 1

MEGAN N. HARPER

    on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

RACHEL I. FREEDMAN

    on behalf of Creditor LA88 Remod Inc. rfreedman@lipskybrandt.com  skalyankar@lipskybrandt.com

Richard E Furtek

    rfurtek@furtekassociates.com  cref11@trustesolutions.net

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| WJH Construction, LLC, | § | Case No. 25-13514-AMC |
|  | § |  |
| Debtor. | § |  |

**ORDER GRANTING MOTION OF THE UNITED STATES TRUSTEE
FOR STATUS CONFERENCE**

Upon the *Motion Of The United States Trustee For Status Conference*

(the "Motion"),[1] and the Court having considered the Motion, all related filings, and

the record as a whole, and this Court possessing jurisdiction over this matter and

venue being proper, and notice of the Motion having been sufficient and no further

notice is required, and upon the record herein, and after due deliberation thereon,

and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion is GRANTED.

2.      A Status Hearing will be held on __August 12__, 2026 at 12 : 30 p.m. in

Courtroom 4, 2nd Floor, 900 Market Street, Philadelphia, PA 19107.

3.      At the Status Hearing, the Debtor shall provide an oral report on the status

of the case, including reporting on (i) its financial status, (ii) what progress is being

made with respect to confirmation, (iii) the underlying issues that have prevented

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to
them in the Motion.

1

the Debtor from seeking confirmation to date, and (iv) the professional

compensation paid to professionals by the Debtor and the reasonableness of services

provided.

4.      This Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation and enforcement of this Order.


Dated: July 31, 2026

_____
The Honorable Ashely M. Chan
United States Chief Bankruptcy Judge