**Fill in this information to identify the case:**

Debtor Name  WJH Construction LLC

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number:  25-13514-amc

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11  12/17

Month:  June

Line of business:  Construction

Date report filed:  07/29/2026
MM / DD / YYYY

NAISC code:  236115

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Hassan Edge

Original signature of responsible party

Printed name of responsible party  Hassan Edge

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**          page 1

Debtor Name   WJH Construction LLC                              Case number 25-13514-amc

17. Have you paid any bills you owed before you filed bankruptcy?  ❑ ☑ ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❑ ☑ ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 3,040.20

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 54,759.67

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 54,657.04

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 102.63

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 3,142.93

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ _____

*(Exhibit E)*

Debtor Name  WJH Construction LLC                                    Case number 25-13514-amc

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                    $ _____

        *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                 0

27. What is the number of employees as of the date of this monthly report?                    0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ 595.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 3,292.50

30. How much have you paid this month in other professional fees?                                 $ 0.00

31. How much have you paid in total other professional fees since filing the case?               $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 25,000.00 | − | $ 54,759.69 | = | $ -29,759.69 |
| 33. **Cash disbursements** | $ 24,500.00 | − | $ 54,657.07 | = | $ -30,157.07 |
| 34. **Net cash flow** | $ 500.00 | − | $ 102.62 | = | $ 397.38 |

35. Total projected cash receipts for the next month:                                        $ 25,000.00

36. Total projected cash disbursements for the next month:                                    − $ 24,500.00

37. Total projected net cash flow for the next month:                                         = $ 500.00

Debtor Name  WJH Construction LLC                                    Case number 25-13514-amc

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**WJH Construction LLC**
**EXHIBIT C**
**June 2026**

| Transaction date | Transaction type | Num | Name | Description | Split | Amount |
|---|---|---|---|---|---|---|
| **Wells Fargo DIP** | | | | | | |
| 06/01/2026 | Deposit | | Purity Homes Inc | | Construction Income | 5,000.00 |
| 06/04/2026 | Deposit | | Purity Homes Inc | | Construction Income | 15,000.00 |
| 06/10/2026 | Deposit | | Purity Homes Inc | | Construction Income | 15,000.00 |
| 06/15/2026 | Deposit | | Purity Homes Inc | | Construction Income | 15,000.00 |
| 06/15/2026 | Deposit | | | | Hassan Equity | 491.50 |
| 06/15/2026 | Deposit | | | | Hassan Equity | 907.31 |
| 06/15/2026 | Deposit | | | | Hassan Equity | 555.40 |
| 06/17/2026 | Deposit | | | | Building materials | 5.46 |
| 06/22/2026 | Payment | | Radiant Real Estate Enterprises Inc | | Unapplied payments | 2,800.00 |
| **Total for Wells Fargo DIP** | | | | | | **$54,759.67** |

## WJH Construction LLC
### Exhibit D
**June 2026**

| Transaction date | Transaction type | Num | Name | Description | Split | Amount |
|---|---|---|---|---|---|---|
| Wells Fargo DIP | | | | | | |
| 06/01/2026 | Expense | | Park Mobile | | Parking | -3.95 |
| 06/01/2026 | Expense | | Wawa | | Gas | -84.30 |
| 06/01/2026 | Expense | | home depot | | Construction Materials Costs | -56.15 |
| 06/01/2026 | Expense | | OpenAI | | Computer and Internet Expenses | -21.60 |
| 06/01/2026 | Expense | | Adobe | | Computer and Internet Expenses | -21.19 |
| 06/01/2026 | Expense | | | | Parking | -42.24 |
| 06/01/2026 | Expense | | | | Parking | -17.51 |
| 06/01/2026 | Expense | | home depot | | Construction Materials Costs | -1,010.70 |
| 06/01/2026 | Expense | | | | Auto Insurance | -39.30 |
| 06/01/2026 | Expense | | | | Partner 2 Draws | -50.00 |
| 06/02/2026 | Check | 1011 | Blackwater Stucco Inc. | | Subcontractors Expense | -1,500.00 |
| 06/02/2026 | Expense | | CVS | | Office Supplies | -18.79 |
| 06/02/2026 | Expense | | | | Computer and Internet Expenses | -215.46 |
| 06/02/2026 | Expense | | DAVID GEPPERT RECYCLING INC. | | Dump fees | -193.20 |
| 06/02/2026 | Expense | | | | Software subscription | -32.50 |
| 06/03/2026 | Expense | | City of Philadelphia | | Permits | -770.00 |
| 06/03/2026 | Expense | | home depot | | Construction Materials Costs | -18.33 |
| 06/03/2026 | Expense | | home depot | | Construction Materials Costs | -537.60 |
| 06/03/2026 | Expense | | peco Electric Company | | Utilities | -334.04 |
| 06/03/2026 | Expense | | Park Mobile | | Parking | -53.94 |
| 06/03/2026 | Expense | | peco Electric Company | | Utilities | -283.86 |
| 06/03/2026 | Expense | | FERGUSON | | Building materials | -460.61 |
| 06/03/2026 | Expense | | | | Gas | -84.01 |
| 06/03/2026 | Expense | | City of Philadelphia | | Payment fee | -16.17 |
| 06/03/2026 | Expense | | 7-Eleven | | Gas | -17.72 |
| 06/04/2026 | Expense | | sunoco | | Gas | -2.79 |
| 06/04/2026 | Expense | | Cantor Novak Beaver Pike | | Professional Fees | -595.00 |
| 06/04/2026 | Expense | | Ross And Ross Enterprises Inc | | Dump fees | -128.75 |
| 06/04/2026 | Expense | | Ross And Ross Enterprises Inc | | Dump fees | -128.75 |
| 06/05/2026 | Expense | | staples | | Office Supplies | -7.26 |
| 06/05/2026 | Expense | | C&R BUILDING SUPPLY | | Building materials | -1,444.50 |
| 06/05/2026 | Expense | | staples | | Office Supplies | -13.99 |
| 06/05/2026 | Expense | | William Mitchell | | Subcontractors Expense | -3,000.00 |
| 06/05/2026 | Expense | | Rackian Dixon | | Subcontractors Expense | -1,375.00 |

| Date | Type | Num | Name | Category | Amount |
|---|---|---|---|---|---|
| 06/05/2026 | Expense | | C&R BUILDING SUPPLY | Building materials | -194.38 |
| 06/05/2026 | Expense | | Amazon | Building materials | -21.19 |
| 06/05/2026 | Expense | | sunoco | Gas | -125.00 |
| 06/08/2026 | Expense | | C&R BUILDING SUPPLY | Building materials | -218.70 |
| 06/08/2026 | Expense | | Park Mobile | Parking | -1.91 |
| 06/08/2026 | Expense | | | Parking | -16.00 |
| 06/08/2026 | Expense | | | Auto Insurance | -39.30 |
| 06/08/2026 | Expense | | | Meals and Entertainment | -32.10 |
| 06/08/2026 | Expense | | | Parking | -16.00 |
| 06/08/2026 | Expense | | T-Mobile | Telephone Expense | -113.32 |
| 06/08/2026 | Expense | | Park Mobile | Parking | -4.19 |
| 06/08/2026 | Expense | | DAVID GEPPERT RECYCLING INC. | Dump fees | -192.00 |
| 06/08/2026 | Expense | | Wawa | Gas | -65.69 |
| 06/08/2026 | Expense | | BMW of the Mainline | Auto and Truck Expense | -3.00 |
| 06/08/2026 | Expense | | BMW of the Mainline | Auto and Truck Expense | -10.00 |
| 06/08/2026 | Check | 1012 | Blackwater Stucco Inc. | Subcontractors Expense | -2,702.13 |
| 06/09/2026 | Expense | | peco Electric Company | Utilities | -221.56 |
| 06/09/2026 | Expense | | DAVID GEPPERT RECYCLING INC. | Dump fees | -331.20 |
| 06/09/2026 | Expense | | peco Electric Company | Utilities | -145.20 |
| 06/09/2026 | Expense | | Ross And Ross Enterprises Inc | Dump fees | -103.00 |
| 06/09/2026 | Expense | | sunoco | Gas | -100.00 |
| 06/09/2026 | Expense | | | Meals and Entertainment | -16.39 |
| 06/09/2026 | Expense | | | Parking | -85.00 |
| 06/09/2026 | Expense | | lukoil | Gas | -52.80 |
| 06/09/2026 | Expense | | C&R BUILDING SUPPLY | Building materials | -116.63 |
| 06/10/2026 | Expense | | 7-Eleven | Gas | -14.14 |
| 06/10/2026 | Expense | | C&R BUILDING SUPPLY | Building materials | -656.29 |
| 06/10/2026 | Expense | | home depot | Construction Materials Costs | -174.74 |
| 06/10/2026 | Expense | | C&R BUILDING SUPPLY | Building materials | -50.75 |
| 06/10/2026 | Expense | | 7-Eleven | Gas | -24.32 |
| 06/10/2026 | Expense | | BMW of the Mainline | BMW Loan | -1,284.04 |
| 06/10/2026 | Expense | | | Parking | -19.99 |
| 06/10/2026 | Expense | | C&R BUILDING SUPPLY | Building materials | -86.29 |
| 06/11/2026 | Expense | | DAVID GEPPERT RECYCLING INC. | Dump fees | -165.60 |
| 06/11/2026 | Expense | | Ross And Ross Enterprises Inc | Dump fees | -103.00 |
| 06/11/2026 | Expense | | | Subcontractors Expense | -4.00 |
| 06/12/2026 | Expense | | William Mitchell | Subcontractors Expense | -2,000.00 |
| 06/12/2026 | Expense | | Ross And Ross Enterprises Inc | Dump fees | -103.00 |
| 06/12/2026 | Expense | | Rackian Dixon | Subcontractors Expense | -2,325.00 |
| 06/12/2026 | Expense | | Exxon | Gas | -100.00 |
| 06/12/2026 | Expense | | Shell Oil | Gas | -40.00 |

| Date | Type | Payee | Memo | Category | Amount |
|---|---|---|---|---|---|
| 06/15/2026 | Expense | home depot | | Construction Materials Costs | -1.00 |
| 06/15/2026 | Expense | | | Construction Materials Costs | -100.87 |
| 06/15/2026 | Expense | Tague Lumber | | Building materials | -1,885.68 |
| 06/15/2026 | Expense | PHALCON LLC | | Office Rent | -2,600.00 |
| 06/15/2026 | Expense | home depot | | Construction Materials Costs | -18.33 |
| 06/15/2026 | Expense | home depot | | Construction Materials Costs | -14.77 |
| 06/15/2026 | Expense | | | Computer and Internet Expenses | -430.91 |
| 06/15/2026 | Expense | | | Auto and Truck Expense | -20.00 |
| 06/15/2026 | Expense | Park Mobile | | Parking | -4.07 |
| 06/15/2026 | Expense | Ross And Ross Enterprises Inc | | Dump fees | -128.75 |
| 06/15/2026 | Expense | ishkabibbles | | Meals and Entertainment | -5.00 |
| 06/15/2026 | Expense | FERGUSON | | Building materials | -329.18 |
| 06/15/2026 | Expense | Shell Oil | | Gas | -100.00 |
| 06/15/2026 | Expense | | | Meals and Entertainment | -39.30 |
| 06/15/2026 | Expense | METROPOLIS PARKING | | Parking | -6.99 |
| 06/15/2026 | Expense | | | Subcontractors Expense | -320.00 |
| 06/15/2026 | Expense | T-Mobile | | Telephone Expense | -567.28 |
| 06/15/2026 | Expense | Park Mobile | | Parking | -1.65 |
| 06/15/2026 | Expense | sunoco | | Gas | -85.98 |
| 06/15/2026 | Expense | | | Meals and Entertainment | -25.09 |
| 06/15/2026 | Expense | EZ PASS | | Auto and Truck Expense | -140.00 |
| 06/15/2026 | Expense | home depot | | Construction Materials Costs | -104.57 |
| 06/15/2026 | Expense | home depot | | Construction Materials Costs | -42.36 |
| 06/15/2026 | Expense | | | Meals and Entertainment | -16.68 |
| 06/15/2026 | Expense | | | Partner 2 Draws | -129.90 |
| 06/15/2026 | Expense | | | Partner 2 Draws | -104.32 |
| 06/15/2026 | Expense | Justin Coffey | roofing 5740 old York road | Subcontractors Expense | -565.00 |
| 06/16/2026 | Expense | Liberty Transfer Station LLC | | Dump fees | -271.13 |
| 06/16/2026 | Expense | C&R BUILDING SUPPLY | | Building materials | -834.00 |
| 06/16/2026 | Expense | FERGUSON | | Building materials | -344.09 |
| 06/16/2026 | Expense | DoorDash | | Meals and Entertainment | -22.89 |
| 06/16/2026 | Expense | | | Partner 2 Draws | -10.00 |
| 06/16/2026 | Expense | | | Partner 2 Draws | -152.25 |
| 06/16/2026 | Expense | | | Partner 2 Draws | -500.00 |
| 06/16/2026 | Expense | | | Partner 2 Draws | -106.50 |
| 06/16/2026 | Expense | Justin Coffey | Roofing 5724-46 old York rd | Subcontractors Expense | -500.00 |
| 06/16/2026 | Expense | | | Subcontractors Expense | -500.00 |
| 06/17/2026 | Expense | | | Meals and Entertainment | -20.70 |
| 06/17/2026 | Expense | Tague Lumber | | Building materials | -1,310.86 |
| 06/17/2026 | Expense | | | Parking | -8.00 |
| 06/17/2026 | Expense | | | Parking | -77.85 |

| Date | Type | Num | Name | Memo | Category | Amount |
|---|---|---|---|---|---|---|
| 06/17/2026 | Expense | | Uber.com | | Travel Expense | -17.96 |
| 06/17/2026 | Expense | | Wawa | | Gas | -67.47 |
| 06/17/2026 | Expense | | C&R BUILDING SUPPLY | | Building materials | -625.94 |
| 06/18/2026 | Expense | | Park Mobile | | Parking | -4.25 |
| 06/18/2026 | Expense | | Spring Garden Car Wash | | Auto and Truck Expense | -20.47 |
| 06/18/2026 | Expense | | T-Mobile | | Telephone Expense | -113.32 |
| 06/18/2026 | Expense | | | | Meals and Entertainment | -108.12 |
| 06/18/2026 | Expense | | | | Partner 2 Draws | -100.00 |
| 06/18/2026 | Expense | | | | Partner 2 Draws | -200.00 |
| 06/22/2026 | Expense | | Philadelphia Parking Authority | | Parking Ticket | -44.50 |
| 06/22/2026 | Expense | | home depot | | Construction Materials Costs | -33.15 |
| 06/22/2026 | Expense | | sunoco | | Gas | -112.42 |
| 06/22/2026 | Expense | | Rackian Dixon | | Subcontractors Expense | -900.00 |
| 06/22/2026 | Expense | | PHALCON LLC | | Office Rent | -500.00 |
| 06/22/2026 | Expense | | state farm | | Auto Insurance | -558.32 |
| 06/22/2026 | Expense | | PHALCON LLC | | Office Rent | -500.00 |
| 06/22/2026 | Expense | | | | Building materials | -12.48 |
| 06/22/2026 | Expense | | | | Meals and Entertainment | -16.20 |
| 06/22/2026 | Expense | | | | Meals and Entertainment | -9.35 |
| 06/22/2026 | Expense | | T-Mobile | | Telephone Expense | -155.94 |
| 06/22/2026 | Expense | | | | Meals and Entertainment | -25.37 |
| 06/22/2026 | Expense | | DAVID GEPPERT RECYCLING INC. | | Dump fees | -260.40 |
| 06/22/2026 | Expense | | PURCHASE AUTHORIZED ON 08/01 EIG*FatCow 8 | | Computer and Internet Expenses | -36.29 |
| 06/22/2026 | Expense | | state farm | | Auto Insurance | -361.95 |
| 06/22/2026 | Expense | | | | Auto Insurance | -39.30 |
| 06/22/2026 | Expense | | Rackian Dixon | | Subcontractors Expense | -75.00 |
| 06/22/2026 | Expense | | home depot | | Construction Materials Costs | -31.77 |
| 06/22/2026 | Expense | | | | Parking | -28.86 |
| 06/22/2026 | Check | 6013 | Canno Design | Architectural fees 100 N Mole project | Subcontractors Expense | -1,000.00 |
| 06/22/2026 | Check | 1008 | Canno Design | Architectural fees 100 N Mole | Subcontractors Expense | -5,000.00 |
| 06/22/2026 | Expense | | | | Parking | -30.99 |
| 06/22/2026 | Expense | | | mangual recycling cash payment | Dump fees | -300.00 |
| 06/22/2026 | Expense | | Justin Coffey | | Subcontractors Expense | -600.00 |
| 06/22/2026 | Expense | | | fender bender restitution | Auto and Truck Expense | -40.00 |
| 06/22/2026 | Expense | | | | Partner 2 Draws | -500.00 |
| 06/23/2026 | Expense | | Philadelphia Parking Authority | | Parking Ticket | -191.50 |
| 06/23/2026 | Expense | | sunoco | | Gas | -50.00 |
| 06/23/2026 | Expense | | | | Software subscription | -3.00 |
| 06/24/2026 | Expense | | Philadelphia Parking Authority | | Parking Ticket | -54.50 |
| 06/24/2026 | Expense | | Philadelphia License and Inspections | | Building permit fee | -240.50 |
| 06/24/2026 | Expense | | Philadelphia License and Inspections | | Building permit fee | -240.50 |

# Initiate Business Checking℠

June 30, 2026 ■ Page 1 of 10



WJH CONSTRUCTION LLC
DEBTOR IN POSSESION
CH11 CASE# 25-13514 (EPA)
6822 N BROAD ST
PHILADELPHIA PA 19126-2804

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Be mindful of ongoing scams affecting older adults. Help protect yourself and loved ones from:

- Investment scams - the scammer makes friends with you on social media then offers to show you how to invest in crypto or another "money making" opportunity. Watch out for promises of big returns, suggestions to invest in crypto, or requests to wire money.
- Scam Callers Pretending to Be Tech Help - scammers pose as a computer technician, or you may get a pop-up window on your screen warning you about an issue with your device.

If you have a real tech issue: go to a local company that you know and trust. Be on the lookout for fake websites. Never trust someone who contacts you first or asks for access to your device. If this happens to you, it's a scam.

Learn more at wellsfargo.com/scams

**WELLS FARGO**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $3,040.30 |
| Deposits/Credits | 54,759.67 |
| Withdrawals/Debits | - 54,657.04 |
| Ending balance on 6/30 | $3,142.93 |

Account number: 5957830408 (primary account)

WJH CONSTRUCTION LLC
DEBTOR IN POSSESION
CH11 CASE# 25-13514 (EPA)

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | Zelle From Purity Homes Inc on 05/31 Ref # Baccrd9W1Kqr 108 110 112 114 N Mole Progress Payment | 5,000.00 | | |
| 6/1 | | Purchase authorized on 05/28 The Home Depot #41 800-654-0688 PA S306148539533279 Card 3872 | | 1,010.70 | |
| 6/1 | | Money Transfer authorized on 05/28 Apple Cash Sent MO 1Infiniteloop CA S386148769070521 Card 3429 | | 50.00 | |
| 6/1 | | Purchase authorized on 05/29 Hugo Insurance Sol Withhugo.Com CA S346149503634326 Card 3429 | | 39.30 | |
| 6/1 | | Purchase authorized on 05/29 The Home Depot #41 Philadelphia PA S386149508225236 Card 3872 | | 56.15 | |
| 6/1 | | Purchase authorized on 05/29 Pmusa 303010 Phila 770-8189036 GA S466149742856704 Card 3429 | | 3.95 | |
| 6/1 | | Purchase authorized on 05/30 Parkwhiz, Inc. Chicago IL P000000243208073 Card 3429 | | 17.51 | |
| 6/1 | | Purchase authorized on 05/30 Wawa 8080 Wyncote PA S386151014244622 Card 3872 | | 84.30 | |
| 6/1 | | Recurring Payment authorized on 05/30 Openai *Chatgpt Su Openai.Com CA S346151022276427 Card 3872 | | 21.60 | |
| 6/1 | | Recurring Payment authorized on 05/30 Adobe Inc 800-8336687 CA S466151166002378 Card 3872 | | 21.19 | |
| 6/1 | | Purchase authorized on 05/31 Metropolis Parking 185-64856865 TN S586152072585448 Card 3429 | | 42.24 | 6,693.36 |
| 6/2 | | Purchase authorized on 06/01 David Geppert Recy 215-842-0122 PA S586152464171233 Card 3872 | | 193.20 | |
| 6/2 | | Recurring Payment authorized on 06/01 Houzz Pro Pro.Houzz.Com CA S346152569511775 Card 3872 | | 215.46 | |
| 6/2 | | Purchase authorized on 06/01 Cvs/Pharmacy #1121 Philadelphia PA S346152816912273 Card 3429 | | 18.79 | |
| 6/2 | | Purchase authorized on 06/01 Sq *Status Valet Philadelphia PA S586153010296384 Card 3429 | | 32.50 | |
| 6/2 | 1011 | Check | | 1,500.00 | 4,733.41 |
| 6/3 | | Recurring Payment authorized on 06/01 Pmusa PM Pro 770-8189036 GA S386152347100737 Card 3872 | | 53.94 | |
| 6/3 | | Purchase authorized on 06/01 The Home Depot #41 Philadelphia PA S306152495497058 Card 3872 | | 537.60 | |
| 6/3 | | Purchase authorized on 06/01 The Home Depot #41 Philadelphia PA S356152505696464 Card 3872 | | 18.33 | |
| 6/3 | | Purchase authorized on 06/01 7-Eleven 34908 Philadelphia PA S356152536802353 Card 3429 | | 17.72 | |
| 6/3 | | Purchase authorized on 06/01 Girard Food Gas MA Philadelphia PA S356152862692446 Card 3429 | | 84.01 | |
| 6/3 | | Purchase authorized on 06/02 Ferguson Ent, Inc 844-872-3857 PA S346153599391644 Card 3872 | | 460.61 | |
| 6/3 | | Purchase authorized on 06/02 Phila12 Streets 215-686-5560 PA S346153600006944 Card 3872 | | 770.00 | |

**WELLS FARGO**

---

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/3 | | Purchase authorized on 06/02 Phila Rev EZ-Pay F 888-301-7700 NJ S386153600019351 Card 3872 | | 16.17 | |
| 6/3 | | Peco Energy Comp BILLPAY 260603 Peco Energy Com Wjh Construction | | 283.86 | |
| 6/3 | | Peco Energy Comp BILLPAY 260603 Peco Energy Com Wjh Construction | | 334.04 | 2,157.13 |
| 6/4 | | Zelle From Purity Homes Inc on 06/04 Ref # Bacg2Etkm7Sz 108 Through 127 N. Mole Construction Progr | 15,000.00 | | |
| 6/4 | | Purchase authorized on 06/02 Sunoco 8000998602 Philadelphia PA S466153805468450 Card 3429 | | 2.79 | |
| 6/4 | | Purchase authorized on 06/03 Ross and Ross Ente Philadelphia PA S306154458068790 Card 3872 | | 128.75 | |
| 6/4 | | Purchase authorized on 06/03 Cantor Novak Beave Newtown PA S306154563626816 Card 3872 | | 595.00 | |
| 6/4 | | Purchase authorized on 06/03 Ross and Ross Ente Philadelphia PA S346154770632124 Card 3872 | | 128.75 | 16,301.84 |
| 6/5 | | Purchase authorized on 06/03 Sunoco 0004813209 Philadelphia PA S356154489623362 Card 3872 | | 125.00 | |
| 6/5 | | Purchase authorized on 06/03 Staples 0756 Philadelphia PA S466154502309163 Card 3429 | | 7.26 | |
| 6/5 | | Purchase authorized on 06/03 Staples 0756 Philadelphia PA S346154506993765 Card 3429 | | 13.99 | |
| 6/5 | | Purchase authorized on 06/04 C and R Building S 925-555-5555 PA S346155466181701 Card 3872 | | 194.38 | |
| 6/5 | | Purchase authorized on 06/04 C and R Building S 925-555-5555 PA S356155559699175 Card 3872 | | 1,444.50 | |
| 6/5 | | Purchase authorized on 06/04 Prime Video Channe Amzn.Com/Bill WA S586155662118039 Card 3872 | | 21.19 | |
| 6/5 | | Zelle to Rackian Rock Dixon on 06/05 Ref # Wfct128M47Xp Labor Services at100 N Mole May30 Thru Jun | | 1,375.00 | |
| 6/5 | | Zelle to Mitchell William on 06/05 Ref # Wfct128Nbgk9 Framing Deposit for 108114 N Mole | | 3,000.00 | 10,120.52 |
| 6/8 | | Direct Pay Nonwf Bus Pymt Trans | | 3.00 | |
| 6/8 | | Direct Pay Monthly Base | | 10.00 | |
| 6/8 | | Purchase authorized on 06/04 Pmusa 303010 Phila 770-8189036 GA S586155648825614 Card 3429 | | 1.91 | |
| 6/8 | | Recurring Payment authorized on 06/05 Tmobile*Postpaid F 800-937-8997 WA S386156415548362 Card 3429 | | 113.32 | |
| 6/8 | | Purchase authorized on 06/05 Hugo Insurance Sol Withhugo.Com CA S586156503633338 Card 3429 | | 39.30 | |
| 6/8 | | Purchase authorized on 06/05 David Geppert Recy 215-842-0122 PA S356156536090485 Card 3872 | | 192.00 | |
| 6/8 | | Purchase authorized on 06/05 E-Z Park, Inc Philadelphia PA S586156633784347 Card 3429 | | 16.00 | |
| 6/8 | | Purchase authorized on 06/05 E-Z Park, Inc Philadelphia PA S466156634186000 Card 3429 | | 16.00 | |
| 6/8 | | Purchase authorized on 06/05 Rex Pizza Philadelphia PA S386156664002122 Card 3429 | | 32.10 | |
| 6/8 | | Purchase authorized on 06/06 C and R Building S 925-555-5555 PA S386157496553652 Card 3872 | | 218.70 | |
| 6/8 | | Purchase authorized on 06/06 Pmusa 303010 Phila 770-8189036 GA S466157674587304 Card 3429 | | 4.19 | |
| 6/8 | | Purchase authorized on 06/07 Wawa 8013 Philadelphia PA S586158438207608 Card 3429 | | 65.69 | |
| 6/8 | 1012 | Check | | 2,702.13 | 6,706.18 |
| 6/9 | | Purchase authorized on 06/07 Sunoco 0363366606 Philadelphia PA S306159061290074 Card 3872 | | 100.00 | |
| 6/9 | | Purchase authorized on 06/08 C and R Building S 925-555-5555 PA S386159462627236 Card 3872 | | 116.63 | |
| 6/9 | | Purchase authorized on 06/08 Rex Pizza Philadelphia PA S386159585009413 Card 3429 | | 16.39 | |
| 6/9 | | Purchase authorized on 06/08 David Geppert Recy 215-842-0122 PA S346159672096760 Card 3872 | | 331.20 | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/9 | | Purchase authorized on 06/08 Ross and Ross Ente Philadelphia PA S356159691688977 Card 3872 | | 103.00 | |
| 6/9 | | Purchase authorized on 06/08 Lukoil 69702 Philadelphia PA S466159857642718 Card 3429 | | 52.80 | |
| 6/9 | | Albert EDI Pymnts Fai19446928 Hassan Edge | | 85.00 | |
| 6/9 | | Peco Energy Comp BILLPAY 260609 Peco Energy Com Wjh Construction | | 145.20 | |
| 6/9 | | Peco Energy Comp BILLPAY 260609 Peco Energy Com Wjh Construction | | 221.56 | 5,534.40 |
| 6/10 | | Zelle From Purity Homes Inc on 06/10 Ref # Bacaavroa0Ul | 15,000.00 | | |
| 6/10 | | Purchase authorized on 06/08 The Home Depot #41 Philadelphia PA S356159554902174 Card 3872 | | 174.74 | |
| 6/10 | | Purchase authorized on 06/08 7-Eleven 34908 Philadelphia PA S306159683712765 Card 3429 | | 14.14 | |
| 6/10 | | Purchase authorized on 06/09 C and R Building S Philadelphia PA S306160431146000 Card 3429 | | 86.29 | |
| 6/10 | | Purchase authorized on 06/09 7-Eleven 34908 Philadelphia PA S356160504457900 Card 3429 | | 24.32 | |
| 6/10 | | Purchase authorized on 06/09 C and R Building S 925-555-5555 PA S386160535140290 Card 3872 | | 656.29 | |
| 6/10 | | Purchase authorized on 06/09 C and R Building S 925-555-5555 PA S386160535636555 Card 3872 | | 50.75 | |
| 6/10 | | Purchase authorized on 06/09 Albert Genius Covina CA S586160636322192 Card 3872 | | 19.99 | |
| 6/10 | | Bmw Bank Bmwfs Pymt 260609 xxxxx2293 Wjh Construc1004625486 | | 1,284.04 | 18,223.84 |
| 6/11 | | Purchase authorized on 06/10 David Geppert Recy 215-842-0122 PA S386161569096797 Card 3872 | | 165.60 | |
| 6/11 | | Purchase authorized on 06/10 Ross and Ross Ente Philadelphia PA S466161746960996 Card 3872 | | 103.00 | |
| 6/11 | | Zelle to Thomas Cavanaugh on 06/11 Ref # Wfct1298W2Mw . | | 4.00 | 17,951.24 |
| 6/12 | | Purchase authorized on 06/11 Shell Vine St Philadelphia PA S466162507648416 Card 3429 | | 40.00 | |
| 6/12 | | Purchase authorized on 06/11 Ross and Ross Ente Philadelphia PA S346162760589840 Card 3429 | | 103.00 | |
| 6/12 | | Purchase authorized on 06/11 Exxon 2211-717 Ste Philadelphia PA S346162765883142 Card 3429 | | 100.00 | |
| 6/12 | | Zelle to Rackian Rock Dixon on 06/12 Ref # Wfct129F4Ggn Labor Services at 108114 N Mole June7 to J | | 2,325.00 | |
| 6/12 | | Zelle to Mitchell William on 06/12 Ref # Wfct129Fglmk Framing 110114 N Mole | | 2,000.00 | 13,383.24 |
| 6/15 | | Zelle From Purity Homes Inc on 06/13 Ref # Bacglj3Mzl2l Construction Progress 108 Through 127 Nort | 15,000.00 | | |
| 6/15 | | Money Transfer authorized on 06/13 From Edge Hassan PA S466164499539075 Card 3429 | 555.40 | | |
| 6/15 | | Money Transfer authorized on 06/14 From Edge Hassan PA S346165450540589 Card 3429 | 491.50 | | |
| 6/15 | | Money Transfer authorized on 06/15 From Edge Hassan PA S586166414853029 Card 3429 | 907.31 | | |
| 6/15 | | Purchase authorized on 06/11 The Home Depot #41 Philadelphia PA S586162497157742 Card 3429 | | 14.77 | |
| 6/15 | | Purchase authorized on 06/12 Ptc EZ Pass Auto R 877-736-6727 PA S306163313157683 Card 3872 | | 140.00 | |
| 6/15 | | Purchase authorized on 06/12 Hugo Insurance Sol Withhugo.Com CA S466163503636249 Card 3429 | | 39.30 | |
| 6/15 | | Purchase authorized on 06/12 Tague Lumber of ME 610-566-1200 PA S466163516763507 Card 3872 | | 1,885.68 | |
| 6/15 | | Purchase authorized on 06/12 Metropolis Parking Metropolis.Io TN S386163648934285 Card 3872 | | 6.99 | |
| 6/15 | | Purchase authorized on 06/12 Sq *Pink's Cold Tr Philadelphia PA S466163656757129 Card 3429 | | 16.68 | |
| 6/15 | | Purchase authorized on 06/12 Ferguson Ent 5925 844-872-3857 PA S586163686412174 Card 3872 | | 329.18 | |

**WELLS FARGO**

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/15 | | Purchase authorized on 06/12 Ross and Ross Ente Philadelphia PA S386163709151460 Card 3429 | | 128.75 | |
| 6/15 | | Purchase authorized on 06/12 Sunoco 0458741600 Philadelphia PA S356163737865572 Card 3872 | | 85.98 | |
| 6/15 | | Purchase authorized on 06/12 The Home Depot #41 Philadelphia PA S386164051395474 Card 3872 | | 42.36 | |
| 6/15 | | Purchase authorized on 06/13 The Home Depot #41 Philadelphia PA S346164471715331 Card 3872 | | 1.00 | |
| 6/15 | | Purchase authorized on 06/13 The Home Depot #41 Philadelphia PA S466164472499829 Card 3872 | | 18.33 | |
| 6/15 | | Money Transfer authorized on 06/13 Apple Cash Balance 1Infiniteloop CA S466164499132010 Card 3429 | | 565.00 | |
| 6/15 | | Purchase authorized on 06/13 Broadview Kitchen Philadelphia PA S306164527578897 Card 3872 | | 100.87 | |
| 6/15 | | Purchase authorized on 06/13 Shell Vine St Philadelphia PA S356164630389447 Card 3872 | | 100.00 | |
| 6/15 | | Zelle to Phalcon LLC on 06/13 Ref # Wfct129Hlqcn Office Rent | | 2,600.00 | |
| 6/15 | | Purchase authorized on 06/13 Pmusa 303010 Phila 770-8189036 GA S386164645809568 Card 3872 | | 1.65 | |
| 6/15 | | Purchase authorized on 06/13 Cash App*John S LA Cash.App PA S346164652088846 Card 3872 | | 320.00 | |
| 6/15 | | Purchase authorized on 06/13 Parking 05071-1845 215-569-8400 PA S356164672052994 Card 3872 | | 20.00 | |
| 6/15 | | Purchase authorized on 06/13 Tst*Spot Burger Philadelphia PA S466164679632108 Card 3429 | | 25.09 | |
| 6/15 | | Purchase authorized on 06/13 Cash App*Sahn Here Cash.App CA S386164696897469 Card 3872 | | 104.32 | |
| 6/15 | | Purchase authorized on 06/13 Pmusa 303010 Phila 770-8189036 GA S346164722039875 Card 3429 | | 4.07 | |
| 6/15 | | Purchase authorized on 06/13 Ishkabibbles II Philadelphia PA S346164739156713 Card 3429 | | 5.00 | |
| 6/15 | | Purchase authorized on 06/13 2ND Street South S Philadelphia PA S306164755430190 Card 3429 | | 129.90 | |
| 6/15 | | Purchase authorized on 06/13 The Home Depot #41 800-466-3337 PA S466164796321049 Card 3872 | | 104.57 | |
| 6/15 | | Recurring Payment authorized on 06/14 Houzz Pro Pro.Houzz.Com CA S306165363311163 Card 3872 | | 430.91 | |
| 6/15 | | Recurring Payment authorized on 06/14 Tmobile*Auto Pay 800-937-8997 WA S346165479770305 Card 3872 | | 567.28 | 22,549.77 |
| 6/16 | | Money Transfer authorized on 06/13 Apple Cash Balance 1Infiniteloop CA S346165101079291 Card 3429 | | 500.00 | |
| 6/16 | | Money Transfer authorized on 06/13 Apple Cash Balance 1Infiniteloop CA S356165120706132 Card 3429 | | 500.00 | |
| 6/16 | | Purchase authorized on 06/14 DD *Doordash Maple Doordash.Com CA S346165626075962 Card 3429 | | 22.89 | |
| 6/16 | | Money Transfer authorized on 06/14 Apple Cash Balance 1Infiniteloop CA S306165656517402 Card 3429 | | 500.00 | |
| 6/16 | | Purchase authorized on 06/15 C and R Building S 925-555-5555 PA S466166525159945 Card 3872 | | 834.00 | |
| 6/16 | | Purchase authorized on 06/15 Ferguson Ent 5927 844-872-3857 PA S346166547558603 Card 3872 | | 344.09 | |
| 6/16 | | Purchase authorized on 06/15 Liberty Transfer S 732-9229292 PA S466166684693273 Card 3872 | | 271.13 | |
| 6/16 | | Purchase authorized on 06/15 Sean Basils USA Au Philadelphia PA S356166696764346 Card 3429 | | 10.00 | |
| 6/16 | | Purchase authorized on 06/15 Cash App*Sahn Here Cash.App CA S306167106178926 Card 3872 | | 106.50 | |
| 6/16 | | Purchase authorized on 06/16 Cash App*Sahn Here Cash.App CA S586167347199791 Card 3872 | | 152.25 | 19,308.91 |
| 6/17 | | Purchase Return authorized on 06/15 The Home Depot #41 Philadelphia PA S346166562769570 Card 3872 | 5.46 | | |
| 6/17 | | Purchase authorized on 06/15 E-Z Park, Inc Philadelphia PA S386166638007847 Card 3872 | | 8.00 | |

**WELLS FARGO**

---

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/17 | | Purchase authorized on 06/16 Wawa 8013 Philadelphia PA S346167468376238 Card 3429 | | 67.47 | |
| 6/17 | | Purchase authorized on 06/16 C and R Building S 925-555-5555 PA S356167547128506 Card 3872 | | 625.94 | |
| 6/17 | | Purchase authorized on 06/16 Rex Pizza Philadelphia PA S586167610433866 Card 3429 | | 20.70 | |
| 6/17 | | Purchase authorized on 06/16 Tague Lumber of ME 610-566-1200 PA S386167714158563 Card 3872 | | 1,310.86 | |
| 6/17 | | Purchase authorized on 06/17 Uber Technologies, Inc Wilmington DE P000000044335517 Card 3429 | | 17.96 | |
| 6/17 | | Albert EDI Pymnts Fmi20172159 Hassan Edge | | 77.85 | 17,185.59 |
| 6/18 | | Purchase authorized on 06/16 Pmusa 303010 Phila 770-8189036 GA S466167655465751 Card 3872 | | 4.25 | |
| 6/18 | | Money Transfer authorized on 06/16 Apple Cash Sent MO 1Infiniteloop CA S306167672768603 Card 3429 | | 100.00 | |
| 6/18 | | Money Transfer authorized on 06/16 Apple Cash Sent MO 1Infiniteloop CA S356167837208548 Card 3429 | | 200.00 | |
| 6/18 | | Recurring Payment authorized on 06/17 Tmobile*Postpaid F 800-937-8997 WA S346168489955349 Card 3429 | | 113.32 | |
| 6/18 | | Purchase authorized on 06/17 The Gun Range LLC 267-2587408 PA S356168765197579 Card 3429 | | 108.12 | |
| 6/18 | | Purchase authorized on 06/18 Spring Garden Wash Philadelphia PA P306169533156676 Card 3429 | | 20.47 | 16,639.43 |
| 6/22 | | Mobile Deposit : Ref Number :714190622543 | 2,800.00 | | |
| 6/22 | | Money Transfer authorized on 06/17 Apple Cash Sent MO 1Infiniteloop CA S306168525415937 Card 3429 | | 300.00 | |
| 6/22 | | Purchase authorized on 06/17 Sunoco 8000998602 Philadelphia PA S466168535184282 Card 3429 | | 112.42 | |
| 6/22 | | Purchase authorized on 06/17 Tst* Pete's Famous Philadelphia PA S346168744739201 Card 3429 | | 25.37 | |
| 6/22 | | Money Transfer authorized on 06/18 Apple Cash Sent MO 1Infiniteloop CA S386169472802236 Card 3429 | | 40.00 | |
| 6/22 | | Purchase authorized on 06/18 Tst*Bourbon & Bran Philadelphia PA S466169684620061 Card 3429 | | 16.20 | |
| 6/22 | | Purchase authorized on 06/18 State Farm Insura 800-956-6310 IL S356169810949638 Card 3872 | | 361.95 | |
| 6/22 | | Money Transfer authorized on 06/18 Apple Cash Balance 1Infiniteloop CA S356169835981829 Card 3429 | | 500.00 | |
| 6/22 | | Purchase authorized on 06/19 Hugo Insurance Sol Withhugo.Com CA S356170503639575 Card 3429 | | 39.30 | |
| 6/22 | | Purchase authorized on 06/19 Hardware Junction Philadelphia PA S586170658855435 Card 3429 | | 12.48 | |
| 6/22 | | Purchase authorized on 06/19 Broad Food Market Philadelphia PA S346170742081496 Card 3429 | | 9.35 | |
| 6/22 | | Zelle to Rackian Rock Dixon on 06/19 Ref # Wfct12B6Zbqf Labor Services 100N Mole June 13 Thru Jun | | 900.00 | |
| 6/22 | | Purchase authorized on 06/20 The Home Depot #4109 Philadelphia PA P306171433071962 Card 3429 | | 31.77 | |
| 6/22 | | Purchase authorized on 06/20 David Geppert Recy 215-842-0122 PA S466171551585759 Card 3872 | | 260.40 | |
| 6/22 | | Purchase authorized on 06/20 T-Mobile Web Payme 877-453-1304 WA S346171745540636 Card 3429 | | 155.94 | |
| 6/22 | | Purchase authorized on 06/20 Philadelphia Parki 888-5913636 PA S356171834007378 Card 3872 | | 44.50 | |
| 6/22 | | Money Transfer authorized on 06/20 Apple Cash Sent MO 1Infiniteloop CA S466172021752087 Card 3872 | | 600.00 | |
| 6/22 | | Purchase authorized on 06/20 00403 - 1901 Arch 215-569-8840 PA S346172045766364 Card 3429 | | 30.99 | |
| 6/22 | | Recurring Payment authorized on 06/21 Web*Ipage Ipage.Com MA S586172302899046 Card 3872 | | 36.29 | |
| 6/22 | | Purchase authorized on 06/21 Parkwhiz, Inc. Austin TX S586173098963554 Card 3429 | | 28.86 | |
| 6/22 | | Zelle to Phalcon on 06/22 Ref # Wfct12Bgjv68 Outstanding Utility Usage Overage | | 500.00 | |

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/22 | | Zelle to Rock NEW Number on 06/22 Ref # Wfct12Bhywtz Labor Work June 20th 2026 | | 75.00 | |
| 6/22 | | Purchase authorized on 06/22 The Home Depot #4109 Philadelphia PA P466174025463621 Card 3429 | | 33.15 | |
| 6/22 | | Zelle to Phalcon on 06/22 Ref # Wfct12Bk6Yyv Final Payment for Utilities | | 500.00 | |
| 6/22 | < | Business to Business ACH Debit - State Farm Ro 27 Cpc-Client 13 S 1101121913 Hassan Edge | | 558.32 | |
| 6/22 | 1008 | Check | | 5,000.00 | |
| 6/22 | 6013 | Check | | 1,000.00 | 8,267.14 |
| 6/23 | | Purchase authorized on 06/21 Philadelphia Parki 888-5913636 PA S356173101988367 Card 3872 | | 191.50 | |
| 6/23 | | Purchase authorized on 06/21 Sunoco 8002222101 Philadelphia PA S466173148086961 Card 3429 | | 50.00 | |
| 6/23 | | Dave Davesubfee 260623 3848Szk9Jdcywk5 Hassan Edge | | 3.00 | 8,022.64 |
| 6/24 | | Purchase authorized on 06/22 Philadelphia Parki 888-5913636 PA S386173503452768 Card 3872 | | 54.50 | |
| 6/24 | | Purchase authorized on 06/23 Mgpdf+18336577191 Mergedpdf.Com FL S386174514510617 Card 3429 | | 1.95 | |
| 6/24 | | Purchase authorized on 06/23 Phila26 L&I 215-685-9450 PA S386174647771853 Card 3872 | | 240.50 | |
| 6/24 | | Purchase authorized on 06/23 Phila Rev EZ-Pay F 888-301-7700 NJ S386174647783872 Card 3872 | | 5.05 | |
| 6/24 | | Purchase authorized on 06/23 Phila26 L&I 215-685-9450 PA S466174650770491 Card 3872 | | 240.50 | |
| 6/24 | | Purchase authorized on 06/23 Phila Rev EZ-Pay F 888-301-7700 NJ S306174650784082 Card 3872 | | 5.05 | |
| 6/24 | | Purchase authorized on 06/23 Phila Rev EZ-Pay F 888-301-7700 NJ S306174652193491 Card 3872 | | 5.05 | |
| 6/24 | | Purchase authorized on 06/23 Phila26 L&I 215-685-9450 PA S386174652199531 Card 3872 | | 240.50 | 7,229.54 |
| 6/25 | | Purchase authorized on 06/23 Sunoco 8000998602 Philadelphia PA S466175003804117 Card 3429 | | 56.99 | |
| 6/25 | | Purchase authorized on 06/24 Spring Garden Wash Philadelphia PA S466175611645683 Card 3872 | | 53.95 | 7,118.60 |
| 6/26 | | Purchase authorized on 06/24 Critter Control MA 866-890-2268 GA S466175509225961 Card 3872 | | 432.00 | |
| 6/26 | | Purchase authorized on 06/25 Sunoco 0430623902 Philadelphia PA S306176652190947 Card 3872 | | 97.38 | |
| 6/26 | | Purchase authorized on 06/25 Fairmount Pizza & Philadelphia PA S386176668841895 Card 3429 | | 3.75 | |
| 6/26 | | Purchase authorized on 06/25 OH Westfield 800-243-0210 OH S386176863540777 Card 3872 | | 924.91 | 5,660.56 |
| 6/29 | | Money Transfer authorized on 06/25 Apple Cash Sent MO 1Infiniteloop CA S386176545513295 Card 3429 | | 15.00 | |
| 6/29 | | Purchase authorized on 06/26 Hugo Insurance Sol Withhugo.Com CA S466177503636537 Card 3429 | | 39.30 | |
| 6/29 | | Purchase authorized on 06/26 Sunoco 0004886822 Philadelphia PA S586177658823713 Card 3429 | | 60.00 | |
| 6/29 | | Purchase authorized on 06/26 Sunoco 8000924502 Philadelphia PA S306177668832486 Card 3872 | | 83.28 | |
| 6/29 | | Purchase authorized on 06/27 Pmusa 303010 Phila 770-8189036 GA S306178576505211 Card 3429 | | 7.45 | |
| 6/29 | | Purchase authorized on 06/27 00403 - 1901 Arch 215-569-8840 PA S346178757165824 Card 3429 | | 30.99 | |
| 6/29 | | Zelle to Phalcon LLC on 06/28 Ref # Wfct12C6Vmhd Partial Payment for Office Rent | | 1,509.53 | 3,915.01 |
| 6/30 | | Purchase authorized on 06/28 The Home Depot #41 Willow Grove PA S386179793558804 Card 3872 | | 105.90 | |

**WELLS FARGO**

---

*Transaction History (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/30 | | Recurring Payment authorized on 06/29 Adobe Inc. 408-536-6000 CA S466180538598313 Card 3872 | | 21.19 | |
| 6/30 | | Purchase authorized on 06/29 Bmw of The Main Li Bala Cynwyd PA S306180741036632 Card 3872 | | 119.99 | |
| 6/30 | | Zelle to Rock NEW Number on 06/29 Ref # Wfct12CC4Jvv Mole St. Labor June 29th | | 25.00 | |
| 6/30 | | Zelle to Rock NEW Number on 06/30 Ref # Wfct12Cg3Fr9 Mole St. Labor Work June 30th | | 250.00 | |
| 6/30 | | Zelle to Rick Electric on 06/30 Ref # Wfct12Cg3Jww Temporary Electric Installation at Mole St. | | 250.00 | 3,142.93 |
| Totals | | | $54,759.67 | $54,657.04 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1008 | 6/22 | 5,000.00 | 1012 | 6/8 | 2,702.13 | 6013 * | 6/22 | 1,000.00 |
| 1011 * | 6/2 | 1,500.00 | | | | | | |

*\* Gap in check sequence.*

Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2026 - 06/30/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $2,000.00 | $2,157.13  ÷ |

C1/C1

---

Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 28 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 Report check fraud right away. Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so it's important to review the check image as soon as it clears. Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.



# ✔ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

WELLS FARGO

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
  shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your                    $ _____
  register or transfers into                      $ _____
  your account which are not                      $ _____
  shown on your statement.                      + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
  (Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                            TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
  withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
  (Part A + Part B - Part C)
  This amount should be the same
  as the current balance shown in
  your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801