**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : CHAPTER 11 |
| WJH Construction, | : Case No. 25-13514-amc |
| Debtor | : |

**MOTION FOR ENTRY OF AN ORDER (I) SCHEDULING A HEARING ON PLAN CONFIRMATION, (II) APPROVING PLAN SOLICITATION AND VOTING PROCEDURES AND VOTING MATERIALS, AND (III) ESTABLISHING DEADLINES AND NOTICE PROCEDURES IN CONNECTION WITH CONFIRMATION OF THE PLAN**

WJH Construction ("Debtor"), by and through its counsel, Center City Law Offices, LLC., hereby moves the Court, pursuant to Federal Rule of Bankruptcy Procedure 3017.2, for entry of an Order (i) scheduling a hearing on plan confirmation, (ii) approving plan solicitation and voting procedures and voting materials, and (iii) establishing deadlines and notice procedures in connection with confirmation of the plan:

1. The Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") on September 3, 2025 (the "Petition Date").

2. The Debtor is a "small business debtor" as defined in Bankruptcy Code Section 101(51D) and has elected to proceed under Subchapter V of Chapter 11; accordingly, the Debtor is operating its business and managing its property as debtor-in-possession pursuant to Section 1184 of the Bankruptcy Code.

3. On December 3, 2025, the Debtor filed a Plan of Reorganization for Small Business under Chapter 11 (the "Plan of Reorganization"). No disclosure statement was filed

because Section 1125 of the Bankruptcy Code does not apply in the Debtor's Subchapter V Chapter 11 case.

4. Under Bankruptcy Rule of Bankruptcy Procedure 2017.2, the bankruptcy court must set plan confirmation schedules and deadlines in Subchapter V Chapter 11 cases.

5. Accordingly, the Debtor files the instant motion requesting that the Court enter an Order, in the form proposed: (i) scheduling a hearing on plan confirmation, (ii) approving plan solicitation and voting procedures and voting materials, and (iii) establishing deadlines and notice procedures in connection with confirmation of the plan.

6. Attached hereto are a ballot conforming to Official Form 314 **("Exhibit A")** and a proposed Transmission Letter **("Exhibit B").**

7. By this Motion, and as reflected in the proposed order, the Debtor requests that the Court approve a solicitation procedure whereby the Debtor shall mail to all creditors and equity holders the following: (1) the Plan of Reorganization, (2) a ballot conforming to Official Form 314, (3) the Transmission Letter, and (4) a copy of the Court's order granting this Motion (collectively, the "Solicitation Materials").

8. The Debtor also requests that the Court enter the following plan confirmation schedules and deadlines:

a. The date by with the Debtor shall mail the Solicitation Materials to creditors and equity holders;

b. The date by which ballots must be received by Debtor's counsel in order to be considered as acceptances or rejections of the Plan of Reorganization;

c. The date by which any written objection to confirmation of the Plan of Reorganization must be filed;

d. The date by which the Debtor shall file a Report of Plan Voting; and

e. The date of the hearing on confirmation of the Plan of Reorganization.

9. The Debtor submits that the requested solicitation and confirmation procedures and notice comply with all applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order in the form attached granting the relief requested herein and such other and further relief as this Court may deem just and proper.

Respectfully submitted,
*/s/ Maggie S. Soboleski*

Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
1632 Ellsworth Street
Philadelphia, PA 19146
215-620-2132
msoboles@yahoo.com
Counsel to the Debtor

August 11, 2026