***Form 167*** (1/25)−doc 81 − 79

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>WJH Construction, LLC<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 25−13514−amc<br><br><br>Chapter: 11 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Application to Employ Ellen De Paul as Accountant.

on: 9/9/26

at: 12:30 PM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: August 14, 2026

For The Court

Mohung Wong
Clerk of Court