**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| WJH CONSTRUCTION, LLC | : | |
| | : | |
| Debtor. | : | Case No. 25-13514(AMC) |
| | : | |

______________________________________________________________________________

**AFFIDAVIT OF PROPOSED ACCOUNTANT FOR THE DEBTOR**

In accordance with Bankruptcy Rule 2014, I, Ellen DePaul, CPA, hereby state as follows:

1. I am an Enrolled Agent with the IRS and a member of the firm of Cantor Novak Beaver & Pike, PC.

2. My firm maintains its principal office at 41 University Drive, Suite 401, Newtown, PA 18940.

3. Debtor, WJH Construction, LLC (“WJH”) filed a petition for relief under chapter 11 of Title 11 on September 3, 2025.

4. Prior to the petition date, I met with the principal numerous times in preparing the annual business tax returns, as well as reconciliation of cash.

5. The Debtor also sought my firm’s advice and services in preparing its monthly bookkeeping and all required federal, state and local tax related documents.

6. If not already set forth in my Application to Employ, my hourly rates are as follows: $170. Per hour for preparing the Monthly Operating Reports and an hourly fee of $170 for preparation and revisions to the Plan of Reorganization including the preparation of the Projected Income and Liquidation Analysis.

7. I have prepared Debtor's September 2025 through June 2026 Monthly Operating Reports.

8. Debtor has made two post-petition payments to my firm in the amounts of $1,697.50 on April 1, 2026; $1,000.00 on May 21, 2026; and $595.00 on June 4, 2026. My firm required these payments in order for WJH to remain a client throughout the bankruptcy.

9. I represent no interest adverse to the Debtor in Possession herein in the matters upon which I am to be engaged.

10. I received no pre-petition retainer from the Debtor. All pre-petition debt, if any, was written off by my firm.

11. This Affidavit is submitted in support of the Accountant's Application to Employ, dated concurrently with this Affidavit.

12. I, Ellen DePaul, member of Cantor Novak Beaver & Pike, PC, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Respectfully Submitted,

*/s/ Ellen DePaul*
Ellen DePaul, EA
Proposed Accountant for the Debtor