**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| WJH CONSTRUCTION, LLC | : | |
| | : | |
| | : | |
| Debtor. | : | Case No. 25-13514 (AMC) |

**CERTIFICATE OF SERVICE**

I, Maggie S. Soboleski, Esquire hereby certify that a copy of the foregoing Application to Employ Accountant of the Debtor with Verified Statement, *(the "Application")* was served by being filed through the Court's electronic filing system upon the following and via e-mail and as indicated:

John H. Schanne, Esquire, Office of the United States Trustee

Anthony DiJiacamo, Esq. @ adijiacomo@weisberglawoffices.com

Ford Motor Credit -- fcffald@ford.com

BMW Motor Credit -- ECFNotices@aisinfo.com

amps@mdklegal.com -- JPMorgan Chase

SBOBKINQUIRY@WELLSFARGO.COM -- Wells Fargo Bank

proofofclaim@becket-lee.com - AMEX

al@la88remod.com -- LA88REMOD, Inc.

Megan Harper, Esquire – City of Philadelphia Law Department

Respectfully submitted,

*/s/ Maggie S. Soboleski*
Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
Counsel to the Debtor