**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-13514** |
| **WJH Construction, LLC** | : | **Chapter 11** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | *** * * * * * * * * * * * * * * * * *** |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **September 30, 2026 at 12:30 PM** |
| | : | |
| **WJH Construction, LLC** | : | **U.S. Bankruptcy Court** |
| **Hassan R Edge, Sr** | : | **900 Market Street, Suite 400, Courtroom #4** |
| **Richard E Furtek** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

JPMorgan Chase Bank, N.A. has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **September 3, 2026,** you or your attorney must do **ALL** of the following:

A. File an answer explaining your position at:

**Clerk, U.S. Bankruptcy Court**
U.S. Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA, 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

B. Mail a copy to the Creditor's attorney and the below listed:

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

Richard E Furtek
101 Lindenwood Dr. Suite 225
Malvern, PA 19355
Rfurtek@furtekassociates.com

MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on **September 30, 2026 at 12:30 PM** in U.S. Bankruptcy Court, 900 Market Street, Suite 400, Courtroom #4, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE: 08/19/2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-13514** |
| **WJH Construction, LLC** | : | **Chapter 11** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | ****************** |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **September 30, 2026 at 12:30 PM** |
| | : | |
| **WJH Construction, LLC** | : | **U.S. Bankruptcy Court** |
| **Hassan R Edge, Sr** | : | **900 Market Street, Suite 400, Courtroom #4** |
| **Richard E Furtek** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Motion for Relief from Automatic Stay was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Richard E Furtek, Chapter 11 Trustee, Rfurtek@furtekassociates.com

Maggie S. Soboleski, Attorney for WJH Construction, LLC, msoboleski@kmllawgroup.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

WJH Construction, LLC, 1331 S. Woodstock Street, Philadelphia, PA 19146

Hassan R Edge, Sr, 6822 N Broad St, Philadelphia, PA 19126

AMEX, PO Box 981535, El Paso, TX 79998

LA88REMOD, Inc., 70 Tracey Road, Unit C, Huntingdon Valley, PA 19006

25-024340_BEW1

Nochumson, P.C., 1 South Broad Street, Suite 1000, Philadelphia, PA 19107

Barry Penn P.C., Duane Morris Plaza, 30 S. 17th Street, Suite 810, Philadelphia, PA 19103

Wells Fargo Small Business Lending, P.O. Box 5511, Sioux Falls, SD 57117

ALI West, 1538 S. Dorrance Street, Philadelphia, PA 19146

/s/ Adam B. Hall