# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| WJH CONSTRUCTION, LLC, | : | CASE NO. 25-13514-AMC |
| DEBTOR. | : | |

## CERTIFICATION OF SERVICE

I, Hannah Deininger, certify that on August 20, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Supplemental Objection of the United Sates Trustee to Application to Employ Ellen DePaul and Cantor Novak Beaver & Pike, PC as Accountant for Debtor

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 20, 2026

By: /s/ *Hannah Deininger*

Paralegal Specialist
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.280.8512
Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Served electronically on all CM/ECF participants registered in these cases through the Court's CM/ECF system at their respective email addresses registered with the Court.

MAGGIE S SOBOLESKI
Maggie Soboleski
1632 Ellsworth Street
Philadelphia, PA 19146
Email: msoboleski@kmllawgroup.com
**Debtor**

Via: ___ 1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

Richard E Furtek
FURTEK & ASSOCIATES, LLC.
Subchapter V Trustee
101 Lindenwood Dr. SUITE 225
Malvern, PA 19355
Email: rfurtek@furtekassociates.com
Sub-V Trustee

Via: ___ 1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

**END OF DOCUMENT**