**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Chim A. Griswold, | § | Case No. 26-12536-AMC |
| | § | |
| Debtor. | § | |

**STIPULATION BY AND BETWEEN UNITED STATES TRUSTEE AND DEBTOR DISMISSING THE DEBTOR'S CASE WITH A ONE-YEAR BAR TO REFILING**

This stipulation (the "Stipulation") is entered into by and between Andrew R. Vara, the United States Trustee for Region 3 (the "U.S. Trustee"), and Chim A. Griswold (the "Debtor" and together with the U.S. Trustee, the "Parties") and is subject only to approval by the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Court"). The Parties hereby stipulate the following:

**RECITALS**

WHEREAS, on June 12, 2026, the Debtor filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*, the "Bankruptcy Code"), which initiated the above-captioned case (the "Bankruptcy Case");

WHEREAS, the meeting of creditors pursuant to Bankruptcy Code section 341(a) (the "Creditors' Meeting") was scheduled and initially held on July 22, 2026;

WHEREAS, the Creditors' Meeting was continued to August 13, 2026 so the Debtor could provide requested documentation to Harry Giacometti, Esq, in his capacity as chapter 7 trustee (the "Chapter 7 Trustee");

WHEREAS, the Debtor failed to appear at the continued Creditors' Meeting and failed to provide the requested documentation to the Chapter 7 Trustee;

WHEREAS, the Chapter 7 Trustee again continued the Creditors' Meeting to September 9, 2026;

WHEREAS, in light of the foregoing, the Parties discussed the Debtor's failure to attend the Creditors' Meeting, provide requested documentation to the Chapter 7 Trustee, and otherwise comply with his obligations as a bankruptcy debtor;

NOW, THEREFORE, in consideration of the mutual covenants and promises set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereby stipulate and agree as follows:

**STIPULATION**

1. This Debtor hereby agrees to dismissal of the Bankruptcy Case.
2. The Debtor hereby agrees to a one year bar to refiling of a bankruptcy case.
3. This Stipulation is subject to and conditioned upon the entry of an order, substantially in the form attached hereto, approving the Stipulation (the "Stipulation Order").
4. The Parties acknowledge and agree that the Court shall retain jurisdiction over all disputes concerning or related to the subject matter of this Stipulation.
5. This Stipulation may be executed in multiple counterparts and by facsimile or by PDF attached to an email, with each such facsimile or PDF counterpart being deemed an original and constituting one original document when combined.
6. The undersigned persons represent and warrant that they have full authority to execute this Stipulation on behalf of the respective Parties and that the respective Parties have full knowledge of and have consented to this Stipulation.

IN WITNESS WHEREOF, the Parties hereto, intending to be legally bound, have caused the Stipulation to be duly executed as set forth below.

Dated: August 20, 2026

| | |
|---|---|
| United States Trustee<br><br>By: */s/ John Schanne*<br>John Schanne, Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>Robert NC Nix, Sr. Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107<br>Phone: (202) 934-4154<br>Email: john.schanne@usdoj.gov<br><br>Counsel for United States Trustee | Chim A. Griswold<br><br>By: */s/ Jeanne Marie Cella, Esq*<br>Jeanne Marie Cella, Esquire<br>Jeanne Marie Cella and Associates LLC<br>221 N Olive St<br>Media, PA 19063<br>Phone: 610-505-0541<br>Email: paralegal@lawjmc.com<br><br>Counsel for Debtor |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| Chim A. Griswold, | § | Case No. 26-12536-AMC |
| Debtor. | § | |

**ORDER APPROVING STIPULATION BY AND BETWEEN UNITED STATES TRUSTEE AND DEBTOR DISMISSING THE DEBTOR'S CASE WITH A ONE-YEAR BAR TO REFILING**

Upon consideration of the *Stipulation By And Between United States Trustee And Debtor Dismissing The Debtor's Case With A One-Year Bar To Refiling* (the "Stipulation"),[1] and the Court having considered the Stipulation, all related filings, and the record as a whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Stipulation having been sufficient under the circumstances and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Stipulation is APPROVED in all respects.

2. The Debtor's Bankruptcy Case is hereby DISMISSED.

3. The Debtor is hereby barred and enjoined from filing a new petition for relief under any chapter of the Bankruptcy Code for a period of three hundred and sixty-five (365) days from the date of the entry of this Order.

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

4. The Court retains jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: ____________________

______________________________________
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge