**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| WJH Construction, | § | Case No. 25-13514-AMC |
| | § | |
| Debtor. | § | **Related Docket No. 91** |

# ***Notice of Withdrawal of Stipulation By And Between United States Trustee And Debtor Dismissing The Debtor's Case With A One-Year Bar To Refiling***

PLEASE TAKE NOTICE that Andrew R. Vara, the United States Trustee for Region 3, by and through his undersigned counsel, hereby withdraws the *Stipulation By And Between United States Trustee And Debtor Dismissing The Debtor's Case With A One-Year Bar To Refiling* (Docket No. 91). The stipulation was filed on the incorrect docket.

Dated: August 20, 2025

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**For Region 3**

By: /s/ John Schanne

John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.934.4154
John.Schanne@usdoj.gov