**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : CHAPTER 11 |
| WJH Construction, | : Case No. 25-13514-amc |
| Debtor | : |

**ORDER (I) SCHEDULING A HEARING ON PLAN CONFIRMATION, (II) APPROVING PLAN SOLICITATION AND VOTING PROCEDURES AND VOTING MATERIALS, (III) AND ESTABLISHING DEADLINES AND NOTICE PROCEDURES IN CONNECTION WITH CONFIRMATION OF THE PLAN**

AND NOW, upon consideration of the Motion of WJH Construction ("Debtor") for Entry of an Order (i) Scheduling a Hearing on Plan Confirmation, (ii) Approving Plan Solicitation and Voting Procedures and Voting Materials, and (iii) Establishing Deadlines and Notice Procedures in Connection with Confirmation of the Plan (the "Motion"), along with any objections filed thereto; and after notice and opportunity for hearing; and that the Court having found that the proposed voting materials and voting procedures satisfy the requirements of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure;

It is ORDERED, and notice is hereby given that:

1. The proposed voting procedures and the proposed Solicitation Materials[1] are hereby APPROVED.

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

2. On or before August 31, 2026, the Debtor's Plan of Reorganization for Small Business under Chapter 11, dated July 25, 2026 (the "Plan of Reorganization"); a ballot conforming to Official Form 314; the Transmission Letter; and a copy of this Order shall be mailed to creditors, equity holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d).

3. Sept. 30, 2026, is hereby set as the last date by which ballots must be received by counsel for the Debtor in order to be considered as acceptances or rejections of the Plan of Reorganization.

4. In accordance with Federal Rule of Bankruptcy Procedure 3020(b)(1), Sept. 30, 2026 is fixed as the date on or before which any written objection to confirmation of the Plan of Reorganization is required to be filed with the Bankruptcy Court and served upon counsel for the Debtor.

5. The Debtor shall file a Report of Plan Voting with the Court on or before Oct. 7, 2026.

6. The hearing on confirmation of the Plan of Reorganization shall be held in the United States Bankruptcy Court, Courtroom #4, 900 Market Street, Philadelphia, PA on October 14, 2026 at 12:30 p.m.

Date: August 26, 2026

BY THE COURT:

The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge