United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-13514-amc
WJH Construction, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Aug 26, 2026 Form ID: pdf900 Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WJH Construction, LLC, 1331 S. Woodstock Street, Philadelphia, PA 19146-4367 |
| cr | + | LA88 Remod Inc., 70 Tracey Rd, Unit C, Huntingdon Valley, PA 19006-4222 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 27 2026 02:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2026 02:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2026 02:27:00 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: megan.harper@phila.gov | Aug 27 2026 02:22:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 27 2026 02:27:38 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| LOUIS ANTHONY DiJIACOMO, III | on behalf of Creditor Ali West adijiacomo@weisberglawoffices.com |
| LOUIS I. LIPSKY | on behalf of Creditor LA88 Remod Inc. LLipsky@lipskybrandt.com afaino@lipskybrandt.com |
| MAGGIE S SOBOLESKI | on behalf of Debtor WJH Construction LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW B WEISBERG | on behalf of Creditor Ali West mweisberg@weisberglawoffices.com kdaversa@weisberglawoffices.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| RACHEL I. FREEDMAN | on behalf of Creditor LA88 Remod Inc. rfreedman@lipskybrandt.com skalyankar@lipskybrandt.com |
| Richard E Furtek | rfurtek@furtekassociates.com cref11@trustesolutions.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| WJH Construction, | : | Case No. 25-13514-amc |
| Debtor | : | |

**ORDER (I) SCHEDULING A HEARING ON PLAN CONFIRMATION, (II) APPROVING PLAN SOLICITATION AND VOTING PROCEDURES AND VOTING MATERIALS, (III) AND ESTABLISHING DEADLINES AND NOTICE PROCEDURES IN CONNECTION WITH CONFIRMATION OF THE PLAN**

AND NOW, upon consideration of the Motion of WJH Construction ("Debtor") for Entry of an Order (i) Scheduling a Hearing on Plan Confirmation, (ii) Approving Plan Solicitation and Voting Procedures and Voting Materials, and (iii) Establishing Deadlines and Notice Procedures in Connection with Confirmation of the Plan (the "Motion"), along with any objections filed thereto; and after notice and opportunity for hearing; and that the Court having found that the proposed voting materials and voting procedures satisfy the requirements of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure;

It is ORDERED, and notice is hereby given that:

1. The proposed voting procedures and the proposed Solicitation Materials[1] are hereby APPROVED.

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

2. On or before August 31, 2026, the Debtor's Plan of Reorganization for Small Business under Chapter 11, dated July 25, 2026 (the "Plan of Reorganization"); a ballot conforming to Official Form 314; the Transmission Letter; and a copy of this Order shall be mailed to creditors, equity holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d).

3. Sept. 30, 2026, is hereby set as the last date by which ballots must be received by counsel for the Debtor in order to be considered as acceptances or rejections of the Plan of Reorganization.

4. In accordance with Federal Rule of Bankruptcy Procedure 3020(b)(1), Sept. 30, 2026 is fixed as the date on or before which any written objection to confirmation of the Plan of Reorganization is required to be filed with the Bankruptcy Court and served upon counsel for the Debtor.

5. The Debtor shall file a Report of Plan Voting with the Court on or before Oct. 7, 2026.

6. The hearing on confirmation of the Plan of Reorganization shall be held in the United States Bankruptcy Court, Courtroom #4, 900 Market Street, Philadelphia, PA on October 14, 2026 at 12:30 p.m.

Date: August 26, 2026

BY THE COURT:

The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge