**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-13514** |
| **WJH Construction, LLC** | : | **Chapter 11** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | *** * * * * * * * * * * * * * * * * * *** |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Related Document # 85** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **WJH Construction, LLC** | : | |
| **Hassan R Edge, Sr** | : | |
| **Richard E Furtek, Trustee** | : | |
| **Respondents.** | : | |

**PRAECIPE OF WITHDRAWAL OF MOTION FOR RELIEF (DOCKET NO. 85)**

Now comes JPMorgan Chase Bank, N.A. ("Creditor") by and through counsel, and hereby withdraws its Motion for Relief which was filed in this Court on August 19, 2026. The Motion for Relief needs to be withdrawn because Debtor has submitted funds to pay the account balance in full.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Molly Simons (338992)
MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-13514** |
| **WJH Construction, LLC** | : | **Chapter 11** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | *** * * * * * * * * * * * * * * * * * *** |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Related Document # 85** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **WJH Construction, LLC**<br>**Hassan R Edge, Sr**<br>**Richard E Furtek, Trustee** | : | |
| **Respondents.** | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Motion for Relief (Docket No. 85) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Richard E Furtek, Chapter 11 Trustee, Rfurtek@furtekassociates.com

Maggie S. Soboleski, Attorney for WJH Construction, LLC, msoboles@yahoo.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

WJH Construction, LLC, 1331 S. Woodstock Street, Philadelphia, PA 19146

Hassan R Edge, Sr, 6822 N Broad St, Philadelphia, PA 19126

AMEX, PO Box 981535, El Paso, TX 79998

LA88REMOD, Inc., 70 Tracey Road, Unit C, Huntingdon Valley, PA 19006

Nochumson, P.C., 1 Sourth Broad Street, Suite 1000, Philadelphia, PA 19107

25-024340_KJB

Barry Penn P.C., Duane Morris Plaza, 30 S. 17th Street, Suite 810, Philadelphia, PA 19103

Wells Fargo Small Business Lending, P.O. Box 5511, Souix Falls, SD 57117

ALI West, 1538 S. Dorrance Street, Philadelphia, PA 19146

/s/ Adam B. Hall