**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| WJH CONSTRUCTION, LLC | : | |
| | : | |
| Debtor. | : | Case No. 25-13514 (AMC) |
| | : | |

______________________________________________________________________________

**ORDER**

AND NOW, this 11th day of Sept. 2026 upon consideration of the Application of Ellen DePaul and Cantor Novak Beaver & Pike, PC., as Debtor's Accountant, (the "Application"), and the objection of the U.S. Trustee, and after notice and hearing,it is

ORDERED AND DECREED that:

1. The Application is **DENIED** for the reasons stated on the record.

______________________________
Ashely M. Chan,
Chief United States Bankruptcy Judge