United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-13514-amc
WJH Construction, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Sep 11, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | WJH Construction, LLC, 1331 S. Woodstock Street, Philadelphia, PA 19146-4367 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| LOUIS ANTHONY DiJIACOMO, III | on behalf of Creditor Ali West adijiacomo@weisberglawoffices.com |
| LOUIS I. LIPSKY | on behalf of Creditor LA88 Remod Inc. LLipsky@lipskybrandt.com afaino@lipskybrandt.com |
| MAGGIE S SOBOLESKI | on behalf of Debtor WJH Construction LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW B WEISBERG | on behalf of Creditor Ali West mweisberg@weisberglawoffices.com kdaversa@weisberglawoffices.com |

| | |
|---|---|
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| RACHEL I. FREEDMAN | on behalf of Creditor LA88 Remod Inc. rfreedman@lipskybrandt.com skalyankar@lipskybrandt.com |
| Richard E Furtek | rfurtek@furtekassociates.com cref11@trustesolutions.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| WJH CONSTRUCTION, LLC | : | |
| | : | |
| Debtor. | : | Case No. 25-13514 (AMC) |
| | : | |

**ORDER**

AND NOW, this 11th day of Sept. 2026 upon consideration of the Application of Ellen DePaul and Cantor Novak Beaver & Pike, PC., as Debtor's Accountant, (the "Application"), and the objection of the U.S. Trustee, and after notice and hearing,it is

ORDERED AND DECREED that:

1. The Application is **DENIED** for the reasons stated on the record.

Ashely M. Chan,
Chief United States Bankruptcy Judge