**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 11** |
| | : | |
| **WJH Construction, LLC** | : | |
| **Debtor** | : | **Bankruptcy No. 25-13514-amc** |

---

**PRAECIPE TO WITHDRAW DOCUMENT**

**TO THE CLERK OF COURT:**

Kindly withdraw Creditor, LA88 Remod Inc.'s Notice of Withdrawal of Appearance (Docket No. 100 and Docket No. 101) in the above-captioned matter.

Respectfully submitted,

**LIPSKY AND BRANDT**

**Dated: 9/16/2026**

**BY: /s/ Rachel I. Freedman**

**RACHEL I. FREEDMAN, ESQUIRE**
**Attorney ID# 318510**
**Lipsky and Brandt**
**1101 Market Street, Suite 2820**
**Philadelphia, PA 19107**
**(215) 922-6644**