**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 11** |
| | : | |
| **WJH Construction, LLC** | : | |
| **Debtor** | : | **Bankruptcy No. 25-13514-amc** |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**TO THE CLERK OF COURT:**

Kindly withdraw my appearance on behalf of Creditor, LA88 Remod Inc., in the above-captioned matter and remove me from the service list.

Respectfully submitted,

**LIPSKY AND BRANDT**

**Dated: 9/16/2026**

**BY: /s/ Scott H. Brandt**
**SCOTT H. BRANDT, ESQUIRE**
**Attorney ID# 66566**
**Lipsky and Brandt**
**1101 Market Street, Suite 2820**
**Philadelphia, PA 19107**
**(215) 922-6644**