**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| WJH CONSTRUCTION, LLC, | § | CASE NO. 25-13514-AMC |
| DEBTOR(S). | § | |

# CERTIFICATION OF SERVICE

I, Hannah Deininger, certify that on September 29, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Objection of the United States Trustee to Debtor's Chapter 11 Plan of Reorganization;

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 29, 2026

By: /s/ *Hannah Deininger*
Paralegal Specialist
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.280.8512
Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Served electronically on all CM/ECF participants registered in these cases through the Court's CM/ECF system at their respective email addresses registered with the Court.

MAGGIE S SOBOLESKI
Maggie Soboleski
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-620-2132
Email: msoboleski@kmllawgroup.com
**Debtor**
Via: __1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

Richard E Furtek
FURTEK & ASSOCIATES, LLC.
101 LINDENWOOD DR. SUITE 225
MALVERN, PA 19355
(610) 768-8030
Email: rfurtek@furtekassociates.com
**Sub-V Trustee**
Via: __1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

**END OF DOCUMENT**