United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 25-13514-amc

WJH Construction, LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3

Date Rcvd: Sep 28, 2026 Form ID: pdf900 Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WJH Construction, LLC, 1331 S. Woodstock Street, Philadelphia, PA 19146-4367 |
| 15046210 | + | ALI WEST, 1538 S. DORRANCE STREET, Philadelphia, PA 19146-4626 |
| 15048280 | + | Ali West, c/o MATTHEW B WEISBERG, Weisberg Law, 7 S. Morton Ave., Morton, PA 19070-1707 |
| 15048279 | + | Ali West, c/o LOUIS ANTHONY DiJIACOMO, III, Weisberg Law, 7 S. Morton Ave., Morton, PA 19070-1707 |
| 15046212 | + | BARRY PENN P.C., DUANE MORRIS PLAZA, 30 S. 17TH STREET, SUITE 810, Philadelphia, PA 19103-4003 |
| 15052101 | + | LA88 REMOD INC., 70 TRACEY ROAD, UNIT C, Huntingdon Valley, PA 19006-4222 |
| 15166251 | + | LA88 Remod Inc., c/o RACHEL I. FREEDMAN, Lipsky and Brandt, 1101 Market Street, Suite 2820 Philadelphia, PA 19107-2993 |
| 15166252 | + | LA88 Remod Inc., c/o LOUIS I. LIPSKY, Lipsky & Brandt, 1101 Market Street, Suite 2820 Philadelphia, PA 19107-2993 |
| 15046216 | + | NOCHUMSON, P.C., 1 SOUTH BROAD STREET, SUITE 1000, Philadelphia, PA 19107-3427 |
| 15054541 | + | The City of Philadelphia and/or Water Revenue Bure, c/o MEGAN N. HARPER, Municipal Services Building, 1401 JFK Boulevard, 5th Floor Philadelphia, PA 19102-1617 |
| 15046217 | + | WEISBERG LAW, P.C., 7 S. MORTON AVENUE, Morton, PA 19070-1707 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 29 2026 02:06:04 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 29 2026 02:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2026 02:06:08 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: megan.harper@phila.gov | Sep 29 2026 02:06:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2026 02:06:13 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15046211 | + | Email/PDF: bncnotices@becket-lee.com | Sep 29 2026 02:06:10 | AMEX, PO BOX 981535, El Paso, TX 79998-1535 |
| 15061671 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2026 02:06:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15048449 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2026 02:06:08 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15048867 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2026 02:06:08 | BMW Bank of North America Department, AIS |

| | | | | |
|---|---|---|---|---|
| | | | | Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15053269 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2026 02:06:13 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15046213 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Sep 29 2026 02:06:10 | BMW FINANCIAL SERVICES, P.O. BOX 3608, Dublin, OH 43016 |
| 15053874 | | Email/Text: megan.harper@phila.gov | Sep 29 2026 02:06:00 | City of Philadelphia Law, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15046214 | + | Email/Text: EBNBKNOT@ford.com | Sep 29 2026 02:06:00 | FORD CREDIT, P.O. BOX 35911, Cleveland, OH 44135-0911 |
| 15048103 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2026 02:06:08 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15048692 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2026 02:06:13 | Ford Motor Credit Company LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15047973 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 29 2026 02:06:13 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15169392 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2026 02:06:13 | JP Morgan Chase Bank, N.A., National Bankruptcy Department, 700 Kansas Lane, LA4-6310, Monroe LA 71203-4774 |
| 15046215 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2026 02:06:10 | JPMBC, P.O. BOX 15369, Wilmington, DE 19850-5369 |
| 15056938 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2026 02:06:10 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, 700 Kansas Lane, LA4-5599, Monroe, LA 71203-4774 |
| 15056612 | ^ | MEBN | Sep 29 2026 02:00:42 | JPMorgan Chase Bank,N.A.,, Adam B. Hall, Esquire, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15052104 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Sep 29 2026 02:06:13 | WELLS FARGO, SMALL BUSINESS LENDING, P.O. BOX 5511, Sioux Falls, SD 57117-5511 |
| 15060802 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Sep 29 2026 02:06:10 | Wells Fargo Bank, N.A., PO Box 51174, Los Angeles CA 90051-5474 |
| 15059944 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 29 2026 02:06:10 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LA88 Remod Inc., 70 Tracey Rd, Unit C, Huntingdon Valley, PA 19006-4222 |
| 15052095 | *+ | ALI WEST, 1538 S. DORRANCE STREET, Philadelphia, PA 19146-4626 |
| 15052096 | *+ | AMEX, PO BOX 981535, El Paso, TX 79998-1535 |
| 15061710 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15052097 | *+ | BARRY PENN P.C., DUANE MORRIS PLAZA, 30 S. 17TH STREET, SUITE 810, Philadelphia, PA 19103-4003 |
| 15048450 | *+ | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15048451 | *+ | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15052098 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW FINANCIAL SERVICES, P.O. BOX 3608, Dublin, OH 43016 |
| 15052099 | *+ | FORD CREDIT, P.O. BOX 35911, Cleveland, OH 44135-0911 |
| 15052100 | *+ | JPMBC, P.O. BOX 15369, Wilmington, DE 19850-5369 |
| 15052102 | *+ | NOCHUMSON, P.C., 1 SOUTH BROAD STREET, SUITE 1000, Philadelphia, PA 19107-3427 |

| | | |
|---|---|---|
| 15052103 | *+ | WEISBERG LAW, P.C., 7 S. MORTON AVENUE, Morton, PA 19070-1707 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| LOUIS ANTHONY DiJIACOMO, III | on behalf of Creditor Ali West adijiacomo@weisberglawoffices.com |
| MAGGIE S SOBOLESKI | on behalf of Debtor WJH Construction LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW B WEISBERG | on behalf of Creditor Ali West mweisberg@weisberglawoffices.com kdaversa@weisberglawoffices.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| Richard E Furtek | rfurtek@furtekassociates.com cref11@trustesolutions.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WJH CONSTRUCTION, LLC, | § | Case No. 25-13514-AMC |
| Debtor. | § | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND IN-PERSON HEARING DATE

*The United States Trustee has filed a Motion to Dismiss Debtor's Case or Convert to Chapter 7 for Failure to File Operating Reports*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **October 12, 2026** you or your attorney must file a response to the Motion. *(see Instructions on next page)*.

2. A hearing on the Motion is scheduled to be held on **October 28, 2026 at 12:30 p.m. at the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Building 900 Market Street, Courtroom #4 Philadelphia, PA 19107**. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

3. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

4. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

5. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2. If you are not required to file electronically, you must file your response at

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**
**Robert N.C. Nix Sr. Federal Building**
**900 Market Street, Suite 400**
**Philadelphia, PA 19107**
**Telephone: (215)408-2840**

3. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

By: /s/ *John Schanne*
John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.934.4154
John.Schanne@usdoj.gov

Date: September 25, 2026