**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

**WJH CONSTRUCTION, LLC,**

Debtor.

**Chapter 11**

**Case No. 25-13514-amc**

**ORDER**

Upon consideration of the First Application for Compensation and Reimbursement of Expenses of Richard E. Furtek, CPA as Subchapter V Trustee for the Period of September 4, 2025 through September 28, 2026 (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Richard E. Furtek, CPA shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered in the amount of $4,520.00 and reimbursement of actual expenses in the amount of $0.00 incurred by Richard E. Furtek, CPA in rendering said services as Subchapter V Trustee.

Date: Oct. 15, 2026

The Honorable Ashely M. Chan
United States Bankruptcy Court Chief Judge