United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 25-13514-amc

WJH Construction, LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3

Date Rcvd: Oct 28, 2026 Form ID: pdf900 Total Noticed: 34

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | WJH Construction, LLC, 1331 S. Woodstock Street, Philadelphia, PA 19146-4367 |
| 15046210 | + | ALI WEST, 1538 S. DORRANCE STREET, Philadelphia, PA 19146-4626 |
| 15048280 | + | Ali West, c/o MATTHEW B WEISBERG, Weisberg Law, 7 S. Morton Ave., Morton, PA 19070-1707 |
| 15048279 | + | Ali West, c/o LOUIS ANTHONY DiJIACOMO, III, Weisberg Law, 7 S. Morton Ave., Morton, PA 19070-1707 |
| 15046212 | + | BARRY PENN P.C., DUANE MORRIS PLAZA, 30 S. 17TH STREET, SUITE 810, Philadelphia, PA 19103-4003 |
| 15052101 | + | LA88 REMOD INC., 70 TRACEY ROAD, UNIT C, Huntingdon Valley, PA 19006-4222 |
| 15166251 | + | LA88 Remod Inc., c/o RACHEL I. FREEDMAN, Lipsky and Brandt, 1101 Market Street, Suite 2820 Philadelphia, PA 19107-2936 |
| 15166252 | + | LA88 Remod Inc., c/o LOUIS I. LIPSKY, Lipsky & Brandt, 1101 Market Street, Suite 2820 Philadelphia, PA 19107-2936 |
| 15046216 | + | NOCHUMSON, P.C., 1 SOUTH BROAD STREET, SUITE 1000, Philadelphia, PA 19107-3427 |
| 15054541 | + | The City of Philadelphia and/or Water Revenue Bure, c/o MEGAN N. HARPER, Municipal Services Building, 1401 JFK Boulevard, 5th Floor Philadelphia, PA 19102-1617 |
| 15046217 | + | WEISBERG LAW, P.C., 7 S. MORTON AVENUE, Morton, PA 19070-1707 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 28 2026 16:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2026 16:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 16:24:31 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: megan.harper@phila.gov | Oct 28 2026 16:42:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 16:24:31 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15046211 | + | Email/PDF: bncnotices@becket-lee.com | Oct 28 2026 16:24:23 | AMEX, PO BOX 981535, El Paso, TX 79998-1535 |
| 15061671 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2026 16:24:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15048449 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 16:24:16 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15048867 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 16:24:31 | BMW Bank of North America Department, AIS |

| | | | | |
|---|---|---|---|---|
| | | | | Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15053269 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 16:24:16 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15046213 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Oct 28 2026 16:24:31 | BMW FINANCIAL SERVICES, P.O. BOX 3608, Dublin, OH 43016 |
| 15053874 | | Email/Text: megan.harper@phila.gov | Oct 28 2026 16:42:00 | City of Philadelphia Law, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15046214 | + | Email/Text: EBNBKNOT@ford.com | Oct 28 2026 16:42:00 | FORD CREDIT, P.O. BOX 35911, Cleveland, OH 44135-0911 |
| 15048103 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 16:24:16 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15048692 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 16:24:16 | Ford Motor Credit Company LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15047973 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 28 2026 16:24:16 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15169392 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 28 2026 16:24:15 | JP Morgan Chase Bank, N.A., National Bankruptcy Department, 700 Kansas Lane, LA4-6310, Monroe LA 71203-4774 |
| 15046215 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 28 2026 16:24:30 | JPMBC, P.O. BOX 15369, Wilmington, DE 19850-5369 |
| 15056938 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 28 2026 16:24:15 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, 700 Kansas Lane, LA4-5599, Monroe, LA 71203-4774 |
| 15056612 | ^ | MEBN | Oct 28 2026 16:01:37 | JPMorgan Chase Bank,N.A.,, Adam B. Hall, Esquire, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 |
| 15052104 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Oct 28 2026 16:24:15 | WELLS FARGO, SMALL BUSINESS LENDING, P.O. BOX 5511, Sioux Falls, SD 57117-5511 |
| 15060802 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Oct 28 2026 16:24:15 | Wells Fargo Bank, N.A., PO Box 51174, Los Angeles CA 90051-5474 |
| 15059944 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Oct 28 2026 16:24:30 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LA88 Remod Inc., 70 Tracey Rd, Unit C, Huntingdon Valley, PA 19006-4222 |
| 15052095 | *+ | ALI WEST, 1538 S. DORRANCE STREET, Philadelphia, PA 19146-4626 |
| 15052096 | *+ | AMEX, PO BOX 981535, El Paso, TX 79998-1535 |
| 15061710 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15052097 | *+ | BARRY PENN P.C., DUANE MORRIS PLAZA, 30 S. 17TH STREET, SUITE 810, Philadelphia, PA 19103-4003 |
| 15048450 | *+ | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15048451 | *+ | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15052098 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW FINANCIAL SERVICES, P.O. BOX 3608, Dublin, OH 43016 |
| 15052099 | *+ | FORD CREDIT, P.O. BOX 35911, Cleveland, OH 44135-0911 |
| 15052100 | *+ | JPMBC, P.O. BOX 15369, Wilmington, DE 19850-5369 |
| 15052102 | *+ | NOCHUMSON, P.C., 1 SOUTH BROAD STREET, SUITE 1000, Philadelphia, PA 19107-3427 |

15052103 *+ WEISBERG LAW, P.C., 7 S. MORTON AVENUE, Morton, PA 19070-1707

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| LOUIS ANTHONY DiJIACOMO, III | on behalf of Creditor Ali West adijiacomo@weisberglawoffices.com |
| MAGGIE S SOBOLESKI | on behalf of Debtor WJH Construction LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW B WEISBERG | on behalf of Creditor Ali West mweisberg@weisberglawoffices.com kdaversa@weisberglawoffices.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| Richard E Furtek | on behalf of Trustee Richard E Furtek rfurtek@furtekassociates.com cref11@trustesolutions.net |
| Richard E Furtek | rfurtek@furtekassociates.com cref11@trustesolutions.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| WJH Construction, LLC, | § | Case No. 25-13514-AMC |
| Debtor. | § | **Related Docket No. 106** |

**ORDER DISMISSING CASE**

Upon the *Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure to File Operating Reports and Comply with Court Order* (Docket No. 106) (the "Motion"), and the Court having considered the Motion, all related filings, and the record as a whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; and the Court finding that payment of the fees of the Sub V Trustee is required as an administrative expense and that any failure to pay may result in the issuance of contempt sanctions and a bar to any future bankruptcy filings by the Debtor; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1) The Motion is GRANTED.

2) The Debtor's bankruptcy case is hereby DISMISSED.

3) All applications for allowance of administrative expenses by the Sub V Trustee (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

4) Promptly after the expiration of the response period for any application authorized by Paragraph 3 above, the Sub V Trustee shall file either:

   a. a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

   b. a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

5) The Debtor shall pay outstanding unpaid fees to the Sub V Trustee in the amount as the Court may approve upon application, within ten (10) days of the entry of the Order entered with respect to such fees.

6) Promptly after the expiration of the period for payment authorized by Paragraph 5 above for which payment is not received, the Sub V Trustee shall file a Certification of Default confirming that payment has not been made and the Court will schedule an emergency hearing, at which time the Court may issue contempt sanctions against the Debtor, which may include, without limitation, a bar to any future filings by the Debtor.

7) If no Certifications noted herein have been entered on the docket within sixty (60) days of the entry of this Order, then the Clerk shall Close the case pursuant to 11 U.S.C. § 350.

8) The Bankruptcy Court may retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Oct. 13, 2026

The Honorable Ashely M. Chan
United States Chief Bankruptcy Judge